*JH*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

CHARLES CURRY, DBA GET DIESEL )
NUTRITION, )
                                )    17CV2283
Plaintiff,                   )    JUDGE KENNELLY
                                )    MAG. JUDGE KIM
vs.                              )
                                )
REVOLUTION LABORATORIES, LLC, )
REV LABS MANAGEMENT, INC,. )
JOSHUA NUSSBAUM AND BARRY )
NUSSBAUM, )
                                )
Defendants.                 )

**F I L E D**

*3-24-17*

MAR 24 2017

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT

Charles Curry doing business as GET DIESEL NUTRITION appearing pro se brings this complaint, against Revolution Laboratories LLC., Joshua Nussbaum, Rev Labs Management Inc., and Barry Nussbaum (collectively, "Defendants").

## NATURE OF THE ACTION

1.    This is an action against the named defendants for trademark infringement, trademark dilution, trademark tanishment, false designation of origin, false advertising, unfair competition, Cyberpiracy, fraud, unjust enrichment and violations of the Illinois Uniform Deceptive Trade Practices Act and the Illinois Consumer Fraud and Deceptive Business Practices Act.

## PARTIES

2.     Plaintiff, Charles Curry, is a resident of Olympia Fields, Illinois, located in Cook County within this judicial district.

3.     Defendant Revolution Laboratories L.L.C. ("Revolution Laboratories") is a domestic limited liability company organized under and pursuant to the laws of the State of Nevada with its principal place of business in Solana Beach, California.

4.     Upon information and belief, defendant Joshua Nussbaum is a resident of California, and is a cofounder, a partner, a member, and an executive officer of Revolution Laboratories Inc.

5.     Upon information and belief, defendant Barry Nussbaum is a resident of Nevada and is the co-founder and co-owner Revolution Laboratories. Barry Nussbaum is the Director of Rev Labs Management, overseeing all operations of Rev Labs Management.

6.     Defendant Rev Labs Management Inc. ("Rev Labs Management") is a domestic corporation organized under and pursuant to the laws of the State Nevada. Rev Labs Management is the Manager of Defendant Revolution Laboratories. At all times material to this Complaint, acting alone or in concert with others, Defendant Rev Labs Management formulated, directed, controlled, had the authority to control, or participated in the acts and practices set forth in this transacts business in the states of California and Nevada and throughout the United States, including in the state of Illinois.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction of the claims in this matter that relate to trademark counterfeiting and infringement and false designations of origin and false descriptions pursuant to the provisions of 15 U.S.C. §1121 28U.S.C. §1331 and 1338(a). This Court has

subject matter jurisdiction over the claims for unfair competition asserted in this action pursuant to 28 U.S.C. § 1338(b). In addition, this Court has jurisdiction pursuant to 28 U.S.C. g 1332(a) because the parties' citizenship is diverse and the amount in controversy exceeds $75,000 exclusive of interest and cost. The court also has jurisdiction because the defendants are maliciously promoting, and using for commerce at least 15 interactive websites to sell their counterfeit DIESEL TEST and/or use the DIESEL TEST name to promote other products to Illinois residents satisfying the requirement for "something more" than just making a website(s) available to the general public.

8.      This Court has supplemental jurisdiction over the claims that arise under the statutory and common law of the State of Illinois pursuant to 28 U.S.C. §1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative fact.

9.      This Court has personal jurisdiction over the defendants because they have all, and each of them engaged in acts or omissions within the State of Illinois causing injury, have engaged in acts or omissions outside of Illinois causing injury within the State, has manufactured or distributed products used or consumed within this State in the ordinary course of trade, or has otherwise made or established contacts with this State sufficient to permit the exercise of personal jurisdiction. Upon information and belief, defendants engages in continuous and systematic contact with, and purposefully directs acts complained of herein toward, Illinois and this judicial district. Personal jurisdiction over all defendants is proper pursuant to Illinois Statutes, 735 ILCS 5/2-209(a)(1) and (a)(2).

10.     Venue is proper in this district pursuant to 28 U.S.C. §1391(b)(2), §1391(b)(3) and §1391(c)(2).

## FACTUAL BACKGROUND

11.     Charles Curry is the CEO and founder of GET DIESEL NUTRTION. Since at least as early as 2002, Charles Curry is well known in the dietary supplement industry as "Chuck Diesel" and the GET DIESEL family of dietary supplements are also known as "Chuck Diesel's Products." Charles Curry is known to be personally involved in every aspect of making sure the GET DIESEL brand produces quality products, with the utmost efficacy and integrity behind them. (Exhibit 1(a)).

        a.   Chuck Diesel is a Veteran of the United States Air Force.

        b.   During a 2001-2002 deployment, Chuck Diesel came up with the idea to name his first product "DIESEL FUEL." (Exhibit 1(a)).

12.     GET DIESEL NUTRITION first sold its first dietary supplement "DIESEL FUEL" in May 2002. Since at least as early as July 2002, GET DIESEL NUTRITION has manufactured a family of "DIESEL" dietary supplements.

13.     The domain name GETDIESEL.NET was registered 20 May 2002 by plaintiff Charles Curry. A copy of the web registration information is attached hereto as Exhibit 2(a). The domain name GETDIESEL.COM was registered 7 Dec 2002 by plaintiff. A copy of the web registration information is attached hereto as Exhibit 2(b).

14.     The dietary supplement DIESEL TEST was first manufactured by GET DIESEL NUTRITION in March 2005 and advertised summer 2005 as a natural testosterone boosting dietary supplement. GET DIESEL NUTRITION's DIESEL TEST was first advertised in the Lone Star Distribution catalog June 2005 and the Plant Muscle Magazine that same summer. In

2005, upon information and belief, the Lone Star Distribution catalog was distributed to over 500 retail stores in the United States. (Exhibit 1(d)). Upon information and belief, in 2005 Planet Muscle magazine was sold in over 100 retail stores nationwide in the United States.

15. Upon information and fact, GET DIESEL NUTRITION has placed over 100 print ads since June 2002 advertising its "Diesel" family of products in multiple dietary supplement and fitness magazines sold nationwide in the United States and worldwide to include Plant Muscle Magazine, Muscular Development Magazine, The Lone Star Distribution Catalog, Status Fitness Magazine, Power Magazine, Natural Muscle Magazine, Southern Muscle Magazine and Powerlifting USA Magazine. GET DIESEL NUTRITION's DIESEL TEST was awarded natural test booster in the years of 2015 and 2016 from Planet Muscle Magazine. (Exhibit 1(c)).

16. Plaintiff's own a family of common law dietary supplement "DIESEL" trademarks that include but are not limited to: DIESEL FUEL, DIESEL TEST, ARE YOU DIESEL?, GET DIESEL OR DIE TRYIN', GET DIESEL NUTRITION, and COQ DIESEL dating back to 2002.

17. On 9 June, 2016, Charles Curry filled a trademark application for the trademark DIESEL FUEL in class 005 (Dietary Supplements) (Serial number 87065657) with a first used in commerce date of June 2002. On November 1st, 2016 this trademark was approved for publication in the United States Patent and Trademark Office (USPTO) principal register. A copy of such publication notice is attached hereto as Exhibit 3.

18. On 21 June, 2016, Charles Curry filled a trademark application for the trademark DIESEL in class 005 (Dietary Supplements) (Serial number 87078512), with a first used in commerce date of June 2002. On 18 February 2016, this trademark was approved for publication in the USPTO principal register. A copy of the confirmation of such publication is attached hereto as Exhibit 4.

19.     On December 9, 2016, Charles Curry filed a 1(a) trademark for the mark "DIESEL

TEST" in class 005 (Serial number 87263678), with a first use date in commerce of April 2005.

20.     Plaintiff has used its marks as set forth above continuously in commerce since 2002. He

has consistently marketed his products under the trade names in whole or in part using the GET

DIESEL NUTRITION, DIESEL, DIESEL FUEL, and DIESEL TEST marks.

21.     Since plaintiff launched his company, its products have always have been associated with

the DIESEL, DIESEL FUEL and DIESEL TEST marks in connection with products. The

DIESEL, DIESLE FUEL and DIESLE TEST marks are highly distinctive with regard to

plaintiff's products, and customers of the same are accustomed to seeing and expecting to see the

GET DIESEL NUTRITION, DIESEL, DIESEL FUEL, and DIESEL TEST marks in connection

with said products.

22.     In addition to the registration of his marks and ownership vested thereby, plaintiff has

common law rights in the marks identified in the pending trademark applications.

23.     In Nov 2016, Plaintiff became aware that Defendants were manufacturing, selling and

distributing counterfeit DIESEL TEST from messages sent from consumers on Facebook

including a message from a GET DIESEL customer alerting Plaintiff of a fake espn-news.com

article selling the counterfeit DIESEL TEST. (Exhibit 5(a)).

24.     Shortly thereafter, plaintiff began receiving communications from confused consumers

asking for a free trial of DIESEL TEST and or a refund for the purchase of counterfeit "DIESEL

TEST." The confused consumers were under the impression that the counterfeit DIESEL TEST

they purchased from Revolution Laboratories was manufactured and sold by GET DIESEL

NUTRITION. Consumers were also requesting that the auto-billing and auto shipping be

immediately stopped for a product they thought was manufactured and sold by GET DIESEL

NUTRITION. (Exhibit 5(b)).

