# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

October 23, 2018

*By the Court*:

```
CHARLES CURRY, doing business as        ] Appeal from the United
GET DIESEL NUTRITION,                   ] States District Court for
      Plaintiff-Appellant,              ] the Northern District of
                                        ] Illinois, Eastern Division.
No. 17-2900                    v.       ]
                                        ] No. 1:17-cv-02283
REVOLUTION LABORATORIES, LLC,           ]
et al.,                                 ] Matthew F. Kennelly,
      Defendants-Appellees.             ]      Judge.
```

    Pursuant to this court's order of April 11, 2018, **IT IS ORDERED** that Allan H. Erbsen, UNIVERSITY OF MINNESOTA LAW SCHOOL, 336 Mondale Hall, 229 19th Avenue S., Minneapolis, MN 55455, is appointed to serve as *amicus curiae* to argue for the reversal of the judgment of the District Court.

    Briefing in this appeal shall proceed as follows:

1. The amicus curiae shall file his opening brief and required short appendix on or before January 31, 2019.

2. The appellees shall file their brief on or before March 4, 2019.

3. The amicus curiae shall file his reply brief, if any, on or before March 18, 2019.

    The word limitations of Circuit Rule 32(c), rather than Circuit Rule 29, apply to the briefs submitted pursuant to this order.

Important Scheduling Notice !

> Hearing notices are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals are scheduled after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your appeal might be scheduled, please write the clerk advising him of the time period and the reason for your unavailability. The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once an appeal has been scheduled for oral argument, it is very difficult to have the date changed. See Cir. R. 34(e).