IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LABORATORIES, LLC, JOSHUA NUSSBAUM, and BARRY NUSSBAUM, <br><br> Defendant. | Case No. 1:17-cv-02283 <br><br> Judge Matthew F. Kennelly <br><br> Mag. Judge Young B. Kim |

## JOINT STATUS REPORT

Pursuant to this Court's minute entry dated July 15, 2020 (Dkt. 118), Plaintiff Charles Curry d/b/a Get Diesel Nutrition ("Plaintiff") and Defendants Revolution Laboratories, LLC, Barry Nussbaum, and Joshua Nussbaum (collectively, "Defendants"), submit this joint status report regarding settlement as follows:

1. On June 23, 2020, Counsel for Defendants and Counsel for Plaintiff appointed through the Settlement Assistance Program appeared before Magistrate Judge Kim for a telephonic status conference. Judge Kim advised that a settlement conference could be held on July 24, 2020 or September 8, 2020. A telephonic settlement conference was scheduled for July 24, 2020 and, should the parties have been unable to proceed with the settlement conference as scheduled because they required additional time to assess discovery and prepare for the conference, the telephonic settlement conference was to proceed on September 8, 2020.

2. On July 10, 2020, pursuant to the minute entry before Judge Kim (Dkt. 113), Plaintiff submitted his settlement position statement and draft settlement agreement to Defendants'

1

counsel with a copy to the Court. On July 17, 2020, Defendants sumitted their settlement position statement.

3. On July 24, 2020, the parties appeared before Judge Kim for a telephonic settlement conference. The parties were unable to fully settle the matter and the case was returned to District Judge Kennelly. However, the parties agreed to submit a stipulated preliminary injunction to resolve the pending motion for preliminary injunction (Dkt. 77). The stipulation was filed July 31, 2020.

4. On July 27, 2020, new lead counsel for Plaintiff filed an appearance. Counsel appointed through the Settlement Assistance Program will remain as counsel for Plaintiff, but as local counsel only.

Dated: July 31, 2020                                        Respectfully submitted,

| **REVOLUTION LABORATORIES, LLC, BARRY NUSSBAUM, JOSHUA NUSSBAUM** | **CHARLES CURRY d/b/a GET DIESEL NUTRITION** |
|---|---|
| By: *s/ Christopher W. Niro* <br> Christopher W. Niro <br> Amy R. Gibson <br> R. Timothy Novel <br> ARONBERG GOLDGEHN DAVIS & GARMISA <br> 330 N. Wabash Ave. Suite 1700 <br> Chicago, IL 60611 <br> (p) 312.828.9600 <br> (f) 312.828.9635 <br> cniro@agdglaw.com <br> agibson@agdglaw.com <br> tnovel@agdglaw.com | By: *s/ Floyd Mandell* <br> Floyd Mandell <br> Catherine O'Brien <br> Katten Muchin Rosenman LLP <br> 525 W. Monroe St. <br> Chicago, IL 60661 <br> (d) 312.902.5235 <br> floyd.mandell@katten.com <br> catherine.obrien@katten.com <br><br> *Limited Appointment for Settlement Conference on behalf of Plaintiff Charles Curry* |

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of this document was served upon all counsel of record and Revolution Laboratories, LLC, Barry Nussbaum, and Joshua Nussbaum via the Court's CM/ECF filing system on July 31, 2020.

                                                                */s/ Catherine O'Brien*