# Exhibit 23

**From:** Nick Hailey nick@oandzlaw.com
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020
**Date:** October 23, 2020 at 9:45 PM
**To:** Kristina D. Diesner kdiesner@agdglaw.com, Matt Oppenheim Matt@oandzlaw.com, Scott Zebrak Scott@oandzlaw.com
**Cc:** Christopher W. Niro cniro@agdglaw.com



Kristy,

We are available to meet and confer on Tuesday 10/27 at 3:00 pm ET/2:00 pm CT. In the future, we expect that you will respond more promptly to our repeated requests for meet and confers.

You are mistaken as to your obligation to produce the opinions of counsel. The N.D. Ill. case on which you rely specifically recognized that, once a party announces that it will rely on advice of counsel, the attorney-client privilege is waived. *Fellowes, Inc. v. Aurora Corp. of Am.*, No. 07 C 7237, 2009 WL 1097063, at *4 (N.D. Ill. Apr. 1, 2009). And that court compelled the defendants to disclose whether they intended to rely on an advice of counsel defense "and produce any relevant opinion letters—no later than four months before the close of fact discovery to allow Plaintiff adequate time to conduct any related discovery." *Id.* (emphasis added). Accordingly, we reiterate our request that you either immediately produce any opinions of counsel (and related documents and communications) that you intend to rely on here, or affirmatively disclaim the advice of counsel defense. If we cannot resolve this on Tuesday, we will plan to raise the issue with the Court.

As you no doubt saw, earlier this afternoon we served interrogatories regarding Defendants' searches in response to Plaintiff's discovery requests.

We look forward to discussing the remaining issues on Tuesday.

Nick

Nick Hailey
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW I 5th Floor
Washington, DC 20016
202.480.2174
nick@oandzlaw.com I www.oandzlaw.com

---

**From:** "Kristina D. Diesner" <kdiesner@agdglaw.com>
**Date:** Friday, October 23, 2020 at 5:49 PM
**To:** Nick Hailey <Nick@oandzlaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Cc:** "Christopher W. Niro" <cniro@agdglaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Nick,

We are able to meet and confer regarding your 37.2 letter on Tuesday, October 27 in the afternoon. Please let us know when you're available that day. Because you raised a few separate issues, please see our responses below in blue for convenience.

separate issues, please see our responses below in blue for convenience.

We look forward to speaking with you next week. Have a wonderful weekend.

Thanks,
Kristy


**Kristina D. Diesner**
kdiesner@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3133 / Fax: (312) 222-6382 / www.agdglaw.com
**MY BIO** **MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Nick Hailey <Nick@oandzlaw.com>
**Date:** Wednesday, October 21, 2020 at 7:01 PM
**To:** "Christopher W. Niro" <cniro@agdglaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Amy Rapoport Gibson <agibson@agdglaw.com>, "R. Timothy Novel" <tnovel@agdglaw.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** FW: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Counsel,

We are following up on several outstanding issues:

First, we again request a meet and confer to discuss the deficiencies in your 10/9 discovery responses, as outlined in our 10/15 letter (attached), without further delay. Let us know your availability for the rest of this week.

As noted in our 10/15 letter, we also request that you promptly produce any opinions of counsel (and related documents and communications) that you intend to rely on in this case, or indicate affirmatively that you do not intend to rely on an advice of counsel defense.

At this time, we will not be producing any opinions of counsel that we may rely on in this case insofar as it relates to Revolution's adoption, due diligence, and/or use of the "Diesel Test" mark. As cited to in our Response in Opposition to Curry's Motion to Compel, the Federal Circuit in *Quantum Corp. v. Tandon Corp.,* 940 F.2d 642, 643-44 (Fed.Cir.1991) has acknowledged the dilemma faced by accused infringers in deciding whether to assert an advice of counsel defense,

