# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Charles Curry

                Plaintiff,

v.                                     Case No.: 1:17−cv−02283
                                                  Honorable Matthew F. Kennelly

Revolution Laboratories, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 11, 2020:

      MINUTE entry before the Honorable Matthew F. Kennelly: Agreed motion to amend scheduling [154] is granted. Rule 26(a)(2) disclosure deadline is reset to 2/5/2021. Rule 26(a)(2) rebuttal disclosure deadline is reset to 2/22/2021. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.