**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-02283 |
| v. | ) ) | Judge Matthew F. Kennelly |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM, | ) ) ) ) ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's minute entries dated January 12, 2021 and March 9, 2021, ECF

Nos. 161 and 164, Plaintiff Charles Curry d/b/a Get Diesel Nutrition ("Plaintiff") and Defendants

Revolution Laboratories, LLC ("Revolution"), Joshua Nussbaum, and Barry Nussbaum

(collectively, "Defendants"), submit this joint status report regarding the current case status.

**I.      Case Status**

The parties have completed fact discovery, and the period of expert disclosures and

discovery is underway.  Specifically, the deadline for fact discovery was February 19, 2021, and

the deadline for Rule 26(a)(2) disclosures by the party with the burden of proof on a particular

issue was March 5, 2021.  *See* ECF No. 158.  Plaintiff timely disclosed his damages expert, Joel

A. Herman, CPA, and served Mr. Herman's expert report on Defendants on March 5, 2021.

Defendants have not yet disclosed any experts.  The deadline for rebuttal Rule 26(a)(2)

disclosures is March 22, 2021.  *Id.*  The deadline for completing expert depositions is April 19,

2021.  *Id.*

1

At this juncture, following expert discovery, both sides anticipate filing summary judgment motions.  The deadline for filing dispositive motions is June 2, 2021.  *Id.*

Dated:  March 10, 2021                              Respectfully submitted,

                                                   **PLAINTIFF CHARLES CURRY d/b/a
                                                   GET DIESEL NUTRITION**

                                                   By:  */s/ Nicholas C. Hailey*
                                                          Matthew J. Oppenheim (443698)
                                                          Scott A. Zebrak (452649)
                                                          Nicholas C. Hailey (admitted *pro hac vice*)
                                                          OPPENHEIM + ZEBRAK, LLP
                                                          4530 Wisconsin Avenue, NW, 5th Floor
                                                          Washington, DC 20016
                                                          Tel: 202-480-2999
                                                          matt@oandzlaw.com
                                                          scott@oandzlaw.com
                                                          nick@oandzlaw.com

                                                          *Attorneys for Plaintiff*

                                                   **DEFENDANTS REVOLUTION
                                                   LABORATORIES, LLC, BARRY
                                                   NUSSBAUM, JOSHUA NUSSBAUM**

                                                   By:  */s/ Kristina D. Diesner*
                                                          Christopher W. Niro
                                                          Kristina D. Diesner
                                                          Amy R. Gibson
                                                          R. Timothy Novel
                                                          ARONBERG GOLDGEHN DAVIS &
                                                          GARMISA
                                                          330 N. Wabash Ave. Suite 1700
                                                          Chicago, IL 60611
                                                          (p) 312.828.9600
                                                          (f) 312.828.9635
                                                          cniro@agdglaw.com
                                                          kdiesner@agdglaw.com
                                                          agibson@agdglaw.com
                                                          tnovel@agdglaw.com

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

*<u>/s/ Nicholas C. Hailey</u>*
Nicholas C. Hailey (admitted *pro hac vice*)
