IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, </br></br>Plaintiff, </br></br>v. </br></br>REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM, </br></br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br>Case No. 1:17-cv-02283 </br></br>Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

Pursuant to this Court's minute entry dated March 11, 2021, ECF No. 166, Plaintiff Charles Curry d/b/a Get Diesel Nutrition ("Plaintiff") and Defendants Revolution Laboratories, LLC ("Revolution"), Joshua Nussbaum, and Barry Nussbaum (collectively, "Defendants"), submit this joint status report regarding the current case status.

**I.     Case Status**

The deadline for filing dispositive motions is June 2, 2021. *See* ECF No. 158. The Court directed the parties to be prepared to discuss at the April 29, 2021 status hearing the nature and topics of any dispositive motions that they anticipate filing. *See* ECF No. 166.

**A.     Plaintiff's Motion for Summary Judgment**

At this time, Plaintiff anticipates seeking summary judgment on the following claims and issues: (1) Joshua Nussbaum and Barry Nussbaum's individual liability for Lanham Act and common law infringement of Plaintiff's Diesel Test mark (Counts III and V), for which

1

Defendants have already admitted Revolution's liability;[1] (2) Joshua Nussbaum's individual liability for violating the Anticybersquatting Consumer Protection Act (Count VI) with respect to the internet domain dieseltestbooster-red.com, for which Defendants have already admitted Revolution's liability;[2] (3) all Defendants' liability for violations of the Illinois Consumer Fraud and Deceptive Practices Act (Count I) and Illinois Uniform Deceptive Trade Practices Act (Count II), where those claims are based on the same facts and subject to the same legal standard as Plaintiff's infringement claims (Counts III and V) for which Defendants have already admitted Revolution's liability;[3] and (4) Defendants' inability to meet their burden of proving claimed costs or deductions from infringing sales under 15 U.S.C. § 1117(a). Plaintiff has inquired as to whether Defendants will stipulate to any of these issues, and Defendants have declined.

    **B.**    **Defendants' Motion for Summary Judgment**

All three Defendants (Barry Nussbaum, Joshua Nussbaum, and Revolution Laboratories, LLC) will file a Joint Motion for Summary Judgment seeking judgment in their favor on the following claims and issues (i) no question of material fact exists to show that Plaintiff is entitled to his lost sales pursuant to 15 U.S.C. § 1117(a); (ii) no question of material fact exists that

---

[1] *See, e.g.*, Stipulation ¶ 2 (Dec. 22, 2020), ECF No. 156 (stipulating that "Revolution is liable for infringing Plaintiff's Diesel Test mark under Count III and Count V of Plaintiff's Complaint").

[2] *See, e.g.*, Stipulation ¶ 3 (Dec. 22, 2020), ECF No. 156 (stipulating that "Revolution is liable for violating the Anticybersquatting Consumer Protection Act under Count VI of Plaintiff's Complaint, with respect to the internet domain www.dieseltestbooster-red.com").

[3] *See, e.g.*, *UL LLC v. Am. Energy Prod., LLC*, 358 F. Supp. 3d 753, 758 & n.2 (N.D. Ill. 2019) (Kennelly, J.) (recognizing that "parallel state law" claims for violations of the Illinois Consumer Fraud and Deceptive Practices Act and Illinois Uniform Deceptive Trade Practices Act are "subject to precisely the same standards as the federal infringement claims," and granting summary judgment in favor of plaintiff on the state law claims "for the same reasons the trademark claims are fit for summary judgment").

shows Defendants profited from the sales of its Diesel Test product; (iii) no question of material fact exists that show Plaintiff has suffered any damages for Defendants' alleged violations of the Illinois Consumer Fraud and Deceptive Practices Act (Count I); (iv) Joshua Nussbaum and Barry Nussbaum are not individually liable for any count of Plaintiff's Complaint; (v) none of the Defendants are liable for violations of the Anti-Cybersquatting Consumer Protection Act (Count VI) for all other domains listed in the Complaint, excluding the internet domain dieseltestbooster-red.com; (vi) as a matter of law, Plaintiff is not entitled to statutory damages for his claims of False Designation of Origin and False Advertising (Count III) and Common Law Trademark Infringement (Count V); and (vii) Revolution's Diesel Test product was not a counterfeit of Plaintiff's products. Defendants inquired whether Plaintiff will stipulate to any of the issues above, and Plaintiff declined.

    **C.**     **Proposed Briefing Schedule**

The Parties propose the following agreed briefing schedule for the cross-motions for summary judgment:

- Deadline to file dispositive motions: June 2, 2021 (current deadline)
- Responses due: July 2, 2021 (30 days)
- Replies (if any) due: July 23, 2021 (21 days)

Plaintiff will file a single summary judgment motion and supporting memorandum, and Defendants together will file a single summary judgment motion and supporting memorandum. Because the Parties anticipate that their opening briefs and response briefs will require additional pages in excess of the limit established by the Local Rules, the Parties jointly request the Court's leave to file opening briefs and response briefs not to exceed 25 typed pages each. The Parties will file reply briefs not to exceed 15 typed pages.

Finally, the Parties respectfully request the Court's guidance as to whether the Court would like them to submit courtesy copies of their summary judgment briefs.

Dated: April 22, 2021                    Respectfully submitted,

**PLAINTIFF CHARLES CURRY d/b/a GET DIESEL NUTRITION**

By: /s/ *Nicholas C. Hailey*
Matthew J. Oppenheim (443698)
Scott A. Zebrak (452649)
Nicholas C. Hailey (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel: 202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
nick@oandzlaw.com

*Attorneys for Plaintiff*

**DEFENDANTS REVOLUTION LABORATORIES, LLC, BARRY NUSSBAUM, JOSHUA NUSSBAUM**

By: /s/ *Kristina D. Diesner*
Christopher W. Niro
Kristina D. Diesner
Amy R. Gibson
R. Timothy Novel
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave. Suite 1700
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
cniro@agdglaw.com
kdiesner@agdglaw.com
agibson@agdglaw.com
tnovel@agdglaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

*/s/ Nicholas C. Hailey*
Nicholas C. Hailey (admitted *pro hac vice*)
