# Exhibit 12

Hi! Sign in or register    Daily Deals    Brand Outlet    Help & Contact    Sell    Watchlist    My eBay

# ebay

Shop by category

Search for anything    All Categories    Search    Advanced

### joshunussbau0 (2739    )
100% positive feedback

Save

Based in United States, joshunussbau0 has been an eBay member since Dec 23, 2016

Items for sale    Visit store    Contact

**Feedback ratings**    See all feedback

| 346 | Item as described | **404** | **0** | **0** | fast delivery |
| 346 | Communication | Positive | Neutral | Negative | Feb 14, 2021 |
| 359 | Shipping time | | | | |
| 379 | Shipping charges | Feedback from the last 12 months | | | |

**112** Followers   |   **0** Reviews   |   Member since: **Dec 23, 2016**   |   United States

## Items for sale (323)    See all items


Pura Bella Anti...
US $39.97    1h left


Original 8 - In...
US $19.00    2h left


Vigorous Muscle...
US $29.97    2h left


Le Allure Colla...
US $21.97    6h left

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2021 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies, Do not sell my personal information and AdChoice



EXHIBIT

Nussbaum Ex. 12  2-11-21

exhibitsticker.com