## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Curry | ) | Case No: 17 C 2283 |
| v. | ) | |
| | ) | Judge: Matthew F. Kennelly |
| Revolution Laboratories, LLC et al | ) | |

## **ORDER**

    The parties are directed to bring a court reporter to the depositions set for 6/13/2022 at 8:30 a.m. The Court reporter is granted permission to bring in their equipment for the deposition. Attorneys for both sides are granted permission to bring in laptops for the deposition.

Date: June 6, 2022

/s/ Judge Matthew F. Kennelly