

# Invoice

| Date | Invoice # |
|---|---|
| 7/11/2022 | 6785 |

**Oppenheim + Zebrak, LLP**

4530 Wisconsin Ave NW, Suite 5
Washington, DC 20016
202-480-2999

www.oandzlaw.com

| | Matter |
|---|---|
| | Get Diesel - Curry v. Revolution |

| Date | Item | Description | Time Billed | Hourly Rate | Amount |
|---|---|---|---|---|---|
| 6/8/2022 | Oppenheim | Videoconference with N. Hailey to discuss planning and preparation for 6/13/22 Nussbaum depositions. | 0.10 | 755.00 | 75.50 |
| 6/8/2022 | Oppenheim | Discuss with O+Z team upcoming depositions of B. and J. Nussbaum. | 1.70 | 755.00 | 1,283.50 |
| 6/10/2022 | Oppenheim | Review B. and J. Nussbaum depositions from 5/6/22 in preparation for upcoming depositions. | 1.00 | 755.00 | 755.00 |
| 6/12/2022 | Oppenheim | Prepare for J. and B. Nussbaum depositions by editing outline and reviewing newly produced documents. | 9.20 | 755.00 | 6,946.00 |
| 6/13/2022 | Oppenheim | Attend and take depositions of B. and J. Nussbaum. | 10.10 | 755.00 | 7,625.50 |
| 6/13/2022 | Oppenheim | Discuss depositions of B. and J. Nussbaum with O+Z team and Katten counsel. | 0.80 | 755.00 | 604.00 |

| **Total Due** | $17,289.50 |
|---|---|