354739- 1



**U.S. Legal Support**

P.O. Box 4772
Houston, TX 77210
**Phone:** (832) 430-6386
**Fax:** (281) 260-0329

Accounts Payable
Accounts Payable
440 Jennifer Street, Northwest
Suite 250
Washington, DC 20015

**Date of Statement: 06/30/2022**
**Account No:** 990118491

# STATEMENT

| Current | 30 Days | 60 Days |
|---|---|---|
| $3,508.96 | | |
| **90 Days** | **120 Days & Over** | **Total Due** |
| | | $3,508.96 |

| Lob | Inv Date | Inv No | Job Date/Order Date | Job No/Order No | Claim | Client Matter | Attorney | Case | Witness/RecordOf | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Court Reporting | 6/17/2022 | 20220196338-13 | | 6158037 | | | Matthew J. Oppenheim, Esquire | Charles Curry v. Revolution Laboratories, LLC | Barry Nussbaum (Via Videoconference), Joshua Nussbaum (In Person) | $3,508.96 |
| **Total:** | | | | | | | | | | **$3,508.96** |

Remit To: **U.S. Legal Support, Inc.**
P.O. Box 4772
Houston, TX 77210

If you have any questions regarding your statement, please contact our Account Receivable Department at (832) 430-6386.

**Thank you for your business!**

**Federal Tax ID (EIN ) Number:** 76-0523238

**Nevada Firm Registration # 067F**

354739