IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM, <br><br> Defendants. | Case No. 1:17-cv-02283 <br><br> Judge Matthew F. Kennelly |

**JOINT STATUS REPORT**

Pursuant to the Court's June 30, 2022 order, Dkt. 257, Plaintiff Charles Curry d/b/a Get Diesel Nutrition ("Plaintiff") and Defendants Revolution Laboratories, LLC, Joshua Nussbaum, and Barry Nussbaum (collectively, "Defendants") submit this joint status report with the following information: (1) a list of the witnesses that will be or may be called at trial, (2) the estimated length of time for the direct examination of each witness, and (3) whether the direct examination of each witness will include an adverse party.

**I.     Plaintiff's Case**

Plaintiff will call or may call the following witnesses during Plaintiff's case:

| Witness | Will call/ May call | Live/ Deposition designation | Estimated time of direct exam | Direct exam of adverse party? |
|---|---|---|---|---|
| Charles Curry (Plaintiff) | Will call | Live | 4 hours | No |
| Joshua Nussbaum (Defendant) | Will call | Live | 4 hours | Yes |
| Barry Nussbaum (Defendant) | Will call | Live | 4 hours | Yes |

| | | | | |
|---|---|---|---|---|
| Joel A. Herman, CPA (Plaintiff's damages expert) | Will call | Live | 3 hours | No |
| Donna Godwin (Defendant Revolution employee) | Will call | Deposition designation | 1.5 hours | Yes |
| Adam Knippel (Defendant Revolution employee) | Will call | Deposition designation | 1.5 hours | Yes |
| Trent Turner (Defendant Revolution employee) | Will call | Live if called live by Defs., otherwise deposition designation | 2 hours | Yes |
| Defendant Revolution 30(b)(6) testimony | May call | Deposition designation | 1 hour | Yes |
| Alexandria Roemer (former Defendant Revolution employee) | May call | Deposition designation | 0.5 hours | Yes |
| Robert Estores (third party witness, Chaotek Media) | Will call | Live if called live by Defs., otherwise deposition designation | 1 hour | Third party |
| Jonathan Blazevic (third party witness, Top Source Media) | Will call | Live if called live by Defs., otherwise deposition designation | 1 hour | Third party |
| Trent Anderson (third party witness, Top Source Media) | May call | Live if called live by Defs., otherwise deposition designation | 0.5 hours | Third party |
| Robert Anderson (third party witness, Top Source Media) | May call | Live if called live by Defs., otherwise | 0.5 hours | Third party |

|  |  | deposition designation |  |  |
|---|---|---|---|---|

Although Defendants indicate below that Barry Nussbaum will testify "[l]ive (via remote)," Plaintiff notes that Defendants have not yet filed any motion requesting the Court's permission for Mr. Nussbaum to testify remotely, and Plaintiff intends to oppose any such motion at the appropriate time to the extent one is filed.

Consistent with the Court's guidance at the June 30 hearing, Plaintiff expects that any witnesses called during Plaintiff's case will complete their testimony at that time, and may not be called separately during Defendants' case. If Defendants intend to call Defendant Revolution employee Trent Turner live at trial, Mr. Turner should be required to appear live during Plaintiff's case, rather than requiring Plaintiff to present Mr. Turner by deposition designation. If Defendants intend to call third-party witnesses Robert Estores, Jonathan Blazevic, Trent Anderson, and/or Robert Anderson live at trial, they should similarly be required to appear live during Plaintiff's case, rather than by deposition designation.

## II.     Defendants' Case

Defendants will call or may call the following witnesses during Defendants' case:

| Witness | Will call/ May call | Live/ Deposition designation | Estimated time of direct exam | Direct exam of adverse party? |
|---|---|---|---|---|
| Charles Curry (Plaintiff) | May call | Live | 2 hours | Yes |
| Joshua Nussbaum (Defendant) | Will call | Live | 3 hours | No |
| Barry Nussbaum (Defendant) | Will call | Live (via remote) | 3 hours | No |

| Trent Turner (Defendant Revolution employee) | Will call | Live (via remote if necessary) | 3 hours | No |
| Robert Estores (third party witness, Chaotek Media) | Will call | Live (via remote if necessary) | 1 hour | Third party |
| Jonathan Blazevic (third party witness, Top Source Media) | Will call | Live (via remote if necessary) | 1 hour | Third party |
| Trent Anderson (third party witness, Top Source Media) | Will call | Live (via remote if necessary) | 1 hours | Third party |
| Robert Anderson (third party witness, Top Source Media) | Will call | Live (via remote if necessary) | 1 hours | Third party |

Dated: July 21, 2022

Respectfully submitted,

**PLAINTIFF CHARLES CURRY d/b/a GET DIESEL NUTRITION**

By: */s/ Nicholas C. Hailey*
    Matthew J. Oppenheim (443698)
    Scott A. Zebrak (452649)
    Nicholas C. Hailey (admitted *pro hac vice*)
    OPPENHEIM + ZEBRAK, LLP
    4530 Wisconsin Avenue, NW, 5th Floor
    Washington, DC 20016
    Tel: 202-480-2999
    matt@oandzlaw.com
    scott@oandzlaw.com
    nick@oandzlaw.com

*Attorneys for Plaintiff*

**DEFENDANTS REVOLUTION LABORATORIES, LLC, BARRY NUSSBAUM, JOSHUA NUSSBAUM**

By: */s/ R. Timothy Novel*

R. Timothy Novel
Matthew Lee De Preter
Amy R. Gibson
ARONBERG GOLDGEHN DAVIS &
GARMISA
330 N. Wabash Ave. Suite 1700
Chicago, IL 60611
(p) 312.828.9600
tnovel@agdglaw.com
cdepreter@agdglaw.com
agibson@agdglaw.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all parties.

/s/ Nicholas C. Hailey
Nicholas C. Hailey (admitted *pro hac vice*)