1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3    - - - - - - - - - - - - - -x

4    CHARLES CURRY, d/b/a GET      :

5    DIESEL NUTRITION,             :

6            Plaintiff,            :   Civil Action No.

7       v.                        :   1:17-cv-02283

8    REVOLUTION LABORATORIES,      :

9    LLC, REV LABS MANAGEMENT,

10   INC., JOSHUA NUSSBAUM, and

11   BARRY NUSSBAUM,

12            Defendants.

13   - - - - - - - - - - - - - -x

14

15   30(b)(6) Deposition of Revolution Laboratories, LLC

16   by Barry Nussbaum, Trent Turner, and Joshua Nussbaum

17

18                  Conducted Remotely

19             Thursday, February 18, 2021

20              12:34 p.m. Eastern Time

21

22

23   Job No.: 342637

24   Pages: 1 - 254

25   Reported By: Alan H. Brock, RDR, CRR

1                    A P P E A R A N C E S

2    ON BEHALF OF PLAINTIFF:

3         OPPENHEIM + ZEBRAK, LLP

4         NICHOLAS C. HAILEY, ESQ.

5         4530 Wisconsin Avenue, N.W.

6         Washington, D.C. 20016

7         202.480.2999

8         nick@oandzlaw.com

9

10   ON BEHALF OF DEFENDANTS:

11        ARONBERG GOLDGEHN DAVIS & GARMISA

12        CHRISTOPHER W. NIRO, ESQ.

13        330 North Wabash Avenue, Suite 1700

14        Chicago, Illinois 60611

15        312.828.9600

16        cniro@agdglaw.com

17

18

19

20

21

22

23

24

25

Revolution Laboratories  30(b)(6)
February 18, 2021                                    3

1                    C O N T E N T S

2

3     EXAMINATION                                    PAGE

4     BARRY NUSSBAUM                                     6

5          By Mr. Hailey                                 6

6     TRENT TURNER                                      45

7          By Mr. Hailey                               45

8     JOSHUA NUSSBAUM                                  116

9          By Mr. Hailey                              117

10

11

12                    E X H I B I T S

13              (Attached to transcript.)

14     DEPOSITION EXHIBITS                            PAGE

15     Exhibit 1   Plaintiff's Second Amended           7

16                 Notice of 30(b)(6) Deposition

17                 of Revolution Labs LLC

18     Exhibit 002 Amazon sales spreadsheet,          75

19                 RL_00002

20     Exhibit 2   Trademark application for          27

21                 Diesel Test

22     Exhibit 3   TESS  URL, Record 5 out of 29      35

23     Exhibit     Amazon spreadsheet                227

24     3P4241

25     Exhibit 4   TESS  URL, Record 4 out of 29      39

Revolution Laboratories  30(b)(6)
February 18, 2021                                    48

1       Q.   Do you recognize this document, Mr. Turner?

2       A.   Yes.

3       Q.   Can you tell me what this is?

4       A.   The notice of deposition for RevLabs.

5       Q.   Do you understand that this is the notice

6    for today's deposition; correct?

7       A.   Correct.

8       Q.   Did you review this prior to today's

9    deposition?

10      A.   Sorry, what?

11      Q.   Did you have a chance to review this notice

12   prior to today's deposition?

13      A.   Yes.

14      Q.   Please turn to Page 6, titled Topics of

15   Examination.

16      A.   Okay.

17      Q.   The deposition notice lists the deposition

18   topics starting on Page 6; correct?

19      A.   Correct.

20      Q.   You understand that you've been designated

21   by Revolution to provide deposition testimony on

22   behalf of the company on some of these topics;

23   correct?

24      A.   Correct.

25      Q.   I understand that Revolution has designated

Revolution Laboratories  30(b)(6)
February 18, 2021                              49

1   you to testify as to Topics 4, 5, 11, 12, 13, and

2   14; is that correct?

3       A.  I believe so.

4       Q.  Do you understand that you've been

5   designated by Revolution as the person knowledgeable

6   and prepared to testify on behalf of the company

7   concerning these topics; correct?

8       A.  Correct.

9       Q.  And you are prepared to testify on these

10  topics today?

11      A.  Correct.

12      Q.  I previously took your deposition in this

13  case; correct?

14      A.  Yes.

15      Q.  On January 26, 2021; is that right?

16      A.  I don't recall the exact date, but is that

17  the date?

18      Q.  I'll represent to you that it was the date.

19      A.  Okay.

20      Q.  I took your deposition about a month ago;

21  right?

22      A.  Yes, I believe so.

23      Q.  And do you recall that deposition?

24      A.  Yes.

25      Q.  Do you recall testifying about Revolution's

Revolution Laboratories  30(b)(6)
February 18, 2021                              51

1    deposition?

2         A.  We just spoke with Kristi and Chris and

3    went over a couple of documents.

4         Q.  What documents did you review?

5         A.  We just reviewed the P&L and the balance

6    sheet.

7         Q.  The same P&L and balance sheet that I asked

8    you about at your prior deposition; correct?

9         A.  Correct.

10        Q.  You didn't review any other records since

11   the time of your last deposition; correct?

12        A.  I believe those are the only two.

13        Q.  Mr. Turner, what were Revolution's total

14   gross sales for Diesel Test?

15        A.  Total gross?

16        Q.  Correct.

17        A.  Are we reviewing the P&L or --

18        Q.  I'm just asking you if you know, sitting

19   here today, what were Revolution's total gross sales

20   for Diesel Test?

21        A.  Off the top of my head, I don't recall.  I

22   would need to review the P&L.

