# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Charles Curry

                          Plaintiff,

v.                                                  Case No.: 1:17–cv–02283
                                                    Honorable Matthew F. Kennelly

Revolution Laboratories, LLC, et al.

                          Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, September 10, 2022:

> MINUTE entry before the Honorable Matthew F. Kennelly: The Court hereby approves the parties' agreed schedule for the exchange of supplemental final pretrial order materials and directs them to comply with that schedule. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **_www.ilnd.uscourts.gov_**.