# EXHIBIT A

*File Number*       6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*  2ND  *day of*  DECEMBER  *A.D.*  2022  .

Authentication #: 2233603249 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE

FORM **BCA 2.10**
**ARTICLES OF INCORPORATION**
Business Corporation Act

Filing Fee:     $150
Franchise Tax: $ 25
**Total:        $175**

File #: ___**69462464**___

Approved By: ___JXR___

**FILED**

**FEB 12 2014**

**Jesse White
Secretary of State**

1. Corporate Name: FEFIFO DISTRIBUTORS INC. _____

   _____

2. Initial Registered Agent: CHARLES CURRY _____

   | First Name | Middle Initial | Last Name |

   Initial Registered Office: 2835 PARIS RD _____

   | Number | Street | Suite No. |

   | OLYMPIA FIELDS | IL | 60461-1827 | COOK |

   | City | ZIP Code | County |

3. Purposes for which the Corporation is Organized:
   The transaction of any or all lawful businesses for which corporations may be incorporated under the Illinois Business Corporation Act.

4. Authorized Shares, Issued Shares and Consideration Received:

| Class | Number of Shares Authorized | Number of Shares Proposed to be Issued | Consideration to be Received Therefor |
|---|---|---|---|
| COMMON | 1000 | 1000 | $ 1000 |

**NAME & ADDRESS OF INCORPORATOR**

5. The undersigned incorporator hereby declares, under penalties of perjury, that the statements made in the foregoing Articles of Incorporation are true.

Dated FEBRUARY 12 _____, 2014     2835 PARIS RD

| Month & Day | Year | Street |

| CHARLES CURRY | OLYMPIA FIELDS | IL | 60461 |

| Name | City/Town | State | ZIP Code |

This document was generated electronically at www.cyberdriveillinois.com

*File Number*          6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* DECEMBER *A.D.* 2022 .

Authentication #: 2233603255 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

SECRETARY OF STATE

Form **BCA-4.15/4.20**

**Illinois
Application to Adopt an
Assumed Corporate Name**
Business Corporation Act

**FILE # 69462464**

Secretary of State
Department of Business Services
Springfield, IL 62756
217-782-9520
www.cyberdriveillinois.com

Filing Fee: **30.00**

Approved: **JXR**

**FILED**

**Dec 01, 2014**

**Jesse White
Secretary of State**

1. Corporate Name: FEFIFO DISTRIBUTORS INC.

2. State of Incorporation: ILLINOIS

3. Date Incorporated/Qualified: 02/12/2014

4. Corporation intends to adopt and to use the assumed corporate name of:

   GET DIESEL NUTRITION

5. The right to use the assumed corporate name shall be effective from the date this application is filed by the Secretary

   of State until _____ 02/01/2015 _____, the first day of the corporation's anniversary

   month in the next year evenly divisible by five.

6. The undersigned corporation has caused this statement to be signed by a duly authorized officer who affirms, under
   penalties of perjury, that the facts stated herein are true and correct.

   Date: _____ Dec 01, 2014 _____

   Exact Name of the Corporation:
   FEFIFO DISTRIBUTORS INC.

   CHARLES A CURRY JR.
   Authorized Officer's Name

   PRESIDENT
   Title

*File Number*      6946-246-4



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



***In Testimony Whereof,*** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*   2ND *day of*   DECEMBER   *A.D.*   2022   .

Authentication #: 2233603265 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE



# OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS 62756

6946-246-4

**JESSE WHITE**
**SECRETARY OF STATE**

## ASSUMED NAME(S) RENEWAL

**FILED**

**Jan 6, 2015**
**JESSE WHITE**
**SECRETARY OF STATE**

FEFIFO DISTRIBUTORS INC.

IN ACCORDANCE WITH THE BUSINESS CORPORATION ACT OF 1983, EFFECTIVE JULY 1, 1984, CORPORATE ASSUMED NAME(S) SHALL BE RENEWABLE FOR PERIODS OF FIVE YEARS EXPIRING IN YEARS EVENLY DIVISIBLE BY FIVE. THE FEE IS $150.00 PER ASSUMED NAME FOR THE ENTIRE FIVE YEAR PERIOD.

LISTED BELOW, PLEASE FIND THE ASSUMED NAME(S) THAT YOU HAVE RENEWED.

$150             GET DIESEL NUTRITION

NAME: CHARLES A CURRY JR.

TITLE: PRESIDENT

DATE: Jan 6, 2015

*File Number*     6946-246-4



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* DECEMBER *A.D.* 2022 .

