IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION,<br><br>    Plaintiff,<br><br>v.<br><br>REVOLUTION LABORATORIES, LLC; REV LABS MANAGEMENT, INC.; JOSHUA NUSSBAUM; and BARRY NUSSBAUM,<br><br>    Defendants. | Case No. 1:17-cv-02283<br><br>Judge Matthew F. Kennelly |

**<u>Plaintiff's Response to Defendants' Counsel's Motion to Withdraw</u>**

Plaintiff requests that the Court defer granting Mr. Novel's motion to withdraw as counsel for Defendants, Dkt. 314, until after the pending discovery sanction issues in this case are resolved.

Along with Defendants and their various other counsel, Mr. Novel is implicated in a number of pending matters relating to Defendants' discovery violations. These include: (1) the Court's June 10, 2022 Order requiring Joshua Nussbaum, Barry Nussbaum, and Mr. Novel personally to "show cause why they should not be held in contempt based on the failure to produce" various financial documents, Dkt. 243; (2) the Court's June 10, 2022 Order that Mr. Novel "show cause in writing by 6/14/2022 why he should not be sanctioned pursuant to 28 USC 1927 for vexatiously multiplying the proceedings by his evasive and non-responsive answers during today's telephonic hearing," *id.*; (3) Plaintiff's request for jury instructions regarding Defendants' discovery violations, *see, e.g.*, Dkt. 284 at 1–2; Dkt. 302-2 at 98, 115; and (4) Plaintiff's request for attorneys' fees and costs resulting from Defendants' discovery violations, Dkt. 273. All of these issues remain to be decided. It is premature for Mr. Novel to withdraw before these issues are resolved.

1

Dated: January 6, 2023

Respectfully submitted,

*/s/ Jeff Kane*
Matthew J. Oppenheim (443698)
Scott A. Zebrak (452649)
Nicholas C. Hailey (admitted *pro hac vice*)
Jeff Kane (admitted *pro hac vice*)

OPPENHEIM + ZEBRAK , LLP
4530 Wisconsin Avenue, NW, 5th Floor
Washington, DC 20016
Tel: 202-480-2999
matt@oandzlaw.com
scott@oandzlaw.com
nick@oandzlaw.com
jkane@oandzlaw.com

*Counsel for Plaintiff*