# Exhibit 001

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **To:** | Nick Hailey; Gary P. Hollander; Chidinma O. Ahukanna |
| **Cc:** | Matt Oppenheim; Jeff Kane |
| **Subject:** | RE: Curry v. Revolution |
| **Date:** | Monday, December 19, 2022 1:41:00 PM |
| **Attachments:** | Offer of Judgment Permanent Injunction.pdf |

Counsel,

Attached please find Defendants' offer of judgment for the entry of a permanent injunction pursuant to Federal Rule of Civil Procedure 68.

Best Regards,

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION,<br><br>Plaintiff,<br><br>v.<br><br>REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM,<br><br>Defendants. | Case No. 1:17-cv-02283<br><br>Judge Matthew F. Kennelly |

**DEFENDANTS' OFFER OF JUDGMENT FOR ENTRY OF PERMANENT INJUNCTION**

Defendants, Revolution Laboratories, LLC, Joshua Nussbaum and Barry Nussbaum pursuant to Federal Rule of Civil Procedure 68, hereby offer the entry of a permanent injunction in favor of Plaintiff as follows:

WHEREFORE, Plaintiff has alleged exclusive ownership of (a) U.S. Registration No. 5,646,127 for the trademark DIESEL FUEL; (b) U.S. Registration No. 5,980,451 for the trademark DIESEL; and (c) common law "DIESEL" trademarks, specifically, DIESEL, DIESEL FUEL, DIESEL TEST, ARE YOU DIESEL?, GET DIESEL OR DIE TRYIN', GET DIESEL NUTRITION, and COQ DIESEL (collectively, the "Diesel Marks").

THEREFORE, IT IS HEREBY ORDERED:

Defendants, and all officers, principals, agents, servants, employees, affiliates, licensees, transferees, purchasers, successors, and assigns, and all persons or entities acting on their behalf or in active concert or participation with any of them and who receive actual notice of this Permanent Injunction, are enjoined and restrained from:

a. directly or indirectly infringing on any of the Diesel Marks;

b. using in any manner the Diesel Marks, or any colorable imitation or confusingly similar version of those marks (including, but not limited to, DZL TEST), exclusively, or as a dominant portion of any trade name, trademark, service mark, or domain name;

c. importing, transferring, manufacturing, delivering, disposing, advertising, selling, offering for sale, distributing, and shipping (i) any products bearing the name DIESEL TEST or DIESEL TEST-RED SERIES, and (ii) any other dietary supplement products that display marks that are identical or confusingly similar to the Diesel Marks;

d. doing any other act likely to induce the mistaken belief that Plaintiff is the source of products that are not actually manufactured or sold by Plaintiff;

e. using, hosting, operating, maintaining, creating, registering, or transferring ownership or control of any computer server, website, domain name, domain name server, cloud storage, e-commerce platform, online advertising service, or social media platform with domain names that are identical or confusingly similar to the Diesel Marks; and

f. enabling, facilitating, permitting, encouraging, assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to above in paragraphs (a)-(e).

IT IS ALSO FURTHER ORDERED:

If any Defendant breaches any term of this Permanent Injunction, or otherwise infringes the Diesel Marks, Plaintiff will be entitled to injunctive relief, damages, and profits, from said Defendant who is found to have breached this Permanent Injunction. Defendants waive all rights to seek judicial review or otherwise challenge or contest the validity of this Permanent

Injunction. Defendants shall submit to the jurisdiction of this Court in any dispute involving this Permanent Injunction.

Dated: December 19, 2022          Respectfully submitted,

**DEFENDANTS REVOLUTION LABORATORIES, LLC, JOSHUA NUSSBAUM AND BARRY NUSSBAUM**

By: */s/ Matthew De Preter*
    Gary P. Hollander
    Amy R. Gibson
    Matthew De Preter
    ARONBERG GOLDGEHN DAVIS & GARMISA
    330 N. Wabash Ave. Suite 1700
    Chicago, IL 60611
    (p) 312.828.9600
    (f) 312.828.9635
    ghollander@agdglaw.com
    agibson@agdglaw.com
    mdepreter@agdglaw.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on December 19, 2022 a true and correct copy of the foregoing was filed through the ECF filing system which will provide notice to counsel of record.

                                       */s/ Matthew De Preter*
                                          *Attorney for Defendants*

4880-1464-2240, v. 3