# Exhibit 003

CHARLES CURRY
February 04, 2021

```
          IN THE UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

  CHARLES CURRY, d/b/a GET          )
  DIESEL NUTRITION,                 )
                                    )
                                    )
       Plaintiff,                   )
                                    )
            vs.                     )  Case No.
                                    )  1:17-cv-02283
  REVOLUTION LABORATORIES,          )
  LLC, REV LABS MANAGEMENT,         )
  INC., JOSHUA NUSSBAUM, and        )
  BARRY NUSSBAUM,                   )
                                    )
       Defendants.                  )
```

       The videoconference deposition of CHARLES CURRY, called by the Defendants for examination, pursuant to Notice, and pursuant to the Rules of Civil Procedure for the United States District Courts, taken before Renee E. Brass, CSR, RPR, on February 4, 2021, at the hour of 9:33 a.m.

CHARLES   CURRY
February 04, 2021

```
 1         PRESENT (via Zoom videoconference):

 2              OPPENHEIM AND ZEBRAK, LLP
                BY: NICHOLAS HAILEY
 3                  nick@oandzlaw.com
                    4530 Wisconsin Avenue NW
 4                  5th Floor
                    Washington, DC
 5                  202.450.3758

 6                     on behalf of the Plaintiff;

 7              ARONBERG GOLDGEHN DAVIS & GARMISA
                BY: CHRISTOPHER W. NIRO
 8                  cniro@agdglaw.com
                    330 North Wabash Avenue
 9                  Chicago, IL 60611
                    312.755.3133
10
                       on behalf of the Defendants.
11

12

13

14

15

16

17

18   Reported by: Renee E. Brass, CSR, RPR
     CSR No. 084-004119 - Expiration Date:  May 31, 2021.
19

20

21

22

23

24
```

CHARLES CURRY
February 04, 2021

```
 1   I wouldn't have a copy of a payment.
 2       Q.   Okay.  In 2016 were you using an accounting
 3   software for Get Diesel Nutrition's business?
 4       A.   No.
 5       Q.   In 2016 did you keep track of the total
 6   units sold of Diesel Test Hard Core or Diesel Test
 7   Pro Cycle?
 8       A.   No.
 9       Q.   So sitting here today, you couldn't tell me
10   how many units of Diesel Test Pro Cycle you sold in
11   2016?
12       A.   Not -- no.
13       Q.   And you don't know how many products --
14   strike that.
15            You don't know how many units of Diesel
16   Test Hard Core you sold in 2016 either, correct?
17       A.   Yeah, I don't have that in front of me.
18       Q.   I'm not asking if you have it in front of
19   you.  I'm asking can you tell me how many units you
20   sold of Diesel Test Hard Core in 2016?
21       A.   No, I don't think so, no.
22       Q.   That's because you don't have records that
23   show how many units you sold in 2016?
24       A.   I don't track -- I don't track individual
```

1   product sales.
2          Like I don't -- I don't keep a log of
3   individual product sales, like one -- specifically
4   one type product.  I don't keep historical record of
5   what I sold per year for a certain product.
6      Q.   So you can't tell me how many units of
7   Diesel Test Pro Cycle you sold in 2017?
8      A.   That would be the same answer.  Yeah.  No.
9      Q.   I'm just going to go through this so we
10  have a clear record.
11         Do you have any records that show unit
12  sales of Diesel Test Pro Cycle for 2015?
13     A.   No.
14     Q.   Do you have any records that show per unit
15  sales of Diesel Test Pro Cycle for 2016?
16     A.   No.
17     Q.   Do you have records of any sales of Diesel
18  Test Pro Cycle in 2017?
19     A.   No.
20     Q.   Do you have records that show unit sales of
21  Diesel Test Pro Cycle in 2018?
22     A.   No.
23     Q.   Do you have any records that show sales of
24  Diesel Test Hard Core for 2015?

