**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Charles Curry

                                                  Plaintiff,

v.                                                                    Case No.: 1:17−cv−02283
                                                                                   Honorable Matthew F. Kennelly

Revolution Laboratories, LLC, et al.

                                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court acknowledges receipt of plaintiff's submission regarding of his dispute regarding inspection of the QuickBooks material. It appears that plaintiff's ability to inspect the material ultimately foundered on the inability of the parties to agree to a protocol for inspection of the QuickBooks material. The Court advises that it is willing to consider the parties' positions and order an appropriate protocol, if a submission in this regard (describing and explaining the competing positions) is filed by 3/17/2023. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.