UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division

Charles Curry
        Plaintiff,

v.                            Case No.: 1:17−cv−02283
                            Honorable Matthew F. Kennelly

Revolution Laboratories, LLC, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2023:

    MINUTE entry before the Honorable Matthew F. Kennelly: Both sides' motions for leave to file [347] [348] are granted. They should now file the motions in limine as separate docket entries. When defendants do so each exhibit must be its own sub−entry; they may not group multiple exhibits as their current submission did, as doing so makes review of the digital filing immensely more difficult. Each side's response to the opposing party's motion is to be filed by no later than 3/30/2023. Because the two motions are largely the flip side of each other, each side's response is limited to 5 pages. This means a total of 5 pages from the start of the response to the end. A party may not (as defendants have done with their motion in limine) attempt to evade the page limitation by putting the caption on an unnumbered page and not counting the signature page. Any response that does not comport with this directive will be stricken and will not be considered. The Court also reserves the right to vacate the 4/6/2023 in−person hearing if it determines a hearing is not needed. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.