# EXHIBIT 3

| | |
|---|---|
| **From:** | R. Timothy Novel |
| **To:** | Nick@oandzlaw.com; Matt@oandzlaw.com; Jeff Kane |
| **Cc:** | M. "Chip" De Preter; Michele Olson |
| **Subject:** | Curry v. Rev Labs (17 cv 2283) |
| **Date:** | Wednesday, September 21, 2022 10:25:53 PM |
| **Attachments:** | Copy of Rev Quick Books Production_000001.xlsx<br>Rev Quick Books Production_000001.pdf<br>Rev Quick Books Production_000002-000650.pdf |

Counsel,

Attached are copies of my clients' supplemental Quick Books production as ordered by the Court. Please let us know if you have any difficulty accessing the documents or otherwise opening them.

In the event you wish to conduct a physical examination of my clients' records as it relates to this specific discovery issue please send us a compliant request and we will make appropriate arrangements for such an inspection in accordance with all applicable rules and without waiver of any objections.

**R. Timothy Novel**
tnovel@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3134 / Fax: (312) 222-6383 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.