# EXHIBIT 4

| | |
|---|---|
| **From:** | R. Timothy Novel |
| **To:** | Nick Hailey |
| **Cc:** | Matt Oppenheim; Jeff Kane; M. "Chip" De Preter; Michele Olson |
| **Subject:** | Re: Curry v. Rev Labs (17 cv 2283) |
| **Date:** | Monday, September 26, 2022 1:05:49 PM |
| **Attachments:** | image001.png<br>image002.png<br>image001.png<br>image002.png |

Counsel,

My client used the extract function from Quick Books to obtain this data as we were ordered to do. This is what was ordered. We provided it to you timely. Your reference to "further delay" is false and implies we delayed. We did not. We submitted the data to you in compliance with the Court's order.

I will provide the address you have now requested later today.

You are once again creating discovery issues that do not exist.

You falsely state "orders" in the plural to imply that there has been more than one order entered on the issue of the Quick Books data. We have timely submitted the Quick Books data, as ordered.

Your email further demands and delves into a myriad of manufactured issues that the Court did not raise and which you yourself did not raise during our hearing.

You have been repeatedly admonished by the Court that this type of discovery gamesmanship is frowned upon.

I am not going to file 57 motions about it. I am not going to make an issue of it in front of the Court. I will send you the physical address you've requested later today.

Sent from my iPhone

**R. Timothy Novel**
tnovel@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3134 / Fax: (312) 222-6383 / www.agdglaw.com
**MY BIO  MY VCARD**