# Exhibit 005

| | |
|---|---|
| **From:** | R. Timothy Novel |
| **To:** | Nick Hailey |
| **Cc:** | Matt Oppenheim; Jeff Kane; M. "Chip" De Preter; Michele Olson |
| **Subject:** | RE: Curry v. Rev Labs (17 cv 2283) |
| **Date:** | Monday, September 26, 2022 8:33:30 PM |
| **Attachments:** | image005.png<br>image007.png |

Counsel,

The physical address of my client's company is as follows:

4174 Sorrento Valley Blvd. Ste E,
San Diego CA 92121

If you wish to conduct a physical inspection of records please let me know immediately so that I can make appropriate travel arrangements. We will make every effort to accommodate what appears to be your demand that you physically inspect our records.

Please furnish me with several dates over the course of the next month so that I can make travel arrangements to be present at the inspection. I am unavailable from the 8th of October to the 12th of October.

Please advise immediately when you intend to conduct an inspection of my clients' records.


R. Timothy Novel
tnovel@agdglaw.com



**ARONBERG GOLDGEHN**
CELEBRATING 130 YEARS

Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3134 / Fax: (312) 222-6383 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.