# Exhibit 006

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **To:** | Jeff Kane; R. Timothy Novel; Michele Olson |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | RE: Curry v. Rev Labs (17 cv 2283) |
| **Date:** | Friday, September 30, 2022 1:03:54 PM |
| **Attachments:** | image002.png<br>image003.png<br>image004.png |

Jeff,

We are the attorneys on this case and are preparing the case for trial. Our role is to collect the requested information and produce it. That is what we have done. As has been explained in the past, the Quickbooks data was exported using Quickbooks' export function. We have also offered inspection of the actual Quickbooks database. That is the fullest extent possible that the Quickbooks data could be made available in this litigation. Our role is not to provide testimony regarding the substance of the information, nor could we be in a position to do so.

1. Mr. Turner has already provided testimony on how the P&L was produced from Quickbooks. To the extent that you believe the documents are inconsistent, you are free to address that with Mr. Turner at trial.
2. We are not sure how much clearer we could be by offering an inspection of the Quickbooks database. We are literally permitting you to come and view the database exactly as Revolution Labs views the database in its ordinary course of business. We believe that the production of Quickbooks data is complete. However, you have consistently made complaints about discovery productions in this case and demanded that materials other than what has been provided be produced. We don't believe that an inspection will yield any additional information, but to the extent that you would care to inspect for yourself, or if you would simply rather view the Quickbooks data through the Qucikbooks interface that is designed for viewing that data rather than reviewing the spreadsheets, you are welcome to schedule an inspection.
3. The Quickbooks data is a large collection of data. Obviously, it has now been produced in this case. While we do not currently have any summaries prepared, to the extent it becomes necessary, we reserve the right to prepare summaries and rely on them.

To the extent the foregoing does not resolve your issues, we can be available to discuss at 9:00am on Tuesday October 4.

Best Regards,


**M. "Chip" De Preter**
cdepreter@agdglaw.com