# Exhibit 008

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **To:** | Jeff Kane; R. Timothy Novel; Michele Olson |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | RE: Curry v. Rev Labs - QuickBooks Data |
| **Date:** | Thursday, October 20, 2022 9:16:33 AM |
| **Attachments:** | image002.png |
| | image003.png |
| | image004.png |

The feedback I have gotten thus far is that the link instructions you provided do not correspond to the version of quickbooks utilized by my client. I have a follow-up call scheduled to try and trouble shoot what the issue may be. The multitude of different versions of the program and our concerns about exporting it from one version and importing it to another—which we fear could alter the data or otherwise result in the data being in a form other than the manner it is kept in the ordinary course of business—was one of the primary reasons we produced our client's entire quickbooks database to Plaintiff for inspection, which inspection remains open though we simply need a few days advanced notice to ensure schedules are coordinated to accommodate your preferred date. In any case, I will get back to you after I have had a chance to talk with my client.


**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.