# Exhibit 009

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Wednesday, February 8, 2023 2:32 PM |
| **To:** | Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Curry v. Revolution - QuickBooks Database |

Counsel,

We have contacted a QuickBooks expert who can visit Revolution's facility and make a copy of Revolution's QuickBooks database, in accordance with the Court's order. Someone from Revolution will need to be available to grant her permission within QuickBooks to access the database. She is free this Friday February 10 before 10:30am and after 12:30pm Pacific Time. Please let us know what time the relevant person(s) at Revolution are available.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
   Follow us @OandZLaw

1