# Exhibit 012

# M. "Chip" De Preter

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Friday, February 10, 2023 7:28 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

We believe that Wednesday Thursday or Friday will work.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 /  Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.