# Exhibit 013

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Saturday, February 11, 2023 3:29 PM |
| **To:** | M. "Chip" De Preter; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Counsel,

Our representative will be at Revolution at 10am Pacific Time on Wednesday February 15.

1. Please confirm the address: 4174 Sorrento Valley Blvd. Ste E, San Diego CA 92121.

2. Is there a phone number or something that our representative should call when she arrives?

3. Please make sure the Primary Admin on Revolution's QuickBooks account is present to provide the appropriate permissions.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940

jkane@oandzlaw.com | www.oandzlaw.com
    Follow us @OandZLaw

1