# Exhibit 014

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Monday, February 13, 2023 1:10 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt@oandzlaw.com |
| **Subject:** | RE: Curry v. Revolution - QuickBooks Database |

Counsel,

1. The address is **990 Highland Drive, Suite 203, Solana Beach, CA 92075**.
2. If the expert needs to reach someone by phone on Wednesday, please have her use (760) 889-3476.
3. Yes, someone with Admin rights will be present.


**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 /  Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

1