# Exhibit 015

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Thursday, February 16, 2023 1:19 PM |
| **To:** | Chidinma O. Ahukanna; M. "Chip" De Preter; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Counsel,

Confirming that our QuickBooks advisor will return to Revolution's facility tomorrow at 12:30pm Pacific Time to complete the copying.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
　　Follow us @OandZLaw

1