# Exhibit 016

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Thursday, February 16, 2023 2:55 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | RE: Curry v. Revolution - QuickBooks Database |

Jeff,

Our side will be available on Friday. However, the matter of the integrity of the data remains. It is my understanding from our expert that even with the password protection engaged for the copying process, because your expert is making a separate Quickbooks account, the new account will have Admin rights capable of stripping the password protection (without needing the password to do so) thereby enabling modification of the data and destroying its authenticity.

Our expert has suggested that a way to preserve the data is to assign our expert the Admin credentials for the new Account, and provide your expert user credentials to the newly created Quickbooks account which will be password protected to prevent changing the data. Your expert may then share those user credentials with you. Please confirm this arrangement is acceptable.

Alternatively, in the event that Plaintiffs will not agree to surrender the Admin credentials, prior to the release of the new Account we will require both experts to sign-off on the following description of the work being completed (or a similar declaration that is agreeable to both experts):

The Revolution Laboratories Quickbooks files are being collected in a manner that creates a new, separate Quickbooks online account. While the new Quickbooks created will originally be password locked, that lock can be removed, without the need to utilized the password, through the use of an Administrator function that will be fully accessible to the Admin user (in this case Plaintiff's counsel) of the new Quickbooks. Once the password is removed, the new Quickbooks will exist as a dynamic, editable database in which past transactions may be edited and changed in the future. The data collection does not guarantee the creation a static copy of the database as it exists at the time of collection because the locking password can be removed by anyone with Admin rights after the new Quickbooks has been created.

The foregoing is true and accurate description of the work being performed at Revolution Laboratories on February 15 and 17 2023 by Susan Tinel.

Signed _____

Signed _____


**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**