# Exhibit 021

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Friday, February 17, 2023 12:54 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | RE: Curry v. Revolution - QuickBooks Database |

Counsel,

We disagree with your introductory statement, but it is immaterial and suggest we move on to substantive matters.

Regarding your proposal, we agree. We have confirmed with our expert that the process will work with each party's expert retaining the Admin rights to the opposing party's copy of the new database as your email sets forth. I don't believe you have our expert's contact information. It is below.

Kim Hoffman, Director of Operations
ELIJAH
619-717-2366 Direct
630-881-1596 Cell
866-354-5240 Main
kim.hoffman@elijaht.com

Last, while it has been implied, I do not believe I have explicitly stated that all of Revolution's Quickbooks data must be considered Confidential - Attorneys Eyes Only.