# Exhibit 022

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Tuesday, February 21, 2023 2:21 PM |
| **To:** | Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Counsel,

1. The copy of the Rev Labs database is still being created. We have spoken with Intuit and as of about an hour ago, 280,000 of the 300,000 transactions in the database have been copied. We expect that the copying will be finished tomorrow. Please confirm that Defendants do not object to our vendor's completing the copying process tomorrow.

2. Regarding your email below, as we have explained, Plaintiff already has paid for Revolution to have an extra copy of its own QuickBooks database made, per Defendants' request. Our QuickBooks advisor created a backup copy of Revolution's database. (The LuxeFit copy is finished; the Rev Labs copy is in progress). That backup copy is, and will remain, in Defendants' full control, and is accessible to Defendants at any time they wish. If Defendants wish to take the extra step of creating a new QuickBooks account in which to view that copy, Defendants will, of course, need to pay for that separate account themselves, consistent with the normal practice of parties bearing their own costs in discovery.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
  Follow us @OandZLaw