# Exhibit 023

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Tuesday, February 21, 2023 7:47 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Jeff,

My understanding is that the backups are not complete. What is your proposal for completion? Tomorrow defendants ' availability is limited to 12pm-4pm.


Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
MY BIO  MY VCARD

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

---

**From:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Sent:** Tuesday, February 21, 2023 4:36:44 PM
**To:** Jeff Kane <JKane@oandzlaw.com>; Chidinma O. Ahukanna <cahukanna@agdglaw.com>; Amy Rapoport Gibson <agibson@agdglaw.com>; Gary P. Hollander <ghollander@agdglaw.com>
**Cc:** Nick Hailey <Nick@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Subject:** RE: Curry v. Revolution - QuickBooks Database

Jeff,

The reports I'm getting is that it is unclear whether the copy will even be complete by tomorrow. We have been very accommodating in adjusting schedules to ensure Rev. Labs personnel and our expert have been available and on-site throughout the process. I had originally informed everyone on our side to clear their schedules through today. Therefore, I am not sure of availability for tomorrow or other days this week. I will check with them and get back to you.

Best Regards,


**M. "Chip" De Preter**
cdepreter@agdglaw.com