# Exhibit 024

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Wednesday, February 22, 2023 8:56 PM |
| **To:** | Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | FW: Curry v. Revolution - QuickBooks Database |

Counsel,

Our expert will go to Revolution tomorrow at 10:30. Please explain why Defendants insist on doing this work in-person rather than remotely. Doing at least some of this work remotely will make it more efficient, easier to schedule, and less expensive.

My understanding is that Defendants did not accept our QuickBooks advisor's recommendation as to how to ensure that the LuxeFit copy would run continuously. Because of that, we cannot guarantee that the LuxeFit copy has continued running since our advisor left on Tuesday.

Finally, we are unclear on what is contained in the LuxeFit database compared to the Rev Labs database. Please explain what each database contains.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
    Follow us @OandZLaw