EXHIBIT 27

**From:**                        M. "Chip" De Preter
**Sent:**                        Friday, February 24, 2023 2:15 PM
**To:**                            Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander
**Cc:**                            Nick Hailey; Matt Oppenheim
**Subject:**                 RE: Curry v. Revolution - QuickBooks Database

Jeff,

After conferring with my client and expert, it is my understanding that the remainder of the processes can be completed remotely if that is your choice on how you would like to proceed. We will periodically check to determine if the backup is complete and let you know when it is done. It is my understanding that it is still processing at this time.

Best Regards,