# EXHIBIT 28

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Tuesday, February 28, 2023 10:08 PM |
| **To:** | Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Counsel,

It sounds like we should do a chat with Intuit to make sure there hasn't been an error that has stopped the copying. Our advisor did this a couple of times with the LuxeFit database. Our advisor can do it through a screen share with either your client or your QuickBooks advisor. Please let us know of either your client's or your advisor's availability on Wednesday.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
 Follow us @OandZLaw