# EXHIBIT 29

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Wednesday, March 1, 2023 1:34 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | RE: Curry v. Revolution - QuickBooks Database |

Jeff,

Our expert is out of the office until March 6. We are not comfortable with your expert performing a screenshare with Revolution employees. Indeed, the entire purpose of our retaining an expert was to avoid having our employees participate in the collection and instead have an expert to assist and thereby to ensure every step of the collection was performed properly.

As it stands, your decision to hire an expert to address your review of Quickbooks data has gone far beyond what was ever contemplated. We have continued to make accommodations in the spirit of the Court's order, but it is unclear to us when and how your proposed method of review—which could have been accomplished in a day in accordance with our offer to have you come, inspect, and run whatever reports you wanted—will ever be completed.

For the time being, we will continue to check the progress. When our expert returns to the office, we will contact her regarding availability.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

1