# Exhibit 031

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Thursday, March 2, 2023 3:09 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | RE: Curry v. Revolution - QuickBooks Database |

Jeff,

As I informed you previously, we do not feel comfortable having our employee perform work with your expert. The whole purpose of our retaining an expert was to ensure that the entire process was monitored and understood to ensure everything was correct. She is the one that will need to be involved, just as she has been the entire time.

The Court gave you two weeks to come to Revolution and review the Quickbooks. In fact, the Court stated "you got two weeks rather than one. So that's the offer. I'm satisfied that that's the offer that was made. I'm satisfied that that offer is sufficient to cover the points that we're talking about here. And so you got two more weeks. Take them up on the offer. That's enough time for you to – for somebody to make arrangements to go out to San Diego for a day or two to look at the stuff."  Accordingly, you should have completed the process in "a day or two" not week after week.  As it is, we have done our best to accommodate the situation.  However, our employees and expert were under the belief that the whole process would be completed by the court ordered deadline.  Our expert made arrangements to be available during the court ordered time frame.  We are outside that now, and or expert is currently unavailable.  Once she is available again, we will let you know.

Best Regards,


**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 /  Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.