# Exhibit 032

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Monday, March 6, 2023 3:04 PM |
| **To:** | Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

We are following up regarding next steps to complete the copying of the Rev Labs QuickBooks database. Defendants' refusal to provide a copy of this data or to allow Plaintiff access to Defendants' Rev Labs database has prejudiced Plaintiff's ability to review this data before trial. We need to follow up with Intuit immediately to determine the cause for the ongoing delay.

We have not heard from you regarding your advisor's availability. When is your QuickBooks advisor available to observe our advisor's chat with Intuit regarding this issue?

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
　　Follow us @OandZLaw