# Exhibit 034

**From:** Jeff Kane <JKane@oandzlaw.com>
**Sent:** Tuesday, March 7, 2023 11:36 AM
**To:** Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter
**Cc:** Nick Hailey; Matt Oppenheim
**Subject:** Re: Curry v. Revolution - QuickBooks Database

Counsel,

10:45am Pacific Time today works for our advisor. I have the email address kim.hoffman@elijaht.com for your QuickBooks advisor. Please confirm that address and send me the email addresses of anyone else who should be on the call. Our advisor will send an invite.

Your email from yesterday afternoon is filled with inaccuracies. We will address those at a later time.

Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
   Follow us @OandZLaw