# Exhibit 035

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Tuesday, March 7, 2023 4:41 PM |
| **To:** | Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander; M. "Chip" De Preter |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Counsel,

I understand Trent was not able to take control of the screenshare, and declined to provide his credentials to your QuickBooks advisor so that she could initiate the chat. This is yet another example of Defendants obstructing this process.

Our advisor is available tomorrow from 8–10:30 and 1–3 local time to initiate the chat in-person. Please tell us what window works for your client.


Jeff Kane
**Oppenheim + Zebrak, LLP**
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
202.499.2940
jkane@oandzlaw.com | www.oandzlaw.com
    Follow us @OandZLaw