# Exhibit 036

**From:** M. "Chip" De Preter
**Sent:** Tuesday, March 7, 2023 5:16 PM
**To:** Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander
**Cc:** Nick Hailey; Matt Oppenheim
**Subject:** RE: Curry v. Revolution - QuickBooks Database

Jeff,

Once again, you are wrong. Your repeated attempts to pin your (or your expert's) failures on us is wearisome, though I suspect that is your intent, and further entrenches my lack of trust that I voiced on numerous occasions.

The truth of the matter is that your advisor sent a TEAMS link that she used to initiate a TEAMS chat session where she, our expert, and Mr. Turner could join. Our expert did join, and Mr. Turner joined from the computer that has been used to do all of the work to this point. Mr. Turner did share his screen so your expert could see the progress of the backup and that it was still spinning. Your expert asked Mr. Turner to allow her to have screen control so she could initiate a chat from the QuickBooks file but the access settings in the TEAMS meeting would not allow her to have control over Mr. Turner's screen. Your expert apparently tried to troubleshoot the TEAMS settings to allow for the controls to be given to her but she was unable to figure it out.

Apparently your expert then requested that Mr. Turner give her the username and password to the actual Rev Labs account (which of course would also grant access to any other account under that same username and password). Under no circumstances is your expert entitled to that information. Accordingly, Mr. Turner correctly declined to give her that information.

I will ask my team for their availability and revert back.


**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.

1