# Exhibit 037

| | |
|---|---|
| **From:** | Jeff Kane <JKane@oandzlaw.com> |
| **Sent:** | Tuesday, March 7, 2023 8:01 PM |
| **To:** | M. "Chip" De Preter; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Yes, our expert is planning to go to Rev Labs.

Jeff Kane
Oppenheim + Zebrak, LLP
(202) 499-2940
4530 Wisconsin Avenue NW, 5th Floor
Washington, DC 20016
jkane@oandzlaw.com

---

**From:** M. "Chip" De Preter <cdepreter@agdglaw.com>
**Sent:** Tuesday, March 7, 2023 20:32
**To:** Jeff Kane <JKane@oandzlaw.com>; Chidinma O. Ahukanna <cahukanna@agdglaw.com>; Amy Rapoport Gibson <agibson@agdglaw.com>; Gary P. Hollander <ghollander@agdglaw.com>
**Cc:** Nick Hailey <Nick@oandzlaw.com>; Matt Oppenheim <Matt@oandzlaw.com>
**Subject:** RE: Curry v. Revolution - QuickBooks Database

Jeff,

Our expert is available from 9am-12pm Pacific tomorrow. What did you mean by "initiate the chat in-person"? Is your expert planning on going to RevLabs? If so, that may change availabilities, but I'm not certain.

**M. "Chip" De Preter**
cdepreter@agdglaw.com



Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.