# Exhibit 038

| | |
|---|---|
| **From:** | M. "Chip" De Preter |
| **Sent:** | Tuesday, March 7, 2023 9:40 PM |
| **To:** | Jeff Kane; Chidinma O. Ahukanna; Amy Rapoport Gibson; Gary P. Hollander |
| **Cc:** | Nick Hailey; Matt Oppenheim |
| **Subject:** | Re: Curry v. Revolution - QuickBooks Database |

Jeff,

It seems that tomorrow will not work. Josh Nuesbaum and Trent Turner have a prior engagement that will prevent them from being able to be at Revolution until 11am at the earliest, and more likely 1130am. Given the limitations of the experts' times, we will need to chose another time.

I will check on availabilities for the remainder of the week.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**M. "Chip" De Preter**
cdepreter@agdglaw.com


Aronberg Goldgehn / 330 N. Wabash Ave. / Suite 1700 / Chicago, IL 60611-3586
Phone: (312) 755-3153 / Fax: (312) 222-6364 / www.agdglaw.com
**MY BIO  MY VCARD**

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments.