# Exhibit 1

Barry Nussbaum
February 16, 2021

```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
-----------------------------------------X
CHARLES CURRY, d/b/a GET DIESEL
NUTRITION,

                              PLAINTIFF,


      -against-              Case No.:
                             1:17-cv-02283

REVOLUTION LABORATORIES, LLC, REV
LABS MANAGEMENT, INC., JOSHUA
NUSSBAUM, and BARRY NUSSBAUM,

                              DEFENDANTS.
-----------------------------------------X
             DATE: February 16, 2021
             TIME: 11:30 A.M



        DEPOSITION of BARRY NUSSBAUM,

taken by the Plaintiff, pursuant to a

notice and to the Federal Rules of Civil

Procedure, held remotely via Zoom

Videoconference, before Suzanne Pastor, a

Notary Public of the State of New York.
```

Barry Nussbaum
February 16, 2021

1  been produced to us on this issue is this
2  document that we're looking at, this
3  balance sheet that I've marked as Exhibit
4  760.  And I'll tell you that I asked Trent
5  Turner during his deposition about this
6  line item and he said he didn't know
7  either.
8              So other than asking
9  Mr. Turner, what other records would you
10 look at to confirm whether or not this
11 equity draw or any other equity draws were
12 paid to you from Revolution?
13     A.    I suppose, it would be a big
14 job, but I could go through almost ten
15 years of personal checkbook records to see
16 if there was ever a deposit made.  I could
17 call my CPA as well and see if we ever
18 picked up any income from Rev Labs on my
19 personal tax return.  Those are my two
20 ideas.
21              This item comes as a complete
22 surprise to me, and I have no understanding
23 of it so I'd have to investigate before I
24 could answer you and give you any data.  I
25 think it's a mistake.  That would be my

Barry Nussbaum
February 16, 2021

1  gut.
2      Q.   But you don't know one way or
3  the other, right?
4           MR. NIRO:  Objection.
5      Mischaracterizes his prior testimony.
6      A.   I'm telling you I think it's a
7  mistake because there's never been any
8  profit.  So I believe it's mischaracterized
9  on the balance sheet.
10          I have no memory of ever
11 receiving any money from Rev Labs since it
12 was founded.  Therefore I'm telling you as
13 best as I know today on February 16th
14 that's a mistake.  I don't know why it's
15 there.  There have been a number of people
16 that have done the books for Rev Labs,
17 there have been a number of computers
18 involved.  I have no idea where this came
19 from, I have no idea why it shows.  I think
20 it's a mistake.
21     Q.   So you think this is an error
22 in the Rev Labs books, correct?
23     A.   Yes.
24     Q.   You haven't checked the records
25 or underlying documentation to confirm