### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | ) )  Case No. 1:17-cv-02283 |
| Plaintiff, | )  Honorable Matthew F. Kennelly |
| v. | )  Magistrate Judge Kim |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM | ) ) ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF REQUEST FOR COURT TO TAKE JUDICIAL NOTICE**

Defendants hereby serve notice pursuant to F.R.E. 201 of their intent to request that the Court take judicial notice of matters appearing in the court file in this action and in public records. A judicially noticed fact must be one not subject to reasonable dispute in that it is either 1) generally known within the territorial jurisdiction of the trial court or 2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. F.R.E. 201(b). A Court shall take judicial notice if requested by a party and supplied with the necessary information. F.R.E. 201(d). Judicial notice may be taken at any stage of the proceeding. F.R.E. 201(f). Defendants give notice of their intent to request judicial notice of the following:

1. This case was dismissed by Court order on May 15, 2017.[1]

2. The dismissal order was reversed and this was case reinstated on February 10, 2020.[2]

---

[1] Dkt. 47.

[2] Dkt. 64.

3. Defendant Revolution Laboratories, LLC made its entire QuickBooks database available to Plaintiff for inspection.[3]

4. While Plaintiff extracted some of the information from the QuickBooks database, it ultimately decided that it would forego further discovery of the QuickBooks data.[4]

5. At all times relevant to this case, Get Diesel Nutrition was the assumed name of FEFIFO Distributors Inc., an Illinois corporation.[5]

Dated: May 11, 2023

Respectfully submitted,

By: /s/ Matthew De Preter
Gary P. Hollander
Amy R. Gibson
Matthew De Preter
Chidinma O. Ahukanna
ARONBERG GOLDGEHN DAVIS & GARMISA
330 N. Wabash Ave. Suite 1700
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
ghollander@agdglaw.com
agibson@agdglaw.com
cdepreter@agdglaw.com
cahukanna@agdglaw.com
*Attorneys for Defendants*

---

[3] Transcript of Hearing dated February 7, 2023, p. 17:14-21; p. 20:6-7 (Exhibit A); Transcript of Hearing dated April 6, 2023, p. 11:13-15 (Exhibit B).

[4] Dkt. 342, p. 2.

[5] See certified copies of Illinois Secretary of State records (Dkt. 305-1).

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 11, 2023 a true and correct copy of the foregoing was filed through the ECF filing system which will provide notice to counsel of record.

*/s/ Matthew De Preter*
*Attorney for Defendants*
