# EXHIBIT A

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION

 3    CHARLES CURRY                    )   Docket No. 17 C 2283
      Doing business as               )
 4    Get Diesel Nutrition,           )
                                      )
 5                        Plaintiff,   )
                                      )
 6              vs.                    )   Chicago, Illinois
                                      )   February 7, 2023
 7    REVOLUTION LABORATORIES, LLC, et )   9:15 o'clock a.m.
      al.,                            )
 8                                    )
                          Defendants.  )
 9
                 TRANSCRIPT OF PROCEEDINGS - STATUS
10            BEFORE THE HONORABLE MATTHEW F. KENNELLY

11    APPEARANCES:

12
      For the Plaintiff:     OPPENHEIM + ZEBRAK, LLP
13                           BY:  MR. MATTHEW OPPENHEIM
                                  MR. NICHOLAS COOPER HAILEY
14                                MR. JEFFREY KANE
                             4530 Wisconsin Avenue, NW, 5th Floor
15                           Washington, DC 20016
                             (202) 480-2174
16

17
      For the Defendants:    ARONBERG GOLDGEHN DAVIS & GARMISA
18                           BY:  MR. MATTHEW L. DE PRETER
                                  MR. GARY PHILLIP HOLLANDER
19                                MS. CHIDINMA O. AHUKANNA
                                  MS. AMY GIBSON
20                           330 N. Wabash Ave, Suite 1700
                             Chicago, IL 60611
21                           312-755-3161

22
23    Court Reporter:        MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
                             Official Court Reporter
24                           219 S. Dearborn Street, Suite 2102
                             Chicago, Illinois  60604
25                           (312) 435-5639
```

```
1   QuickBooks file, you can make any report, you can search up,
2   down, sideways, print out copies.
3           THE COURT:  You're now doing what lawyers do which is
4   you're saying six times what you already said once and I got
5   it the first time.
6           Okay.
7           MR. DePRETER:  Sorry.
8           THE COURT:  Let me make sure I'm getting it.  So what
9   plaintiff's counsel told me a minute ago was that in terms of
10  what was produced to them, in other words, handed over to
11  them, let's say, and that's in their possession was just the
12  Diesel Test or whatever the lingo is, the Diesel Test
13  material.
14          What I understood you to be telling me just now is
15  that we, the defendants, told the plaintiff, you can come over
16  and look at the entirety of the QuickBooks file, not just
17  limited to Diesel Test but the whole thing and you can run
18  whatever searches and print whatever reports you want, the
19  whole file for the whole company for whatever the period is.
20  Did I hear you right?
21          MR. DePRETER:  That is absolutely correct.
22          THE COURT:  Stop.  Okay.
23          Back to plaintiff's counsel.  So is what he just told
24  me right?
25          MR. HAILEY:  Your Honor --
```

1  what we have in our office, and our personnel will be there to

2  answer any questions about how the --

3          THE COURT:  So thanks, you've told me enough.

4          On the plaintiff's side, you know what, it's a really

5  nice place and this is a great time of year to go there.  And

6  you got two weeks rather than one.  So that's the offer.  I'm

7  satisfied that that's the offer that was made.  I'm satisfied

8  that that offer is sufficient to cover the points that we're

9  talking about here.  And so you got two more weeks.  Take them

10 up on the offer.  That's enough time for you to -- for

11 somebody to make arrangements to go out to San Diego for a day

12 or two to look at the stuff.  That is the end of that issue.

13         Now, we're on to the next one, and I'm over on page 3

14 of the plaintiff's submission of January the 27th.  The

15 defendants have not produced records of the trust real estate

16 holdings.  And there are three subheadings under that.  And

17 that is responded to on page 3 of the defendants' February 3rd

18 submission saying that they have produced documents in their

19 custody, possession, and control.

20         With regard to Mr. Nussbaum's home, there isn't an

21 appraisal which I will say parenthetically is not surprising

22 because appraisals only happen if somebody is financing,

23 refinancing or selling, and there's no indication that that

24 was going to happen.  And so the non-existence of an appraisal

25 really doesn't -- really doesn't do much for me.