**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, ) ) | Case No. 1:17-cv-02283 |
| Plaintiff, ) | Honorable Matthew F. Kennelly |
| v. ) | Magistrate Judge Kim |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM ) ) ) ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF ADDRESS**

Please take notice that effective on the **1st** of **May, 2023**, ARONBERG GOLDGHEN has relocated to the following address – Kindly send any mailings to:

ARONBERG GOLDGEHN
225 W. Washington Street
Suite 2800
Chicago, Illinois 60606

All phone numbers, fax numbers and email addresses will remain unchanged.

By: */s/ Amy M. Gibson*
Gary P. Hollander
Amy M. Gibson
Matthew De Preter
Chidinma O. Ahukanna
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington Street
Suite 2800
Chicago, Illinois 60606
(p) 312.828.9600
(f) 312.828.9635
ghollander@agdglaw.com
agibson@agdglaw.com
cdepreter@agdglaw.com
cahukanna@agdglaw.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I certify that I have this day served or caused to be served a copy of Notice of Change of Address in this matter through the Court's electronic filing system, which provides for service on registered users, on May 16, 2023.

Dated: May 16, 2023

                                                                                                */s/ Amy M. Gibson*

                                                                                                Amy M. Gibson

                                                                                                *Attorney for Defendants*