25.     Revolution Laboratories' counterfeit "DIESEL TEST" is or was sold at their direct sale

website (Exhibit 6(a)) and the websites of: DieselTest.org (Exhibit 6(b)), DieselTest.us (Exhibit

7) and dieseltest.net (Exhibit 8) as well as on Amazon.com, an internet marketing site  (Exhibit

9) and Ebay.com, another internet marketing site (Exhibit 10). In addition, defendants have

caused their "Diesel Test product to be marketed or promoted on other websites which

defendants own, control or profit from, including, but not limited to:

-   http://dieseltesto.com/
-   http://musclevillage.com/testosterone-booster/diesel-test/
-   http://www.topwellnesspro.com/diesel-test-pro/
-   http://musclebuildingreview.net/diesel-test-pro/
-   http://musclebuildingreview.net/diesel-test/
-   http://wellnesssaying.com/diesel-test-testosterone-booster/
-   http://ragednareview.org/tag/diesel-test-pro-testosterone-booster/
-   http://ragednareview.org/diesel-test/
-   http://metaboostreview.com/tag/diesel-test-pro-testosteroen-booster/
-   http://dieseltestpro.com/
-   http://dieseltestpro.net/
-   http://realcoloncleansingworks.com/diesel-test/
-   http://dieseltestt.com/
-   https://www.revlabs.com/supplements/dieseltest-testosterone-booster.html

26.     On or about November 13, 2017 plaintiff notified defendants in writing via Facebook

messenger in the form of a cease and desist message of the pending registration of plaintiff's

marks as well as the infringement thereof by defendants. (Exhibit 11).

27.     Thereafter by email on November 15, 2016, plaintiff again notified defendants by way of

a cease and desist notification that they were infringing upon plaintiff's trademark. In this email

plaintiff also put defendants on notice of their fraudulent representations regarding their

counterfeit products. (Exhibit 12).

28.     The notifications to defendants of November 13, 2016 and November 15, 2016 constituted actual notice. Despite such notice defendants continued to market, advertise, promote and sell their infringing, counterfeit products.

29.     Moreover, while continuing to infringe on plaintiff's trademark(s), defendants attempted to defeat plaintiff's claim for trademark infringement by filing a fraudulent application for a trademark of their counterfeit "DIESEL TEST" product (Serial number 87250405).

30.     On November 28, 2016, and after receiving actual notice of plaintiff's trademark, defendant Joshua Nussbaum, together with the other defendants filed or caused to be filed a fraudulent application for their counterfeit DIESEL TEST trademark with the United States Patent and Trademark Office (USPTO), Serial number 87250405, (Exhibit 13) and fraudulently committing the actions of:

> a. Filing the application as an "intent to use" application, when in fact the defendants had already, by been attempting to use the mark by infringing upon plaintiff's mark.
>
> b. Declaring under oath that Joshua Nussbaum is the owner of the DIESEL TEST mark, when in fact all of the defendants had been placed on notice that plaintiff is the owner of the DIESEL TEST trademark and that their use thereof constituted infringement.
>
> c. Declaring under oath that Joshua Nussbaum is entitled to use the mark in commerce, when in fact he knew, based on actual notice that he was infringing upon the mark of plaintiff.

   d. Declaring under oath that to the best of his knowledge no other person is entitled

    to use the mark in commerce when in fact he had received actual notice that

    plaintiff claimed the mark, and was using the mark in commerce.

31. Thereafter, apparently realizing the actual or potential problems with the attempted

registration, Joshua Nussbaum and the other defendants filed, or caused to be filed a second

application for trademark registration, Serial Number 87250413 using the term "DZL TEST"

(Exhibit 14).

32. On February 13, 2017, in response to a complaint filed by plaintiff, Amazon removed

from its online (internet) store defendants' products, on the grounds that they were counterfeit

products. (Exhibit 15).

33. Notwithstanding receiving actual notice of their infringement of plaintiff's trademarks

both registered and common law, and notwithstanding further notice that they were marketing

counterfeit goods, in the form of Amazon's removal of their products from its online store, and

notification by plaintiff, defendants continued thereafter, and as of March 5, 2017, still continue

to market the counterfeit DIESEL TEST on their own infringing websites as well as on other

internet marketing sites. (Exhibit 16(a)).

34. In addition to infringement of plaintiff's trademark(s), from November 2016 to the date

hereof and continuing, defendants engaged in a pattern and practice of deceptive advertising,

fraudulent statements and misrepresentation, and unfair and deceptive methods of doing business

and competition.

35. More specifically defendants published or caused to be published a "fake" ESPN news

story in which they claimed that use of their counterfeit products by famous athletes resulted in

enhanced performance. A review of this exhibit demonstrates the fraudulent and deceptive

techniques employed by defendants, whereby they use a variation of ESPN's URL and a website designed to be identical in appearance to the real website, to make web visitors believe they are in fact on the official website of ESPN. (Exhibit 16(b)).

36.     In addition to fake news websites, defendants have caused to be falsely stated, in advertisements and promotions that their products are medically approved, or approved by doctors. (Exhibit 18).

37.     By way of further example of defendants' fraudulent misrepresentations, they represent that their product, a counterfeit of plaintiff's products was ranked Best Product and Number 1 in category in 2015, when in fact they did not begin marketing the product until fall of 2016.

38.     Defendants have intentionally set out to cause customers to associate their new, untested and unseasoned products with those of plaintiff by designing containers and labels that are virtually identical to the containers and labels used by plaintiff since 2002. Exhibit 17 illustrates the near identical similarity of the bottles and labels.

39.     While continuing to misrepresent the origin of the DIESEL TEST dietary supplements, and continuing to attempt to pass their counterfeit products off as those of plaintiff, the USPTO has suspended processing of the defendants' trademark application (Serial number 87250405) for the DIESEL TEST mark because of the likelihood of confusion with Plaintiff's pending registration marks of DIESEL and DIESEL FUEL. (Exhibit 19). After this letter was sent to Defendants on 14 March 2017, defendant continued all forms of infringement of Plaintiff's DIESEL marks.

40.     As a direct result of defendant's malicious actions and fraudulent activities, on 16 March 2017 plaintiff's trademark application for DIESEL TEST (serial number 87263678) was

suspended due to the prior filling of defendant's unjust application for the DIESEL TEST trademark.

## FOR A FIRST CAUSE OF ACTION
### Violations of the Illinois Consumer Fraud and Deceptive Practices Act

41.　Each and every allegation of paragraphs 1 through 40 are realleged as fully as if restated verbatim.

42.　As herein set forth, defendants sold, and caused to be introduced into commerce, within the State of Illinois and elsewhere, a product or products marketed to the general public.

43.　With respect to such products, marketed from October 2016 through the present and continuing, defendants made representations in the form of advertisements, promotional descriptions and specific representations as to the origin and nature of the product. These representations, advertisements and misrepresentations were are continue to be directed to Illinois consumers.

44.　More specifically, defendants by infringing on plaintiff's trademark, intentionally set out to deceive by representing that their product, marketed only for a few months, and of unproven origin and manufacture were in fact the product of plaintiff, which products have been successfully marketed since 2002 and are manufactured to pharmaceutical standard quality.

45.　The misrepresentations and false advertising have resulted in consumers being misled into believing that defendants' products are in fact the same as plaintiff's products.[1]

---

[1] See Exhibit 5 – email from consumer complaining to plaintiff on the belief that products she purchased from defendants were sold by plaintiff.

46.     The misrepresentations were made with the intent that they be relied on by consumers, including the general public as well as citizens and residents of the State of Illinois, in order to induce members of the public to purchase their counterfeit products.

47.     Plaintiff is informed and believes that the actions and conduct of defendants as herein set forth constitute a violation of the Illinois Consumer Fraud and Deceptive Practices Act: 815 ILCS 505/1 et seq.

48.     Plaintiff has been damaged as a direct and proximate result of defendant's actions and conduct as herein described in that he has had his sales damaged, has had present and future potential customers deterred, has had his reputation and that of his products damaged, and has incurred attorney's fees and costs in defending his product and the integrity thereof and in protecting his trademark.

49.     Plaintiff is informed and believes that he should be entitled to judgment against defendants for their intentional violation of the Illinois Consumer Fraud and Deceptive Practices Act, such judgment to include not only actual damages, but also injunctive relief, punitive damages and an award of costs and attorney's fees as provided by §815 ILCS 505/10a.

## FOR A SECOND CAUSE OF ACTION
### Violation of Illinois Uniform Deceptive Trade Practices Act: 815 ILCS 510/2

50.     Each and every allegation of paragraph 1 through 49 is realleged as fully as if restated herein verbatim.

51.     Defendant's false and misleading statements as described above represent deceptive trade practices in that Defendants falsely represent that their products possess certain characteristics that they do not have; falsely misrepresents the standard, quality or grade of their products; create confusion and misunderstanding by use of names substantially similar to that of plaintiff's

products; and otherwise engages in conduct which creates a likelihood of confusion or misunderstanding in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS 510/2.

52.     Defendants' false and misleading advertising claims are willful and intentional, with deceptive intent, making this an exceptional case.

53.     Defendants' false and misleading advertising claims have caused, and will continue to cause, great, immediate, and irreparable harm to Plaintiff's business reputation, injury to its good will, loss of competitive advantage, and pecuniary damages.