> Proper resolution of the dilemma of an accused infringer who must choose

> between the lawful assertion of the attorney-client privilege and avoidance of a willfulness finding if infringement is found, is of great importance not only to the parties but to the fundamental values sought to be preserved by the attorney-client privilege. **An accused infringer, therefore, should not, without the trial court's careful consideration, be forced to choose between waiving the privilege in order to protect itself from a willfulness finding, in which case it may risk prejudicing itself on the question of liability, and maintaining the privilege, in which case it may risk being found to be a willful infringer if liability is found.**
> 
> *Fellowes, Inc. v. Aurora Corp. of America*, No. 07 C 7237, 2009 WL 1097063, at *4 (N.D. Ill. 2009). The question of timing remains crucial. *Id. See LG. Philips LCD Co. v. Tatung Co.,* 243 F.R.D. 133, 136 (D. Del. 2007). Therefore, once the Court carefully considers the facts and circumstances of our case and deems it the appropriate time to disclose any attorney-client communication, then we will provide you with such opinions.

During the meet and confer, we also need to discuss (1) the specific searches Defendants have conducted to identify responsive documents, and Defendants' document preservation in this case; and (2) whether we can reach an agreement on production of documents relating to tag-along products, or if we will need to file a motion on that issue.

As for your request of the specific searches Defendants have conducted to identify responsive documents, we provided such answers in our Response in Opposition to Curry's Motion to Compel. (*See* p. 15). Furthermore, it is more appropriate to seek this information via interrogatories. *See Ruiz-Buno* relied on *Strauss v. Credit Lyonnais, S.A.,* 242 F.R.D. 199, 232 (E.D.N.Y.2007) and *McNearney v. Washington Dept. of Corrections,* No. C11-5930 RBL/KLS, 2012 WL 3155099, *6 (W.D. Wash. Aug. 2, 2012). During the meet and confer, we can discuss Plaintiff's and Defendants' document preservation in this case. Also, during the meet and confer, we can discuss potentially reaching an agreement on production of documents relating to tag-along products. We hope you are able to provide us with a colorable initial showing as to relevance of these alleged "tag-along" products. Any documents supporting your theory in advance of the meet and confer is greatly appreciated.

We can also address the letter you sent today regarding Plaintiff's 9/25 interrogatory responses during the same meet and confer.

Finally, we anticipate you either (a) confirming Curry will fully and completely supplement his answers to Defendants' Interrogatories Numbers 2, 3, 6, and 7 by a date certain or (b) consenting to us filing a Motion to Compel with the Court during the meet and confer.

Nick

Nick Hailey
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW I 5th Floor
Washington, DC 20016
202.480.2174

[nick@oandzlaw.com](nick@oandzlaw.com) I [www.oandzlaw.com](www.oandzlaw.com)

---

**From:** Nick Hailey <Nick@oandzlaw.com>
**Date:** Thursday, October 15, 2020 at 9:05 PM
**To:** "Christopher W. Niro" <cniro@agdglaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Amy Rapoport Gibson <agibson@agdglaw.com>, "R. Timothy Novel" <tnovel@agdglaw.com>
**Cc:** Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Counsel,

Please see the attached letter outlining deficiencies in Defendants' 10/9 discovery responses below and requesting a meet and confer to address the same.

Nick Hailey
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW I 5th Floor
Washington, DC 20016
202.480.2174
[nick@oandzlaw.com](nick@oandzlaw.com) I [www.oandzlaw.com](www.oandzlaw.com)

---

**From:** "Kristina D. Diesner" <kdiesner@agdglaw.com>
**Date:** Friday, October 9, 2020 at 7:01 PM
**To:** Nick Hailey <Nick@oandzlaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Cc:** "Christopher W. Niro" <cniro@agdglaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Counsel,

Attached please find:
- Joshua Nussbaum's Answers to Curry's Interrogatories
- Joshua Nussbaum's Answers to Curry's RFP
- Revolution's Answers to Curry's Interrogatories
- Revolution's Answers to Curry's Second RFP
- Barry Nussbaum's Answers to Curry's RFP

Thanks,
Kristy


**Kristina D. Diesner**
[kdiesner@agdglaw.com](kdiesner@agdglaw.com)



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3133 / Fax: (312) 222-6382 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** "Christopher W. Niro" <cniro@agdglaw.com>
**Date:** Monday, October 5, 2020 at 2:38 PM
**To:** Nick Hailey <Nick@oandzlaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Thank you for the courtesy extension.