23        Q.  So if you needed to determine Revolution's

24   total gross sales for Diesel Test, what records

25   would you check?

Revolution Laboratories  30(b)(6)
February 18, 2021                    52

1       A.  The profit and loss report that I provided.

2       Q.  To calculate Revolution's gross sales for

3   Diesel Test, would you include sales made through

4   revlabs.com?

5       A.  Yes.

6       Q.  Has Revolution produced all of those

7   records for Diesel Test?

8       A.  I believe so.

9       Q.  Are you certain that Revolution has

10  produced all of those records for Diesel Test?

11      A.  I believe we have, yes.

12      Q.  Would you include sales made through other

13  Revolution-owned websites, to the extent such sales

14  were made?

15              MR. NIRO:  Object to the form, vague.

16  You can answer.

17      A.  Can you repeat the question?

18      Q.  Sure.  To calculate Revolution's gross

19  sales for Diesel Test, would you include sales made

20  through other Revolution-owned websites, to the

21  extent such sales were made?

22              MR. NIRO:  Same objection.

23      A.  Yes.

24      Q.  To calculate Revolution's gross sales for

25  Diesel Test, would you also check the overstock

Revolution Laboratories  30(b)(6)
February 18, 2021                            55

1       Q.  Has Revolution produced all of those Amazon

2   sales records for Diesel Test?

3       A.  They were produced, yes.

4       Q.  Are you certain of that?

5       A.  Yes.

6       Q.  To calculate Revolution's gross sales for

7   Diesel Test, would you also include Diesel Test

8   sales made through eBay?

9       A.  Yes.

10      Q.  Am I correct that Revolution has not

11  produced eBay records for Diesel Test sales?

12              MR. NIRO:  Object to the form of the

13  question.  You can answer.

14      Q.  I'll rephrase --

15      A.  We were --

16      Q.  I'll rephrase it, Mr. Turner.  Has

17  Revolution produced eBay records for Diesel Test

18  sales?

19      A.  We were unable to.

20      Q.  To calculate Revolution's gross sales for

21  Diesel Test, would you also include sales of

22  Revolution's Diesel Test made through third-party

23  affiliate websites, to the extent such sales were

24  made?

25              MR. NIRO:  Objection to the form of the

Revolution Laboratories  30(b)(6)
February 18, 2021                        59

1   is just a compilation of -- well, strike that.

2   Mr. Turner, you understand that the P&L is not a

3   primary record of anything; correct?

4                   MR. NIRO:  Object to the form,

5   mischaracterizes the document.

6        A.  Yeah, I don't even understand that

7   question.

8        Q.  The information from the P&L comes from

9   other records and documents; correct?

10       A.  Yeah, it comes from everything we've

11  entered in QuickBooks.

12       Q.  In calculating Revolution's gross sales for

13  Diesel Test, would you include sales of Revolution's

14  Diesel Test made by Revolution's sales team through

15  sales calls?

16       A.  I believe so, yes.

17       Q.  Do you know whether Revolution has produced

18  all of those records for Diesel Test?

19       A.  Those should have been included in

20  Limelight.

21       Q.  Are you certain?

22       A.  Yes.

23       Q.  What's that certainty based on?

24       A.  The fact that people's names from the sales

25  team are listed in Limelight, connected to a sale.

Revolution Laboratories  30(b)(6)
February 18, 2021                                    65

```
 1   question was:  Would you include sales of

 2   Revolution's Diesel Test made through any other

 3   means or sales channels, other than what we've

 4   discussed?

 5              MR. NIRO:  Objection.

 6      A.  No, I don't believe so.  I believe we

 7   discussed everything.

 8      Q.  Mr. Turner, what were Revolution's gross

 9   sales for MRX?

10      A.  I wouldn't know off the top of my head.  I

11   would have to look at the P&L.

12      Q.  So you would look -- how would you

13   calculate Revolution's gross sales for MRX?

14      A.  For MRX?

15      Q.  Yes.

16      A.  I would run a P&L similar to what I did for

17   Diesel Test.

18      Q.  And you could run a P&L for MRX for the

19   period October 2016 through October 2017?

20      A.  I could.

21      Q.  And you could run a P&L for MRX covering

22   any specific identified period; correct?

23      A.  Correct.

24      Q.  If you needed to identify the total gross

25   sales for RevTest, how would you do that?
```

Revolution Laboratories  30(b)(6)
February 18, 2021                          66

1              MR. NIRO:  Objection, outside the scope.

2    You can answer.

3        A.  The exact same way that I would for Diesel

4    Test and MRX:  I would run a profit and loss report.

5        Q.  And does the same go for any other of

6    Revolution's products?

7        A.  I believe so, yes.

8              MR. HAILEY:  Alan, are we up to Exhibit

9    5?

10             THE REPORTER:  I don't know.

11             MR. HAILEY:  I think we are.  Chris?

12             MR. NIRO:  I think we are, too.  I see

13   1, 2, 3, 4.  Yeah, we're on 5.

14             (Exhibit 5 marked for identification.)

15       Q.  Mr. Turner, I'm showing you what I've

16   marked as Exhibit 5.  Let me know when you've pulled

17   it up on your screen.

18       A.  Okay.  Got it.

19       Q.  Do you have the exhibit in front of you?

20       A.  Yeah.

21       Q.  Do you recognize this document?

22       A.  At first glance, I don't recall.

23       Q.  This is an affidavit that Joshua Nussbaum

24   filed in this case dated July 31st, 2017; is that

25   correct?