Jesse White

SECRETARY OF STATE

Authentication #: 2233603271 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov



**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|------|---------------------|
| 2015 | 69462464 |

FILED   Mar 27, 2015

**Jesse White, Secretary of State**

**1.** **Corporate Name** FEFIFO DISTRIBUTORS INC.

**Registered Agent** CHARLES CURRY

**Registered Office** 2835 PARIS RD

**City, IL, Zip Code, County** OLYMPIA FIELDS 604611827 COOK

**2.** **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS          IL 60461

**3a.** **State or Country of Incorporation** IL          **3b. Date Incorporated/Qualified** 02-12-2014

**4.** **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|----------|---|
| Title | PRESIDENT |
| Name & Address | CHARLES CURRY |
| Title | DIRECTOR |
| Name & Address | CHARLES A CURRY JR          2835 PARIS ROAD          OLYMPIA FIELDS          IL 60461 |
| Title | |
| Name & Address | |

**5.** **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

[✓] Minority          [ ] Female          [ ] Both

**6.** **Number of shares authorized and issued as of** 11-30-2014

| Class | Series | Par Value | Number Authorized | Number Issued |
|-------|--------|-----------|-------------------|---------------|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

**7.** **The amount of paid-in-capital as of** 11-30-2014 **is $** 1000

**8.** All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois

**9.** **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** CHARLES CURRY
**Authorized Officer**

PRESIDENT          03-27-2015
**Title & Date**

**Fee Summary**

Franchise Tax: $25.00

Filing Fee: $75.00

Penalty: $2.50

Interest: $1.00

Total Fee: $103.50

This document was electronically generated at www.cyberdriveillinois.com

*File Number*        6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..

*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*   2ND *day of*   DECEMBER *A.D.*   2022   .



*Jesse White*

SECRETARY OF STATE

Authentication #: 2233603277 verifiable until 12/02/2023.
Authenticate at: https://www.ilsos.gov

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|---|---|
| 2016 | 69462464 |

FILED   January 31, 2016

**Jesse White, Secretary of State**

1.  **Corporate Name** FEFIFO DISTRIBUTORS INC.

    **Registered Agent** CHARLES CURRY

    **Registered Office** 2835 PARIS RD

    **City, IL, Zip Code, County** OLYMPIA FIELDS, IL  60461-1827 COOK

2.  **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461

3a.  **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4.  **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title | PRESIDENT |
| Name & Address | CHARLES CURRY |
| Title | DIRECTOR |
| Name & Address | CHARLES CURRY   2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461 |
| Title | |
| Name & Address | |

5.  **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

    ☑Minority          ☐Female          ☐Both

6.  **Number of shares authorized and issued as of** 11-30-2015

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7.  **The amount of paid-in-capital as of** 11-30-2015 **is $** 1000

8.  **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9.  **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

    **Fee Summary**

    Franchise Tax: $25.00

    Filing Fee: $75.00

    Penalty: $0.00

    Interest: $0.00

    Total Fee: $100.00

**By** CHARLES A CURRY JR
**Authorized Officer**

PRESIDENT          January 31, 2016
**Title & Date**

This document was electronically generated at www.cyberdriveillinois.com

*File Number*     6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*     2ND
*day of*   DECEMBER   *A.D.*     2022   .

Authentication #: 2233603283 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|------|---------------------|
| 2017 | 69462464 |

FILED   January 31, 2017

**Jesse White, Secretary of State**

1. **Corporate Name** FEFIFO DISTRIBUTORS INC.

   **Registered Agent** CHARLES CURRY

   **Registered Office** 2835 PARIS RD

   **City, IL, Zip Code, County** OLYMPIA FIELDS, IL  60461-1827 COOK

2. **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461

3a. **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|----------|--|
| Title<br>Name & Address | PRESIDENT<br>CHARLES CURRY |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY   2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461 |
| Title<br>Name & Address | |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☑ Minority          ☐ Female          ☐ Both

6. **Number of shares authorized and issued as of** 11-30-2016

| Class | Series | Par Value | Number Authorized | Number Issued |
|-------|--------|-----------|-------------------|---------------|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 11-30-2016 **is $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

| Fee Summary | |
|-------------|--|
| Franchise Tax: $25.00 |
| Filing Fee: $75.00 |
| Penalty: $0.00 |
| Interest: $0.00 |
| Total Fee: $100.00 |

**By** CHARLES CURRY
**Authorized Officer**

CEO          January 31, 2017
**Title & Date**

This document was electronically generated at www.cyberdriveillinois.com

*File Number*        6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof,* *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* DECEMBER *A.D.* 2022 .

Authentication #: 2233603289 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

SECRETARY OF STATE

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|------|---------------------|
| 2018 | 69462464 |

FILED   March 24, 2018

**Jesse White, Secretary of State**

1. **Corporate Name** FEFIFO DISTRIBUTORS INC.