CHARLES CURRY
February 04, 2021

```
 1        A.    No.
 2        Q.    Do you have any records of sales of Diesel
 3   Test Hard Core in 2016?
 4        A.    No.
 5        Q.    Do you have records of sales of Diesel Test
 6   Hard Core in 2017?
 7        A.    No.
 8        Q.    Do you have records that show sales of
 9   Diesel Test Hard Core in 2018?
10        A.    No.
11        Q.    We'll come back to that in a while.
12              Just a couple other clarifying questions.
13   Mr. Curry, you are not a doctor, correct?
14        A.    No.
15        Q.    You don't have any degrees or coursework in
16   pharmacology?
17        A.    No.
18        Q.    Are you the exclusive client for the
19   manufacturer that you -- that makes Diesel Test Pro
20   Cycle and Diesel Test Hard Core?
21        A.    No.
22        Q.    Just for clarity, you don't sell Diesel
23   Test in any other formulation other than Hard Core
24   and Pro Cycle, correct?
```

```
 1        A.    Currently, no.
 2        Q.    In 2016 did you sell Diesel Test in any
 3  other formulation than Diesel Test Hard Core or Pro
 4  Cycle?
 5        A.    I mean, I had a version, which was Diesel
 6  Test Limited Edition, that was available for some
 7  years, and it was like a previous formulation from
 8  about five, 10 years before that, so they go -- it
 9  went in and out with the other two, the two main
10  forms.
11        Q.    What years did you sell Diesel Test Limited
12  Edition?
13        A.    I'm not sure.  I think maybe from 2014 to
14  2017, somewhere in there, like in that range.
15        Q.    Do you have any records that show that you
16  sold any units of Diesel Test Limited Edition in
17  2015?
18        A.    No.
19        Q.    Do you have any records that show that you
20  sold any units of Diesel Test Limited Edition in
21  2017?
22        A.    No.
23        Q.    Do you have any records that would show
24  that you sold any units of Diesel Test Limited
```

CHARLES CURRY
February 04, 2021

1  Edition in 2018?
2          MR. HAILEY:  Sorry, Chris.  You are asking
3  about per unit sales of this product or are you
4  asking about overall sales of products?
5          MR. NIRO:  He doesn't have any -- I'm
6  asking whether he has records of any unit sales of
7  Diesel Test Limit Edition in 2018.
8          MR. HAILEY:  Of that product specifically?
9          MR. NIRO:  Yes.
10         THE WITNESS:  No.
11  BY MR. NIRO:
12     Q.   So sitting here today, you can't tell me
13  how many units of Diesel Test Limited Edition you
14  sold between the years 2015 and 2018?
15     A.   That would be correct.
16     Q.   And you don't have any records in your
17  possession that you could look at to tell me how many
18  units of Diesel Test Limited Edition you sold in 2016
19  through 2018?
20     A.   No.
21     Q.   Mr. Curry, you filed the complaint in this
22  matter in 2017; is that correct?
23     A.   Yes.
24     Q.   Mr. Curry, I would like you to take a look

CHARLES CURRY
February 04, 2021

1  at Exhibit 2 that your counsel has sent to you.
2  Would you please open that up.
3              (Exhibit 2 marked
4              for identification.)
5         THE WITNESS:  This looks like the
6  complaint.  I got it up.
7  BY MR. NIRO:
8     Q.   Would you please take a look through that
9  document.  I will tell you that this is a true and
10 correct copy of the document that was filed with the
11 Northern District of Illinois ECF system, but please
12 take a look through it and make sure that you are
13 comfortable with that assertion.
14    A.   I wouldn't know.  It's 73 pages, but it
15 looks like docket one of the case.
16         I mean, I don't have another copy here to
17 cross-reference the 73 pages of this document, but it
18 looks like the complaint.
19    Q.   And you see on the first page of that
20 document, it says filed 3-24-17?
21    A.   Let me go back to the top.  Yes.
22    Q.   I'm going to ask you to skip down to
23 page -- getting there -- 23.
24    A.   Let me go to 23.  Yes.