54.     Defendant's above described conduct constitutes unfair competition under the common law and the statutory laws of the State of Illinois pursuant to the Illinois Uniform Deceptive Trade Practices Act, 815 ILCS §510, et. seq.

55.     Plaintiff is informed and believes that he should be entitled to judgment against the defendants for his actual damages as well as for costs and attorney's fees incurred in this proceeding.

56.     In addition, plaintiff is informed and believes that he should be entitled to injunctive relief as provided by § 815 ILCS 510/3, in that the actions and conduct of defendants giving rise to this claim are ongoing and continuing.

### FOR A THIRD CAUSE OF ACTION
### False Designation of Origin and False Advertising, 15 U.S.C. § 1125

57.     Each and every allegation of paragraphs 1 through 56 are realleged as fully as if restated verbatim.

58.     Plaintiff has used the names of its products, for which it has applied for trademark registration exclusively since 2002.

59.     Defendants have deliberately and willfully attempted to trade on plaintiff's longstanding and hard-earned goodwill in its names and marks and the reputation established by plaintiff in connection with its products, as well as in order to confuse consumers as to the origin and sponsorship of Defendants' goods and to pass off their products in commerce as those of plaintiff.

60.     Defendants' promotion, advertising, distribution, sale, and/or offering for sale of the Infringing Products, together with Defendants' use of other indicia associated with those of plaintiff is intended, and is likely to confuse, mislead, or deceive consumers, the public, and the trade as to the origin, source, sponsorship, or affiliation of the Infringing Products, and is intended, and is likely to cause such parties to believe in error that the Infringing Products have been authorized,, manufactured or sold by plaintiff.

61.     Defendants' use in interstate commerce of the DIESEL TEST and similar product names in connection with the promotion, advertisement and sales of its competing products constitutes a reproduction, counterfeit, copy and/or colorable imitation of the DIESEL, DIESEL FUEL, GET DIESEL NUTRITION, DIESEL TEST marks and therefore infringes upon the same.

62.     The use by defendants of their counterfeit mark DIESEL TEST and the potential use of their counterfeit mark DZL TEST have caused and are likely to cause ongoing confusion in that:

a.      The names are similar – DIESEL TEST (defendants' product) versus Plaintiff's trademarks: "GET DIESEL NUTRITION", "Diesel Fuel", "Diesel", "Coq Diesel", "Diesel Test" and "Are You Diesel?" These marks are either identical in appearance, sound, and meaning, "and have the potential to be used in exactly the same manner and create the same commercial impression in international trademark class 005 (Dietary Supplements).

b.      The appearance of the labels and trade dress is similar (Exhibit 17).

c.      Both defendants' products and those of plaintiff are marketed in the same areas.

d.      The products are of the same kind, that is dietary supplements.

e.      As set forth herein there has in fact been actual confusion by consumers, with plaintiff having received complaints concerning products marketed by defendants. (Exhibit 5).

> (1) Defendants' unfavorable standing with the Better Business Bureau and reckless acts of false advertising, in addition to the distribution and promotion of their counterfeit DIESEL TEST is the direct cause of 3rd party consumer defamatory statements on the GET DIESEL NUTRITION Facebook page, the GET DIESEL NUTRITION website and in emails to plaintiffs as seen in Exhibit 5.

63.     Defendants had and have both actual and constructive knowledge of plaintiff's ownership of and rights in its marks both prior and subsequent to Defendants' infringing use of those marks.

64.     Defendants' continued use of the infringing marks will injure plaintiff by causing a likelihood that the public will be confused or mistaken into believing that the goods or services provided by Defendant are endorsed or sponsored by plaintiff.

65.     Defendants' acts constitute trademark infringement in violation of False Designation of Origin and False Advertising, 15 U.S.C. § 1125(a)

66.     Plaintiff is informed and believes that he should be entitled to judgment against the defendants in an amount equal to his actual damages and defendants' profits, or statutory damages as well as costs to bring action, attorney fees, trebled, 15 U.S.C. § 1117(a)(b)(c)(d).

## FOR A FOURTH CAUSE OF ACTION
## TRADEMARK DILUTION BY TARNISHMENT 15 U.S.C. 1125(c)

67.     Each and every allegation of paragraphs 1 through 66 is realleged as fully as if restated herein verbatim.

68.     Plaintiff's Trademarks are strong and distinctive marks that have been in use for many years and have achieved enormous and widespread public recognition.

69.     Defendants' use of the Infringing Products, is diluting the distinctive quality of the Plaintiff's Trademarks and decreasing the capacity of such marks to identify and distinguish Plaintiff's products.

70.     Defendant literally uses plaintiff's marks in trying to divert consumers to its website and thus is likely to cause an association between Defendant's website and products and the Plaintiff's Marks that impairs the distinctiveness of the Plaintiff's Marks and weakens the connection in consumers' minds between the Plaintiff's Marks and defendants' counterfeit products and infringing marks. Defendant's wrongful use of the Plaintiff's Mark is likely to cause dilution by tarnishment and blurring based on a number of relevant considerations, including, but not limited to:

f.      Defendant's use of the Diesel Test mark is virtually identical to Plaintiff's marks.

g.      Plaintiff's Marks are inherently distinctive;

h.      Plaintiff is engaging in substantially exclusive use of his marks in connection with Get Diesel Nutritional Products.

i.      The plaintiff's marks are widely recognized by the general consuming public;

j.      Defendant's products may produce a negative result and damage the Plaintiff's marks as a result; and

k.    Plaintiff, on information and belief, and based thereon alleges, that Defendants intend to create an association with the his Marks.

71.    Defendant's wrongful use of the plaintiff's marks is deliberate, willful, fraudulent, and without any extenuating circumstances, and constitutes a willful intent to trade on plaintiff's reputation or to cause dilution of Plaintiff's marks and is an exceptional case within the meaning of Lanham Act section 35, 15 U.S.C. § 1117. Plaintiff is therefore entitled to recover three times the amount of its actual damages and the attorneys' fees and costs incurred in this action, and prejudgment interest.

## FOR A FIFTH CAUSE OF ACTION
## COMMON LAW TRADEMARK INFRINGEMENT

72.    Each and every allegation of paragraphs 1 through 71 is realleged as fully as if restated verbatim.

73.    Plaintiff owns all rights, title, and interest in and to the Diesel Trademarks, including all common law rights in such marks.

73.    Defendants, without authorization from Plaintiff, have used and are continuing to use spurious designations that are identical to, substantially indistinguishable from, or confusingly similar to Plaintiff's Trademarks.

74.    The foregoing acts of Defendants are intended to cause, have caused, and are likely to continue to cause confusion, mistake, and deception among consumers, the public, and the trade as to whether Defendants' Infringing Products originate from, or are affiliated with, sponsored by, or endorsed by Plaintiff.

75.    Upon information and belief, Defendants have acted with knowledge of Plaintiff's ownership of the Trademarks and with deliberate intention or willful blindness to unfairly benefit from the incalculable goodwill symbolized thereby.

76.     Defendants' acts constitute trademark infringement in violation of the common law of the State of Illinois.

77.     Upon information and belief, Defendants have made and will continue to make substantial profits and/or gains to which they are not in law or equity entitled.

78.     Upon information and belief, Defendants intend to continue their infringing acts, unless restrained by this Court.

79.     Defendants' acts have damaged and will continue to damage Plaintiff, and Plaintiff has no adequate remedy at law.

80.     Plaintiff is informed and believes that he should be entitled to an order from this Court enjoining, prohibiting and restraining defendants from continued infringement of his trademark(s).


**FOR A SIXTH CAUSE OF ACTION**
**Violation of Anti-Cybersquatting Consumer Protection Act (Cyberpiracy)**
**15 U.S.C. § 1125(d)**


81.     Each and every allegation of paragraphs 1 through 80 of the complaint is realleged as fully as if restated herein verbatim.

82.     The domain names used by defendants, as set forth in paragraph 25 all incorporated Plaintiff's DIESEL TEST trademark in the domain and/or URL names.

83.     Defendants registered and used the offending domain names set forth in paragraph 25 with the bad faith intent to do harm to plaintiff and his brands and of profiting illegally from Plaintiff by using Plaintiff's marks to call attention to Defendant's products.

84.     Upon information and belief, Defendants have a bad faith intent to profit from the registration and use of the Internet domain names listed in paragraph 25 by creating an association with Plaintiff's trademarks as to source or ownership.

85.     Defendants registered the offending domain names with the intent to divert consumers from Plaintiff's website and products to their websites, accessible from the infringing domain names and with the bad faith intent to harm Plaintiff's goodwill and to profit from Plaintiff's mark by creating confusion as to source, sponsorship, affiliation or endorsement of Defendant's sites.

86. Defendants have concealed their identity in the registration of the domain names, making it hard to discover ownership of the infringing domains, evidencing their bad faith as set forth in 15 USC §1125(d)( (1)(B)(i)(VII).

87.     Defendants' actions constitute cyberpiracy in violation of 15 U.S.C. §1125(d).

88.     Plaintiff has been damaged by Defendants' unlawful use of the infringing domain names and will suffer irreparable harm.

89.     Pursuant to 15 U.S.C. § 1116, 15 U.S.C. § 1117 and 15 U.S.C. § 1125 (d) (1) (C), Plaintiff is entitled to recover equitable relief in the form of an injunction, forfeiture or cancellation of the domain names being used by Defendants.