Best regards,

Chris


**Christopher W. Niro**
cniro@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3161 / Fax: (312) 222-6381 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Nick Hailey <Nick@oandzlaw.com>
**Date:** Monday, October 5, 2020 at 2:28 PM
**To:** Christopher Niro <cniro@agdglaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Chris,

We can agree to the requested 4-day extension, but no more. Please confirm that Defendants will be producing all documents responsive to the requests by 10/9.

Nick

Nick Hailey
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW I 5th Floor

Washington, DC 20016
202.480.2174
nick@oandzlaw.com | www.oandzlaw.com

**From:** "Christopher W. Niro" <cniro@agdglaw.com>
**Date:** Monday, October 5, 2020 at 3:03 PM
**To:** Nick Hailey <Nick@oandzlaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

A 4-day extension of time is normally a professional courtesy that we regularly extend to opposing counsel. That should be sufficient reasoning. Please confirm that courtesy is not something you're willing to extend.

Also, as I have relayed to you a few times now, our communication with our client has been difficult and obtaining responses has also been difficult…those issues have not been resolved.

**Christopher W. Niro**
cniro@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3161 / Fax: (312) 222-6381 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

**From:** Nick Hailey <Nick@oandzlaw.com>
**Date:** Monday, October 5, 2020 at 1:56 PM
**To:** Christopher Niro <cniro@agdglaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Chris,

Before filing your motion, please explain the basis for your request for an extension, including in particular the issues with your clients referenced in Kristy's email below.

Thanks,

Nick

Nick Hailey
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue, NW I 5th Floor
Washington, DC 20016
202.480.2174
nick@oandzlaw.com I www.oandzlaw.com

---

**From:** "Christopher W. Niro" <cniro@agdglaw.com>
**Date:** Monday, October 5, 2020 at 2:47 PM
**To:** Nick Hailey <Nick@oandzlaw.com>, "Kristina D. Diesner" <kdiesner@agdglaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Thanks Nick, we assume that you're amenable to us filing a motion with the court requesting the extension and that you'll oppose that motion?

**Christopher W. Niro**
cniro@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3161 / Fax: (312) 222-6381 / www.agdglaw.com
MY BIO  MY VCARD

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** Nick Hailey <Nick@oandzlaw.com>
**Date:** Monday, October 5, 2020 at 1:41 PM
**To:** "Kristina D. Diesner" <kdiesner@agdglaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Cc:** Christopher Niro <cniro@agdglaw.com>
**Subject:** Re: Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Kristy,

We are not in a position to agree to an extension at this late stage. We are concerned about any further delays to discovery in this case, given the significant delays that have already taken place. Please respond to the outstanding discovery today.

Best,

Nick

Nick Hailey
**Oppenheim + Zebrak, LLP**

Oppenheim + Zebrak, LLP
4530 Wisconsin Avenue, NW I 5th Floor
Washington, DC 20016
202.480.2174
nick@oandzlaw.com I www.oandzlaw.com

**From:** "Kristina D. Diesner" <kdiesner@agdglaw.com>
**Date:** Monday, October 5, 2020 at 1:24 PM
**To:** Nick Hailey <Nick@oandzlaw.com>, Matt Oppenheim <Matt@oandzlaw.com>, Scott Zebrak <Scott@oandzlaw.com>
**Cc:** "Christopher W. Niro" <cniro@agdglaw.com>
**Subject:** Curry v. Revolution Labs - Curry's Discovery Issued 9/3/2020

Nick,

As you know, Defendants' answers to the discovery you served on September 3 is due today.  However, due to our efforts to resolve Revolution's Responses to Curry's First Set of Requests for Production of Documents, we are unable to provide all of our answers to the September 3 discovery.  We respectfully request an extension to Friday, October 9 to provide Joshua's Answers to Interrogatories and Requests for Production, Barry's Answers to Interrogatories, and Revolution's Answers to Interrogatories and Second Requests for Production.  As you know we have been dealing with issues with our clients.  Let me know if you want to discuss.

Thanks,
Kristy


**Kristina D. Diesner**
kdiesner@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3133 / Fax: (312) 222-6382 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.