   **Registered Agent** CHARLES CURRY

   **Registered Office** 2835 PARIS RD

   **City, IL, Zip Code, County** OLYMPIA FIELDS, IL  60461-1827 COOK

2. **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461

3a. **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|----------|---|
| Title<br>Name & Address | PRESIDENT<br>2835 PARIS RD. OLYMPIA FILEDSIL 60461 |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY   2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461 |
| Title<br>Name & Address | |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ✔ Minority          ☐ Female          ☐ Both

6. **Number of shares authorized and issued as of** 11-30-2017

| Class | Series | Par Value | Number Authorized | Number Issued |
|-------|--------|-----------|-------------------|---------------|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 11-30-2017 **is  $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

   **By** CHARLES CURRY
   **Authorized Officer**

   PRESIDENT          March 24, 2018
   **Title & Date**

| **Fee Summary** |
|---|
| Franchise Tax: $25.00 |
| Filing Fee: $75.00 |
| Penalty: $2.50 |
| Interest: $1.00 |
| Total Fee: $103.50 |

This document was electronically generated at www.cyberdriveillinois.com

*File Number*        6946-246-4



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* DECEMBER *A.D.* 2022 .

Authentication #: 2233603299 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

Year: 2019     Corporation File No: 69462464

FILED  February 4, 2019

**Jesse White, Secretary of State**

1. **Corporate Name** FEFIFO DISTRIBUTORS INC.

   **Registered Agent** CHARLES CURRY

   **Registered Office** 2835 PARIS RD

   **City, IL, Zip Code, County** OLYMPIA FIELDS, IL  60461-1827 COOK

2. **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461

3a. **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>CHARLES CURRY 2835 PARIS ROADOLYMPIA FIELDS IL 60461 |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY   2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461 |
| Title<br>Name & Address | |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☑Minority     ☐Female     ☐Both

6. **Number of shares authorized and issued as of** 11-30-2018

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 11-30-2018 **is  $** 1000

8. **The corporation elects to pay its annual franchise tax based upon 100% of its total paid-in capital.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

   **By** CHARLES CURRY
   **Authorized Officer**

   PRESIDENT          February 4, 2019
   **Title & Date**

**Fee Summary**

Franchise Tax: $25.00

Filing Fee: $75.00

Penalty: $2.50

Interest: $1.00

Total Fee: $103.50

*File Number*       6946-246-4



## To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*    2ND *day of*   DECEMBER   *A.D.*    2022   .

Authentication #: 2233603309 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE



## OFFICE OF THE SECRETARY OF STATE

SPRINGFIELD, ILLINOIS 62756

6946-246-4

**JESSE WHITE**
**SECRETARY OF STATE**

## ASSUMED NAME(S) RENEWAL

FEFIFO DISTRIBUTORS INC.

# FILED

**Jan 29, 2020**
**JESSE WHITE**
**SECRETARY OF STATE**

IN ACCORDANCE WITH THE BUSINESS CORPORATION ACT OF 1983, EFFECTIVE JULY 1, 1984, CORPORATE ASSUMED NAME(S) SHALL BE RENEWABLE FOR PERIODS OF FIVE YEARS EXPIRING IN YEARS EVENLY DIVISIBLE BY FIVE.  THE FEE IS $150.00 PER ASSUMED NAME FOR THE ENTIRE FIVE YEAR PERIOD.

LISTED BELOW, PLEASE FIND THE ASSUMED NAME(S) THAT YOU HAVE RENEWED.

$150                       GET DIESEL NUTRITION

NAME: CHARLES CURRY

TITLE: OWNER

DATE: Jan 29, 2020

This document was generated electronically at www.cyberdriveillinois.com

*File Number*        6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



**In Testimony Whereof,** *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* DECEMBER *A.D.* 2022 .

Authentication #: 2233603331 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

SECRETARY OF STATE

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|---|---|
| 2020 | 69462464 |

FILED   January 29, 2020

**Jesse White, Secretary of State**

1. **Corporate Name** FEFIFO DISTRIBUTORS INC.

   **Registered Agent** CHARLES CURRY

   **Registered Office** 2835 PARIS RD

   **City, IL, Zip Code, County** OLYMPIA FIELDS, IL 60461-1827 COOK

2. **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL 60461

3a. **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>CHARLES CURRY 2835 PARIS ROADOLYMPIA FIELDS IL 60461 |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY    2835 PARIS ROAD          OLYMPIA FIELDS, IL 60461 |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY    2835 PARIS ROAD          OLYMPIA FIELDS, IL 60461 |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ✔ Minority          ☐ Female          ☐ Both

6. **Number of shares authorized and issued as of** 11-30-2019

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 11-30-2019 **is $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** CHARLES CURRY
**Authorized Officer**

PRESIDENT          January 29, 2020
**Title & Date**

| Fee Summary | |
|---|---|
| Franchise Tax: $0.00 | |
| Filing Fee: $75.00 | |
| Penalty: $0.00 | |
| Interest: $0.00 | |
| Total Fee: $75.00 | |

This document was electronically generated at www.cyberdriveillinois.com

*File Number*       6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this* 2ND *day of* DECEMBER *A.D.* 2022 .