90.      In the alternative to actual damages, Plaintiff may elect to receive statutory damages from Defendants  as calculated and allowed by the Anticybersquatting Consumer Protection Act (ACPA).

## FOR A SEVENTH CAUSE OF ACTION
## FRAUDULENT TRADEMARK APPLICATION

90.     Each and every allegation of paragraphs 1 through 90 is realleged as fully as if restated verbatim.

91.     Defendant Joshua Nussbaum executed an application for registration of a trademark with the USPTO for the name Diesel Test, serial number 87250405.

92.     In order to support such application, Nussbaum executed a written declaration, that stated among other things that he was the owner of the mark, that he was entitled to use the mark in commerce, and that he believes to the best of his knowledge that no other person is entitled to use the mark, as as more fully set forth in paragraph 30 above.

93.     The declarations, statements and representations made by Nussbaum were false and known to be false when made.

94.     The application made by Nussbaum was in direct violation of 15 U.S.C. § 1120.

95.     Plaintiff has been damaged as a direct and proximate result of the fraudulent trademark registration application filed by Nussbaum in that plaintiff's own application for the DIESE TEST trademark in use since 2005, filed for registration after that of Nussbaum has been suspended by the USPTO as a result of Nussbaum's filing seeking registration of a mark, Diesel Test, actually belonging to plaintiff.

**Prayer for Relief**

WHEREFORE, having set forth his complaint, Plaintiff prays that this Court enter judgment as follows:

I.       Granting a preliminary and permanent injunction restraining Defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all individuals acting in concert or participation with them, from using, on or in connection with any product or service, or the manufacture, importation, exportation, sale, offering for sale, distribution, advertising, promotion, labeling or packaging of any product or service, or using for any commercial purpose whatsoever:

     (1) the designation Diesel Test or similar terms.

     (2) any internet name containing "diesel test", "diesel", or "diesel fuel".

     (3) any other designation that is likely to cause dilution of the distinctiveness of the Plaintiff's mark(s) or injury to plaintiff's business reputation; or

     (4) any other name, mark or term likely to cause mistake in the mind of the public or to deceive the public into the belief that defendant's business and/or products and/or services are in any way associated with or related to plaintiff or its products and/or services;

II.       Judgment against defendants for plaintiff's actual damages, punitive damages and attorney's fees for violation of the Illinois Consumer Fraud and Deceptive Practices Act.

III.       Judgment against the defendants for his actual damages for violation of the Illinois Uniform Deceptive Trade Practices Act, together with costs and attorney's fees.

IV.     An order enjoining and prohibiting defendants from engaging in further violation of the

Illinois Uniform Deceptive Trade Practices Act or the Illinois Consumer Fraud and Deceptive

Practices Act.

V.      An order enjoining and prohibiting defendants from manufacturing, importing,

advertising, marketing, promoting, supplying, distributing, offering for sale, or selling any

products which bear the Plaintiff's mark or any other mark or design element substantially

similar or confusing thereto.

VI. Judgment against defendants for their willful and wanton acts of

infringement pursuant to 15 U.S.C. § 1117(a). Trebled pursuant to 15 U.S.C. § 1117(b).

VII.    The option to recover statutory damages Pursuant to § 35 of the Federal Trademark Act,

15 U.S.C. § 1117(c)(2), for defendants' willful and wanton acts of infringement.

VIII.   Pursuant to § 35 of the Federal Trademark Act, 15 U.S.C. § 1117(d), judgment against

defendants for the maximum statutory damages allowed for each infringing domain name or

URL for defendant's use of the domain name(s) and URL(s) in violation of the Anti-

Cybersquatting Consumer Protection Act.

IX.     An Order of Judgment against the defendants in accordance with 15 USC §1125(d), with

such Order to provide:

        a. forfeiture and cancellation of any domain names which infringe those of plaintiff, or in

the alternative, transfer of those domain names to plaintiff.

        b. that defendants not transfer, suspend, or otherwise modify the domain names during

the pendency of the action, except upon order of the court.

        c. specify that such order shall be in addition and not in lieu of any other remedies

available to plaintiff.

X.      For judgment against defendant Joshua Nussbaum for violation of 15 USC §1120 in an

amount of actual damages to be determined at the trial of this case.

XI.     For such other and further relief as the Court may deem just and proper.


**Request for Jury Trial**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, plaintiff requests a jury trial of

all issues that may be tried to a jury in this action.




Dated: March 24th, 2016                              Respectfully submitted,


                                                     Charles Curry, MBA
                                                     DBA GET DIESEL NUTRITION
                                                     Pro Se
                                                     PO BOX 962
                                                     Lansing, IL 60438
                                                     Tel: (888)509-5087
                                                     Email: getdiesel@gmail.com

**COMPLAINT EXHIBIT LIST**

| Exhibit | Description |
|---|---|
| 1 | Chuck Diesel |
| 2 | getdiesel.com whois \| getdiesel.net whois |
| 3 | Diesel Fuel Trademark Publication Notification |
| 4 | Diesel Notice of Publication |
| 5 | Email Tina Stewart - confusion because of counterfeit product |
| 6 | dieseltest.org website screenshot |
| 7 | dieseltest.us website screenshot |
| 8 | dieseltest.net website screenshot |
| 9 | dieseltest listing on Amazon |
| 10 | dieseltest on Ebay |
| 11 | facebook screenshot - notice of infringement |
| 12 | email cease and desist |
| 13 | Nussbaum Trademark Application - Diesel Test |
| 14 | USPTO data page - application for DZL TEST |
| 15 | Amazon removal of Diesel Test on basis of infringement |
| 16 | ESPN fake news story |
| 17 | Photo showing Diesel Nutrition vs. Diesel Test containers |
| 18 | Adding stating that Diesel Test is approved by physician |
| 19 | Def Diesel Test application suspended |

**Exhibit 1(a) Chuck Diesel**



## Exhibit 2(a) (getdiesel.net)

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: GETDIESEL.NET
Registrar: TIERRANET INC. D/B/A DOMAINDISCOVER
Sponsoring Registrar IANA ID: 86
Whois Server: whois.domaindiscover.com
Referral URL: http://www.domaindiscover.com
Name Server: NS1.DOMAINDISCOVER.COM
Name Server: NS2.DOMAINDISCOVER.COM
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Updated Date: 04-mar-2016
Creation Date: 20-may-2002
Expiration Date: 20-may-2017

## Exhibit 2(b) (getdiesel.net)

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

Domain Name: GETDIESEL.COM
Registrar: DNC HOLDINGS, INC.
Sponsoring Registrar IANA ID: 291
Whois Server: whois.directnic.com
Referral URL: http://www.directnic.com
Name Server: NS1.WIX.COM
Name Server: NS2.WIX.COM
Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Updated Date: 05-dec-2016
Creation Date: 07-dec-2002
Expiration Date: 07-dec-2017

Exhibit 3

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, November 1, 2016 01:02 AM |
| **To:** | getdiesel@gmail.com |
| **Cc:** | fefifonutrition@gmail.com |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 87065657: DIESEL FUEL |

### *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 87065657
**Mark:** DIESEL FUEL
**International Class(es):** 005
**Owner:** Curry, Charles A
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Nov 01, 2016.

**To Review the Mark in the TMOG:**

Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2016-11-01&serialNumber=87065657

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy. If any information is incorrect due to USPTO error, the applicant should immediately email the requested correction to TMPostPubQuery@uspto.gov. For applicant corrections or amendments after publication, please file a post publication amendment using the form available at http://teasroa.uspto.gov/ppa/. For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

* Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board. If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a certificate of registration should issue.

To check the status of the application, go to http://tsdr.uspto.gov/#caseNumber=87065657&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199. Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to http://tsdr.uspto.gov/#caseNumber=87065657&caseType=SERIAL_NO&searchType=documentSearch. NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.

GET DIESEL v. Rev Labs

Exhibit 4

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Mar 8, 2017

## NOTICE OF PUBLICATION

1.  Serial No.:
    87-078,512

2.  Mark:
    DIESEL
    (STANDARD CHARACTER MARK)

3.  International Class(es):
    5

4.  Publication Date:
    Mar 28, 2017

5.  Applicant:
    Curry, Charles

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the *Official Gazette* on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the *Official Gazette* containing the publication of the mark may be obtained from:
The Superintendent of Documents
U.S. Government Printing Office
PO Box 371954
Pittsburgh, PA 15250-7954
Phone: 202-512-1800

By direction of the Commissioner.