Authentication #: 2233603337 verifiable until 12/02/2023.
Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| | |
|---|---|
| Year | Corporation File No |
| 2021 | 69462464 |

FILED  March 31, 2021

**Jesse White, Secretary of State**

1. **Corporate Name** FEFIFO DISTRIBUTORS INC.

   **Registered Agent** CHARLES CURRY

   **Registered Office** 2835 PARIS RD

   **City, IL, Zip Code, County** OLYMPIA FIELDS, IL  60461-1827 COOK

2. **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461

3a. **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>CHARLES CURRY 2835 PARIS ROADOLYMPIA FIELDS IL 60461 |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY    2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461 |
| Title<br>Name & Address | |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☑ Minority          ☐ Female          ☐ Both

6. **Number of shares authorized and issued as of** 11-30-2020

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 11-30-2020    **is  $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** CHARLES CURRY
**Authorized Officer**

PRESIDENT          March 31, 2021
**Title & Date**

| Fee Summary | |
|---|---|
| Franchise Tax: | $0.00 |
| Filing Fee: | $75.00 |
| Penalty: | $0.00 |
| Interest: | $0.00 |
| Total Fee: | $75.00 |

This document was electronically generated at www.cyberdriveillinois.com

*File Number*          6946-246-4



# To all to whom these Presents Shall Come, Greeting:

*I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that I am the keeper of the records of the Department of Business Services. I certify that*

ATTACHED HERETO IS A TRUE AND CORRECT COPY, CONSISTING OF 1 PAGE(S), AS TAKEN FROM THE ORIGINAL ON FILE IN THIS OFFICE FOR FEFIFO DISTRIBUTORS INC..



*In Testimony Whereof,* *I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois, this*   2ND *day of*  DECEMBER  *A.D.*   2022   .

Authentication #: 2233603343 verifiable until 12/02/2023.

Authenticate at: https://www.ilsos.gov

*Jesse White*

SECRETARY OF STATE

**State of Illinois**
**Domestic/Foreign Corporation Annual Report**

| Year | Corporation File No |
|---|---|
| 2022 | 69462464 |

FILED   January 12, 2022

**Jesse White, Secretary of State**

1. **Corporate Name** FEFIFO DISTRIBUTORS INC.

   **Registered Agent** CHARLES CURRY

   **Registered Office** 2835 PARIS RD

   **City, IL, Zip Code, County** OLYMPIA FIELDS, IL  60461-1827 COOK

2. **Principal address of Corporation** 2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461

3a. **State or Country of Incorporation** ILLINOIS          **3b. Date Incorporated/Qualified** 02-12-2014

4. **The names and addresses of ALL officers & directors MUST be listed here!**

| Officers | |
|---|---|
| Title<br>Name & Address | PRESIDENT<br>CHARLES CURRY 2835 PARIS ROADOLYMPIA FIELDS IL 60461 |
| Title<br>Name & Address | DIRECTOR<br>CHARLES CURRY    2835 PARIS ROAD          OLYMPIA FIELDS, IL  60461 |
| Title<br>Name & Address | |

5. **If 51% or more of the stock is owned by a minority or female, please check the appropriate box**

   ☑ Minority     ☐ Female     ☐ Both

6. **Number of shares authorized and issued as of** 11-30-2021

| Class | Series | Par Value | Number Authorized | Number Issued |
|---|---|---|---|---|
| COMMON | | 0.00000 | 1000 | 1000.000 |
| | | | | |

7. **The amount of paid-in-capital as of** 11-30-2021 **is $** 1000

8. **All property owned by the corporation is located in Illinois and all business transacted by the corporation is in Illinois.**

9. **Under the penalty of perjury and as an authorized officer, I declare that this annual report, pursuant to provisions of the Business Corporation Act, has been examined by me and is, to the best of my knowledge and belief, true, correct and complete.**

**By** CHARLES CURRY
**Authorized Officer**

PRESIDENT          January 12, 2022
**Title & Date**

| Fee Summary | |
|---|---|
| Franchise Tax: | $0.00 |
| Filing Fee: | $75.00 |
| Penalty: | $0.00 |
| Interest: | $0.00 |
| Total Fee: | $75.00 |