**Email Address(es):**

getdiesel@gmail.com
fefifonutrition@gmail.com

GET DIESEL v Rev Labs

## Exhibit 5(a)



http://espn-weekly.com/us-hotline/jon-jones-transformation-
pro2/?voluumdata=BASE64dmlkLi4wMDAwMDAwMy0yNmU0LTQ2MjUtODAwMC0wMDAwMDAwMDA
wMDBfX3ZwaWQuLjUwZjNlMDAwLWE3YzMtMTFlNi04MTc3LTQxNjg5ODU3NDM0M19fY2FpZC4uNzk1O
TViOTUtNTM5MS00YmE5LTliNDAtZDZmNzQ3MzM2YmJiX19ydC4uRJEpfX2xpZC4uOTliMjY4NjUtZDM0MC
00YjViLWJiMmQtMDRlYTRlOGl3ZWE3X19vaWQxLi5kMzkwYTAwNC1lZTgwLTRjNWMtOTdlNS1kOTY1ODk
2OTkwNTJfX29pZDIuLjlmODMyNjJkLTRmZWQtNDI5Yi1iMTFmLTA1ODFiYzM1NmJkZl9fdmFyMS4ue2FnZ
X1fX3ZhcjIuLntnZW5kZXJ9X192YXlzLi57Y291bnRyeX1fX3ZhcjQuLntZH1fX3ZhcjUuLnthY2NvdW50fV9fc
mQuLnd3d1wuXGZhY2Vib29rXC5jY29tX19haWQuLl9fWlulI9fc2lkLi4&age={age}&gender={gender}&co
untry={country}&ad={ad}&account={account}

## Exhibit 5(b)


**Michael Lovett**
View Profile

Actions ▾


**Michael Lovett**
View Profile

Actions ▾

of the bottle to me on here or to
getdiesel@gmail.com

Sent by Charles Cum (R)



What he your bank account this
company will steal from you and
they claim to be be veteran
owned...!!!!! I am a vet so you will
steal from anyone. !!!!!

What are you talking about. You
didnt order anything from get
diesel. You probably ordered from
Rev Labs who are making a
counterfit Diesel Test. Did you
order Diesel Test from
someehere? Can you send a pic
of the bottle to me on here or to
getdiesel@gmail.com

Sent by Charles Cum (R)




**Michael Lovett**
View Profile

Actions ▾



The phone number is associated
with your company....!!!!

What number? Go 2 revlabs.com.
those are not my products. My
products are at getdiesel.com.
those bottles actually say Rev
Labs on them

Sent by Charles Cum (R)

GET DIESEL v. Rev Labs

Exhibit 5

2

emails from customers

**no-reply@parastorage.com**
to me ▾

**You have a new message:**
Via: http://www.getdiesel.com/

**Message Details:**
    **Name** Karen Kelso
    **Subject** Free offer
    **Message** We are interested in the free trail offer. Please send a link.
    **Email** karenkelso@ymail.com

**Sent on:** 3 November, 2016

Thank you!


**no-reply@parastorage.com**
to me ▾

**You have a new message:**
Via: http://www.getdiesel.com/

**Message Details:**
    **Name** Jim
    **Subject** Testosterone Builder
    **Message** Supplement to Cialis?
    **Email** jmm3559@msn.com

**Sent on:** 3 November, 2016

Thank you!



**no-reply@parastorage.com**
to me

**You have a new message:**
Via http://www.getdiesel.com/

**Message Details:**
   Name Jim
   Subject Testosterone Builder
   Message Supplement to Cialis?
   Email mm3559@msn.com

Sent on: 3 November, 2016

Thank you!

**no-reply@parastorage.com**                                                                11/22/16
to me

**You have a new message:**
Via: http://www.getdiesel.com

**Message Details:**
   Name Joe Clayton
   Subject Facebook
   Message I was reading and article on Facebook that started off. breaking news colorado outlawing ed pills. I even read it to my wife. because two and a half years ago I had to have a prosectomy due to cancer. the article went on to say you could get a bottle for trial for 4.95 shipping cost. needless to say I was ready to try. However when I tried to follow the link it all disappeared. I am 50 years old and way to young to stop having sex   so my question is how do I get a trial of your limited edition diesel test. thanks Joe
   Email joeririg2@gmail.com

Sent on: 22 November  2016

Thank you!

**no-reply@parastorage.com**                                                                12/5/16
to me

**You have a new message:**
Via http://www.getdiesel.com/

**Message Details:**
   Name Harry Parness
   Subject free trial
   Message on 11/20/2016 you sent me a free trial of Diesel test I only had to pay shipping and handling which i did. Then on 12/5/2016 you change me 89.74 which i did not approve. it was supposed to be free....  i want you to credit my account for the item you charged me for. You can have the free supplements that was supposed to be free back. please refund my account thank you
   Email hparness001@gmail.com

Sent on: 6 December  2016

Thank you!

**GetDiesel Nutrition** getdiesel@gmail.com                                                  12/5/16
to Harry

We didn't send a free sample  that was a company called 'Rev Labs' they are selling a counterfeit version of our product Diesel Test

Our product images are at getdiesel.com  we don't do free trials

-Chuck

GET DIESEL



no-reply@parastorage.com
to me

**You have a new message:**
Via: http://www.getdiesel.com/

**Message Details:**
  **Name** Joshua Brown
  **Subject** My Free Trial
  **Message** So I got a free trial for the diesel test and the MRX teither are now charging me 90$ for it I don't understand I was only doing the free trial can you please help or reimburse me I hope this is the right website.
  **Email** Joshuabrown755@gmail.com

Sent on: 8 December, 2016.

Thank you!


no-reply@parastorage.com
to me

**You have a new message:**
Via: http://www.getdiesel.com/

**Message Details:**
  **Name** Jeff higgins
  **Subject** Refund
  **Message** Call me 314 276 6926 I told you last month to cancel my order now u messed my Christmas up
  **Email** Stmng@gmail.com

Sent on: 17 December, 2016.

Thank you!


no-reply@parastorage.com
to me

**You have a new message:**
Via: http://www.getdiesel.com/

**Message Details:**
  **Name** glen mcelyea
  **Subject** automatic reorder
  **Message** i am trying your product but i do not want you to automatically reorder for me i want you to stop taking funds out of my bank accounts didnt see where that was in the trial thankyou and hope to hear from you soon
  **Email** gmsc21230@yahoo.com

Sent on: 2 January, 2017

Thank you!


GetDiesel Nutrition <getdiesel@gmail.com>
to glen

What product are you trying? What is the name of it and where did you order it from?

GET DIESEL


glen mcelyea <gmsc21230@yahoo.com>
to me

i have 1 bottle of mrx red series,and a bottle of diesel test red series and i orded off the internet on the bottle it says distributed for REVLABS if this is not from you please let me know thanks



**no-reply@parastorage.com**

to me ▾

**You have a new message:**

Via: http://www.getdiesel.com/

**Message Details:**

**Name** Gerald brink

**Subject** Cancel

**Message** Cancel payment cause I didn't want the product

**Email** chevyman57576@yahoo.com

Sent on: 6 January 2017

Thank you!

---

You have a new message:
Via: https://www.getdiesel.com/

Message Details:
Name Don
Subject What is considered a best practice "cycle" of diesel test
Message 58 years old. Got back in gym a few months ago. 25 years ago I was a big gym rat. Anyhow -- ordered diesel test trial with the "red" stack So is a "cycle" a month or 3 or? Thx Don
Email Don.wapenak@gmail.com

Sent on: 19 January 2017

Thank you!

---

GetDiesel Nutrition <getdiesel@gmail.com>                                    Jan 19
to Don ▾

We don't do trials. You ordered a counterfeit diesel test from rev labs. Was it this one at the top?

GET DIESEL



---

Don Wapenski <don.wapenski@gmail.com>                                       Jan 19
to me ▾

I ordered and paid for 1 bottle of diesel test hardcore from amazon. logging into my amazon account and ordering from there

I also -- from a Facebook post ordered diesel test hardcore -- free bottle for 4.95 shipping ... then added on another product test for 4.95 shipping

I will forward the confirmation emails asap

donw



**no-reply@parastorage.com**
to me

**You have a new message:**
Via: https://www.getdiesel.com/

**Message Details:**
**Name** Mark Martinez
**Subject** Unidentified charge
**Message** I'm wondering why I was charged 89 dollars when I didn't approve this transaction. I'm looking to get in contact with you guys for a refund of my money that you guys took without my authorization. I had bought a test bottle for 4.99 and that was about 3 to 4 months ago. I just need my money back because I never signed up for an automatic bill pay with you
**Email** rosaliacastillo1221@yahoo.com

Feb 4

**Sent on:** 4 February 2017

Thank you!

---

**no-reply@parastorage.com**
to me

**You have a new message:**
Via: https://www.getdiesel.com/

**Message Details:**
**Name** Tina Raham Stewart
**Subject** Diesel Test for Women
**Message** Hello - I have researching your product Diesel Test looking to see if it ok for women to take. I saw this review in one of your advertisements. Can you give me any insight on this. Ron Lewis My sister did the a few months ago I waited to order my trials to see if it really worked and then they stopped giving out the trials! What a dumb move that turned out to be. glad to see the trials are back again. I wont make the same mistake. Reply. 3. Like. 2 hours ago. Thank you.
**Email** tinastewart@icloud.com

Feb 12

**Sent on:** 12 February 2017

Thank you!

---

**no-reply@parastorage.com**
to me

**You have a new message:**
Via: https://www.getdiesel.com/

**Message Details:**
**Name** Anthony Parsons
**Subject** Diesel Test Red Labs
**Message** I received a bottle of the counterfeit stuff and there is NO return address or any way to call and cancel the order. Do you have a number ? I would hate to have to cancel my card over some BS !
**Email** j_a_parsons@yahoo.com

Feb 22 (7 days ago)

**Sent on:** 22 February 2017

Thank you!

---

Derrick Ashby Customer



no-reply@parastorage.com                                                11/12/16
to me

**You have a new message:**
Via http://www.getdiesel.com/

**Message Details:**
    **Name** Derrick Ashby
    **Subject** Order # 3010912
    **Message** I had placed an order for the free trial of Diesel Test and MRX but my address and name were not in the client info. This is my info in case it isn't in your system. Derrick Ashby 52 Narwood Drive Louisville, KY 40299 Thank you. Sincerely, Derrick Ashby
    **Email** d0ashb02@cardmail.louisville.edu

**Sent on:** 12 November, 2016

Thank you!

---

GetDiesel Nutrition <getdiesel@gmail.com>                               11/12/16
to Derrick

What free trial???

GET DIESEL

---

derrick.ashby@louisville.edu                                            11/12/16
to me

I went to this link. http://www.testoboosterpro.com/ . I have been charged $4.90 S&H under MUSCLE BOOST RED. Is this not your product? Should I be concerned for any fraud from a third party? Thank you.

Derrick Ashby

Get Outlook for Android

---

**From:** GetDiesel Nutrition <getdiesel@gmail.com>
**Sent:** Saturday, November 12, 2016 9:37:13 PM
**To:** Ashby,Derrick
**Subject:** Re: New message via your website, from d0ashb02@cardmail.louisville.edu

---

GetDiesel Nutrition <getdiesel@gmail.com>                               11/12/16
to derrick.ashby

Yes bc thats not my product. Does it say "get diesel nutrition??"

GET DIESEL



**GetDiesel Nutrition** <getdiesel@gmail.com>
to derrick ashby

11/12/16

Just went to the site. Wow Thats 100% fake. I'd report to better business Bureau

-Chuck

GET DIESEL

**GetDiesel Nutrition** <getdiesel@gmail.com>
to derrick ashby

11/12/16

I'd call them monday. Thats 100% bootleg

GET DIESEL

**derrick.ashby@louisville.edu**
to me

11/12/16

Thank you. I'll sort it out. Have a good one

Derrick Ashby

Get Outlook for Android

**From:** GetDiesel Nutrition <getdiesel@gmail.com>
**Sent:** Saturday, November 12, 2016 9:50:24 PM
**To:** derrick.ashby@louisville.edu

**no-reply@parastorage.com**
to me

Mar 2 (1 day ago)

You have a new message:
Via: https://www.getdiesel.com/

Message Details:
    Name David Freeman
    Subject Stop Auto Ship
    Message Please stop the auto ship of the Diesel Test My Customer # 141 My previous Order number dated Feb 10 2017 is 5552414 My
    reference # 3152163 Thank you in advance for stopping this auto ship promptly
    Email dmfreeman1@bellosuth.net

Sent on: 2 March. 2017

Thank you!

**Exhibit 6(a)**



**Exhibit 6(b) (Dieseltest.org)**



GET DIESEL v. Rev Labs

**Exhibit 7 (Dieseltest.us)**



**Exhibit 8 (dieseltest.net)**



## Exhibit 9 (diesel test on amazon.com)



(Listed first, Rev Labs Counterfeit DIESEL TEST)
(Listed 2nd, GET DIESEL authentic DIESEL TEST)

GET DIESEL v. Rev Labs

# Exhibit 10

ebay
Search
Categories
All
Health & Beauty
Vitamins & Dietary Supplements
Sports Supplements
Vitamins & Minerals
Weight Management
All Listings
Buy It Now
Best Match
12 results for diesel test
DIESEL TEST – ALL NATURAL TESTOSTERONE BOOSTER - REVLABS RED SERIES – 60 CAPLETS
$39.99
Free shipping
20% off
DIESEL TEST RED SERIES TESTOSTERONE BOOSTER(ALL NATURAL) 10-18
$38.99
Free shipping
Show more
Price
Format
All Listings
Buy It Now
Item Location
Default
US Only
North America
Worldwide
DIESEL TEST RevLabs Natural Testosterone Booster Anabolic Activator 60 Caps 2018
$34.99
Delivery Options
Free shipping
Free in-store pickup
REVLABS RED SERIES DIESEL TEST – 60 CAPLETS new FACTORY sealed
$35.00
Free shipping
Show only
Returns accepted
Completed listings
Sold listings
DIESEL TEST All Natural Testosterone Booster - 60 Capsules - 30 Day Supply
$39.95
Free shipping
More refinements...
Recently viewed items
12:26 PM
2/27/2017
12:27 PM
2/27/2017



**Exhibit 11**



Message(s) to and from RevLabs on Facebook

**Exhibit 12**

---------- Forwarded message ---------

From: GetDiesel Nutrition <getdiesel@gmail.com>

Date: Fri, Nov 18, 2016 at 10:54 AM

Subject: Fwd: Cease and desist notice for use of Diesel Test mark

To: <support@revlabs.com>

Cc: Fefifo Nutraceuticals <fefifonutrition@gmail.com>, Manotti Jenkins <mj@mljlawoffices.com>

I am following up on a Facebook message to email you information on your trademark violation of "diesel test."

Please contact my attorney, Manotti Jenkins at:

Manotti L Jenkins, LTD

mj@mljlawoffices.com

1-844-655-5291

Chicago - Washington DC

Also as a note, your product was just released in October 2016, there is no way it won an award in 2015 for best test booster. This is

false advertising. My original Diesel Test product(s) are multiple award winning in 2015 and 2016.

http://www.testoboosterpro.com/dieseltest/mobile/   (Rev Labs Diesel Test)

---------- Forwarded message ----------

From: GetDiesel Nutrition <getdiesel@gmail.com>

Date: Tue, Nov 15, 2016 at 9:22 AM

Subject: Cease and desist notice for use of Diesel Test mark

To: support@revlabs.com

This is an official  cease and desist notice, you are in violation of my first use and common law rights to "Diesel Test" in trademark international class 005.

Not really sure how its possible you guys didn't know, but we have been in use of our Diesel trademark and brand name since 2002, when we first released "Diesel Fuel" and Diesel Test since 2005. We have advertised Diesel Test, Diesel Test Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test Procycle V3 in several magazines since 2002 in the US, Canada and Europe. We have advertised in Muscular Development, Planet Muscle, Powerlifitng USA, Power Magazine, DXL (Canada), Status Fitness (Canada, Europe, US), Natural Muscle and Southern Muscle just to name a few. Are products have been sold on Amazon.com for years.

You are advised to stop the production, distribution and sale of any item using the "Diesel Test" mark immediately.

The " Diesel Test" Product you just released makes your company guilty of trademark infringement, trademark dilution, trade dress infringement and you are in volition of the Trademark Counterfeit Act of 1984. You also are putting your retailers in jeopardy of violating the Trademark Counterfeit Act also.

Your Diesel Test product is the exact same as that other test booster you make. I am advising you to pull all online promotion of your new "diesel test" and destroy it or relabel it. I have already received emails from consumers asking if your product is mine, or questions about a free trial they saw on your product which further proves an obvious likelihood of confusion.

You are instructed to discontinue all sale and distribution of "Diesel Test" by Rev Labs and Rev Labs' retailers in the next 72 hours (by 9am central 18 Nov 2016) or you will incur legal action.

http://www.getdiesel.com/diesel-test-hardcore\

http://www.getdiesel.com/diesel-test-procycle-v3

https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg

https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_389,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg


Thanks

-Charles "Chuck Diesel" Curry

Getdiesel.com

GET DIESEL

--

GET DIESEL

FB_to_RevLabs.jpg

rev_Labs_onamazon_Diesel_Test.JPg

DieselTest_search_Amazon_16_Nov_2016.jpg

fake_Rev_Labs_Diesel_Test.jpg

Exhibit 13

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87250405**
**Filing Date: 11/29/2016**

### The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **SERIAL NUMBER** | 87250405 |
| **MARK INFORMATION** | |
| *MARK | Diesel Test |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Diesel Test |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Joshua Nussbaum |
| *STREET | 990 Highland Drive Suite #203 |
| *CITY | Solana Beach |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants) | 92075 |
| **EMAIL ADDRESS** | uspto@trademarks411.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| TYPE | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 005 |
| *IDENTIFICATION | Dietary supplements; nutritional supplements |
| **FILING BASIS** | SECTION 1(b) |
| **CORRESPONDENCE INFORMATION** | |
| NAME | Joshua Nussbaum |
| **STREET** | 990 Highland Drive Suite #203 |
| **CITY** | Solana Beach |

| STATE | California |
|---|---|
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92075 |
| *EMAIL ADDRESS | uspto@trademarks411.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| APPLICATION FILING OPTION | TEAS RF |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| SIGNATURE | /Joshua Nussbaum/ |
| SIGNATORY'S NAME | Joshua Nussbaum |
| SIGNATORY'S POSITION | Owner |
| DATE SIGNED | 11/28/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87250405**
**Filing Date: 11/29/2016**

### To the Commissioner for Trademarks:

**MARK:** Diesel Test (Standard Characters, see mark)
The literal element of the mark consists of Diesel Test.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Joshua Nussbaum, a citizen of United States, having an address of
  990 Highland Drive Suite #203
  Solana Beach, California 92075
  United States
  uspto@trademarks411.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

  International Class 005:  Dietary supplements; nutritional supplements
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Correspondence Information:
  Joshua Nussbaum
  990 Highland Drive Suite #203
  Solana Beach, California 92075
  uspto@trademarks411.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: /Joshua Nussbaum/   Date: 11/28/2016
Signatory's Name: Joshua Nussbaum
Signatory's Position: Owner

RAM Sale Number: 87250405
RAM Accounting Date: 11/29/2016

Serial Number: 87250405
Internet Transmission Date: Tue Nov 29 12:27:03 EST 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2016112912270323
7313-87250405-570d3e91e8957dadb6c32a52cc
ac133e946f168a5b9eb4e72ac2f93876f71526fe
-CC-12590-20161128123120836344

# Diesel Test

Exhibit 14

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# Trademark/Service Mark Application, Principal Register

**Serial Number: 87250413**
**Filing Date: 11/29/2016**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87250413 |
| **MARK INFORMATION** | |
| **\*MARK** | DZL Test |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | DZL Test |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Joshua Nussbaum |
| **\*STREET** | 990 Highland Drive Suite #203 |
| **\*CITY** | Solana Beach |
| **\*STATE** (Required for U.S. applicants) | California |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. applicants) | 92075 |
| **EMAIL ADDRESS** | uspto@trademarks411.com |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | individual |
| **COUNTRY OF CITIZENSHIP** | United States |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 005 |
| **\*IDENTIFICATION** | Dietary supplements; nutritional supplements |
| **FILING BASIS** | SECTION 1(b) |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Joshua Nussbaum |
| **STREET** | 990 Highland Drive Suite #203 |
| **CITY** | Solana Beach |

| STATE | California |
|---|---|
| **COUNTRY** | United States |
| **ZIP/POSTAL CODE** | 92075 |
| *EMAIL ADDRESS | uspto@trademarks411.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| APPLICATION FILING OPTION | TEAS RF |
|---|---|
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| *TOTAL FEE DUE | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| SIGNATURE | /Joshua Nussbaum/ |
|---|---|
| **SIGNATORY'S NAME** | Joshua Nussbaum |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 11/28/2016 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## Trademark/Service Mark Application, Principal Register

**Serial Number: 87250413**
**Filing Date: 11/29/2016**

### To the Commissioner for Trademarks:

**MARK:** DZL Test (Standard Characters, see mark)
The literal element of the mark consists of DZL Test.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, Joshua Nussbaum, a citizen of United States, having an address of
   990 Highland Drive Suite #203
   Solana Beach, California 92075
   United States
   uspto@trademarks411.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

   International Class 005: Dietary supplements; nutritional supplements
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The applicant's current Correspondence Information:

   Joshua Nussbaum

   990 Highland Drive Suite #203

   Solana Beach, California 92075

   uspto@trademarks411.com (authorized)
**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or applicant's attorney at the e-mail address provided above. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in an additional processing fee of $50 per international class of goods/services.

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The signatory believes that: if the applicant is filing the application under 15 U.S.C. § 1051(a), the applicant is the owner of the trademark/service mark sought to be registered; the applicant is using the mark in commerce on or in connection with the goods/services in the application; the specimen(s) shows the mark as used on or in connection with the goods/services in the application; and/or if the applicant filed an application under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e), the applicant is entitled to use the mark in commerce; the applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the goods/services in the application. The signatory believes that to the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive. The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

### Declaration Signature

Signature: /Joshua Nussbaum/   Date: 11/28/2016
Signatory's Name: Joshua Nussbaum
Signatory's Position: Owner

GET DIESEL v. Rev Labs                    Exhibit 14                                 3

RAM Sale Number: 87250413
RAM Accounting Date: 11/29/2016

Serial Number: 87250413
Internet Transmission Date: Tue Nov 29 12:29:08 EST 2016
TEAS Stamp: USPTO/BAS-XX.XXX.XX.XXX-2016112912290897
3903-87250413-570ce3b302d2f5c78ffde427ee
25ef86116c44de4f845e8c256a1d7c3ea5352-CC
-12617-20161128123638583923

# DZL Test

**Exhibit 15**

---------- Forwarded message ---------
From: <notice-request@amazon.com>
Date: Mon, Feb 13, 2017 at 1:33 AM
Subject: Your Report of Rights Infringement On Amazon.com
To: <fefifonutrition@gmail.com>

Hello,

We reviewed your report and removed the following content based on the information you provided.

ASIN: B01L7WNOGG (DIESEL TEST by Rev Labs)
B00HNZOVXW
B00GGFAIGE
B004OG5HDG
B004OG8O40
B018MSRAFO

Complaint ID: 851103651

Sincerely,
Amazon.com

We received a report from a rights owner that you are listing counterfeit products. Sellers on
Amazon.com are not allowed to create listings or detail pages for counterfeit goods.

We removed the content listed at the end of this email. We may let you list this product again if we
receive a retraction from the rights owner. Their contact information can be found below.

fefifonutrition@gmail.com

If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-
dispute@amazon.com.

If you believe that the reported content is not counterfeit, you may email notice-dispute@amazon.
com with supporting information.
If the rights owner does not retract their complaint, or you do not provide supporting information, we
may provide your contact information to the rights owner upon their request.

We consider allegations of counterfeit a serious matter and your account is under review. If we receive
more complaints about your listings, we may not allow you to sell on Amazon.com.

To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.

ASIN:
B004OG5HDG
B00HNZOVXW
B00GGFAIGE
B004OG8O40
Infringement type: Counterfeit
Complaint ID: 851103651

**Exhibit 16(a)**

http://dieseltesto.com/



http://dieseltestpro.com/



**Exhibit 16(b)**

espn-weekly.com

ESPN NFL NBA MLB NCAAF NHL Soccer Watch Listen Fantasy Login

NCAAF Home Scores Ranking Teams Stats Standings Schedules CFB Nation Recruiting Bowls More

**Paul Heyman defines the art of the wrestling promo**

**AJ Styles takes over No. 1 spot in ESPN WWE Power Rankings**

**KC Joyner's rules for 'getting over' in professional wrestling**

# Jon 'Bones' Jones Suspended One Year For Failed Drug Test, FORCED To Reveal Secret To His SUCCESS!

Senior Staff Writer Tim Fiorvanti

(ESPN) -- Jon Jones has been suspended one year by the United States Anti-Doping Agency but is not labeled a "cheater of the sport."

Jones, 29, has been suspended by the USADA for the maximum length of one year on Monday November 7th 2016. Jones was pulled from UFC 200 pay-per-view title fight agaisnt Daniel Cormier which was schduled for July 9th During the Trial with the USADA they found that Jones had no intentional use of a banned substances, Jones explained that he had only taken "Diesel Test®" and "MRX®" two all natural supplements to fuel his training camp. Jone's attorney Howard Jacobs asserted the banned substances entered his body through a pill he thought was Cialis, a sexual enhancement pill.

**Charlotte looks to establish WWE legacy well beyond being Ric Flair's daughter**

**Move Over Bella Twins, An Amateur Wood Chopper Is Coming To The Ring**

**Saga of Paige and Alberto Del Rio continues with public marriage proposal**

**NXT women's championship history**

**Billy Corgan: "Nothing you or God can do to stop" Vince McMahon from buying TNA**

**Heyman: UFC return is 'greatest thing that has ever happened' to Lesnar**





In our interview, Jon stated "My doctors approved my supplement stack "Diesel Test®", the UFC is just trying to keep me from the title."



In our interview, Jon stated "My doctors approved my supplement stack 'Diesel Test®', the UFC is just trying to keep me from the title."



There is no doubt that Jon Jones will go down as one of the best fighters that has ever entered the octagon, but the USADA and UFC will continue to investigate into "Diesel Test®" and "MRX®" for the extreme results the combination produces although it's all natural. The reason why the organizations are pushing to ban these two supplements are two simple reasons:

2. These supplements don't require you to spend hours in the gym. Users experience muscle growth, fat loss without lifting a single weight in an overcrowded gym. All of the national leagues are deeming this a "cheat" as it requires hardly any effort on the user's part.



(Fake consumer comments on a fake Instagram page that consumers are referencing to in emails in B-20)

Ever since Jon Jones's secret went viral, ESPN has received thousands of emails from our readers asking about Diesel Test® and MRX®. In an attempt to answer our reader's questions and to discover just how much Diesel Test® and MRX® has benefited John Cena we decided to test it ourselves in an exclusive ESPN case study!

This wouldn't be the first muscle building system we put to the test. Over the years ESPN has evaluated numerous celebrity workout programs and diets but all too frequent the results are just shy of being painfully disappointing or require dramatic changes in both a person's lifestyle and diet to see any real changes. As we began researching Diesel Test® and MRX® we were shocked to discover countless success stories reported by real individuals from all over the world. It gets even better, there was even a clinical case study performed on both Diesel Test® and MRX® that proved the following:

### Diesel Test® has been clinically proven to:

1. Boost testosterone production by over 65%
2. Boost Energy Levels and Endurance by 52%
3. Reduce Muscle repair time by over 40%

### MRX® has been clinically proven to:

1. Increase the speed of Metabolism by 70%
2. Tone Muscle Appearance without jeopardizing Muscle Mass!
3. Surpress the Appetite, while providing nutrion to muscles.
4. Provides a Thermogenic like effect that burns body fat




## PUTTING THE METHOD TO THE TEST

For the ESPN Test, a free sample bottle of Diesel Test® & MRX® were delivered in a few days and only charged us for shipping (see bottom for links). Diesel Test® is one of the most concentrated and purest products on the market. It was our shared opinion that this would give me the most accurate results for my test. Below you can see my results and testimonial.





### WEEK ONE

It's Day 7 of taking Diesel Test® and MRX®. I feel physically stronger. I actually did 65 push-ups today before bed and I still feel as if I could do another 100. I actually feel like I've lost weight instead of muscle so far, but it's hard to say. I'll wait a bit more before I come to my conclusion.

### WEEK TWO

It's Day 14 and I think I see some muscle growth, but it's hard to tell. After looking in the mirror I was positive I had lost weight, but when I checked the scale I had actually gained 5lbs. Interesting enough, I'm starting to see abs for the first time in years. I remember being told abs are made in the kitchen, but I haven't exactly been eating healthy.

### WEEK THREE

It's Day 21 and I've gained over 10 pounds, it might be more, it's hard to tell because I'm losing fat and gaining muscle at the same time, it's CRAZY! I also feel a lot stronger than I ever have. In ten days my experiment will be over I can't wait for the final results...

### WEEK FOUR

It's day 31 and my experiment is over. After 31 days of using Diesel Test® and MRX®, I've gained 16 pounds of muscle and it shows. Even girls are starting to notice. My confidence has skyrocketed! A few days ago I bumped into a friend I hadn't seen in years, he asked me if I've been working out. He was shocked when I told him I wasn't! I've definitely put on muscle mass while burning fat at the same time. I feel and look like a new person!



(this fake DIESEL TEST didn't win or wasn't nominated for any bodybuilding.com award and wasn't even for sale in 2015 to be nominated early 2016)





(fake comments)



Fake consumer reviews

**Exhibit 17**



**Exhibit 18**

**Rev Labs DIESEL TEST fake ESPN article parts**

espn-weekly.com

WWE legacy well beyond being Ric Flair's daughter

Move Over Bella Twins, An Amateur Wood Chopper Is Coming To The Ring

Saga of Paige and Alberto Del Rio continues with public marriage proposal

NXT women's championship history

Billy Corgan: "Nothing you or God can do to stop" Vince McMahon from buying TNA

Heyman: UFC return is 'greatest thing that has ever happened' to Lesnar

(ESPN) -- Jon Jones has been suspended one year by the United States Anti-Doping Agency but is not labeled a "cheater of the sport."

Jones, 29, has been suspended by the USADA for the maximum length of one year on Monday November 7th 2016. Jones was pulled from UFC 200 pay-per-view title fight agaisnt Daniel Cormier which was schduled for July 9th. During the Trial with the USADA they found that Jones had no intentional use of a banned substances. Jones explained that he had only taken "Diesel Test®" and "MRX®" two all natural supplements to fuel his training camp. Jone's attorney Howard Jacobs asserted the banned substances entered his body through a pill he thought was Cialis, a sexual enhancement pill.

11:26 AM
3/2/2017

# Diesel Test® has been clinically proven to:

1. Boost testosterone production by over 65%
2. Boost Energy Levels and Endurance by 52%
3. Reduce Muscle repair time by over 40%

Exhibit 19

| To: | Joshua Nussbaum (uspto@trademarks411.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87250405 - DIESEL TEST - N/A |
| **Sent:** | 3/14/2017 11:45:08 AM |
| **Sent As:** | ECOM125@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |

**UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**
**OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION**

**U.S. APPLICATION SERIAL NO.** 87250405

**MARK:** DIESEL TEST

**CORRESPONDENT ADDRESS:**
JOSHUA NUSSBAUM
990 HIGHLAND DRIVE SUITE #203
SOLANA BEACH, CA 92075

**\*87250405\***

**GENERAL TRADEMARK INFORMATION:**
http://www.uspto.gov/trademarks/index.jsp

VIEW YOUR APPLICATION FILE

**APPLICANT:** Joshua Nussbaum

**CORRESPONDENT'S REFERENCE/DOCKET NO :**
N/A
**CORRESPONDENT E-MAIL ADDRESS:**
uspto@trademarks411.com

### SUSPENSION NOTICE: NO RESPONSE NEEDED

**ISSUE/MAILING DATE:** 3/14/2017

The trademark examining attorney is suspending action on the application for the reason stated below. *See* 37 C.F.R. §2.67; TMEP §§716 *et seq.*

**PRIOR-FILED PENDING APPLICATIONS FOUND:** The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no similar registered marks that would bar registration under Trademark Act Section 2(d). TMEP §704.02; *see* 15 U.S.C. §1052(d). However, marks in a prior-filed pending applications may present a bar to registration of applicant's mark.

The effective filing date of the pending applications identified below precedes the filing date of applicant's application. If the mark in the referenced applications registers, applicant's mark may be refused registration under Section 2(d) because of a likelihood of confusion with that registered marks. *See* 15 U.S.C. §1052(d); 37 C.F.R. §2.83; TMEP §§1208 *et seq.* Therefore, action on this application is suspended until the earlier-filed referenced applications is either registered or abandoned. 37 C.F.R. §2.83(c). A copy of information relevant to this referenced applications is attached.

   - Application Serial Nos. 87078512 and 87065657

The USPTO will periodically conduct a status check of the application to determine whether suspension remains appropriate, and the trademark examining attorney will issue as needed an inquiry letter to applicant regarding the status of the matter on which suspension is based. TMEP §§716.04, 716.05. Applicant will be notified when suspension is no longer appropriate. *See* TMEP §716.04.

No response to this notice is necessary; however, if applicant wants to respond, applicant should use the "Response to Suspension Inquiry or Letter of Suspension" form online at http://teasroa.uspto.gov/rsi/rsi.

Caroline L. Moran
/Caroline L. Moran/
Trademark Examining Attorney
Law Office 125
(571) 272-3255
caroline.moran@uspto.gov

**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:** To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using the Trademark Status and Document Retrieval (TSDR) system at http://tsdr.uspto.gov/. Please keep a copy of the TSDR status screen. If the status shows no change for more than six months, contact the Trademark Assistance Center by e-mail at TrademarkAssistanceCenter@uspto.gov or call 1-800-786-9199. For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:** Use the Trademark Electronic Application System (TEAS) form at http://www.uspto.gov/trademarks/teas/correspondence.jsp.

**Print: Mar 14, 2017**                    **87065657**

**DESIGN MARK**

**Serial Number**
87065657

**Status**
OPPOSITION PENDING

**Word Mark**
DIESEL FUEL

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Curry, Charles A INDIVIDUAL UNITED STATES 2835 Paris Road Olympia
Fields ILLINOIS 60461

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Dietary and nutritional supplements.  First Use: 2002/05/10.  First
Use In Commerce: 2002/06/01.

**Filing Date**
2016/06/09

**Examining Attorney**
STOIDES, KATHERINE

-1-

# DIESEL FUEL

**Print: Mar 14, 2017**          **87078512**          **Issue: Mar 28, 2017**

**DESIGN MARK**

**Serial Number**
87078512

**Status**
PUBLICATION/ISSUE REVIEW COMPLETE

**Word Mark**
DIESEL

**Standard Character Mark**
Yes

**Type of Mark**
TRADEMARK

**Register**
PRINCIPAL

**Mark Drawing Code**
(4) STANDARD CHARACTER MARK

**Owner**
Curry, Charles DBA DIESEL NUTRITION INDIVIDUAL UNITED STATES PO BOX
962 Lansing ILLINOIS 60438

**Goods/Services**
Class Status -- ACTIVE.  IC 005.  US  006 018 044 046 051 052.  G & S:
Dietary and nutritional supplements for endurance sports.  First Use:
2002/05/01.  First Use In Commerce: 2002/06/01.

**Filing Date**
2016/06/21

**Examining Attorney**
RICHARDSON, JENNIFER

-1-

GET DIESEL v. Rev Labs          Exhibit 19          5

# DIESEL

| To: | Joshua Nussbaum (uspto@trademarks411.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 87250405 - DIESEL TEST - N/A |
| **Sent:** | 3/14/2017 11:45:08 AM |
| **Sent As:** | ECOM125@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)

## IMPORTANT NOTICE REGARDING YOUR
## U.S. TRADEMARK APPLICATION

### USPTO OFFICE ACTION (OFFICIAL LETTER) HAS ISSUED
### ON 3/14/2017 FOR U.S. APPLICATION SERIAL NO.87250405

Please follow the instructions below:

**(1) TO READ THE LETTER:** Click on this link or go to http://tsdr.uspto.gov/, enter the U.S. application serial number, and click on "Documents."

The Office action may not be immediately viewable, to allow for necessary system updates of the application, but will be available within 24 hours of this e-mail notification.

**(2) QUESTIONS:** For questions about the contents of the Office action itself, please contact the assigned trademark examining attorney. For *technical* assistance in accessing or viewing the Office action in the Trademark Status and Document Retrieval (TSDR) system, please e-mail TSDR@uspto.gov.

## WARNING

**PRIVATE COMPANY SOLICITATIONS REGARDING YOUR APPLICATION:** Private companies **not** associated with the USPTO are using information provided in trademark applications to mail or e-mail trademark-related solicitations. These companies often use names that closely resemble the USPTO and their solicitations may look like an official government document. Many solicitations require that you pay "fees."

Please carefully review all correspondence you receive regarding this application to make sure that you are responding to an official document from the USPTO rather than a private company solicitation. All official USPTO correspondence will be mailed only from the "United States Patent and Trademark Office" in Alexandria, VA; or sent by e-mail from the domain "@uspto.gov." For more information on how to handle private company solicitations, see http://www.uspto.gov/trademarks/solicitation_warnings.jsp.