**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, <br><br> Plaintiff, <br><br> v. <br><br> REVOLUTION LABORATORIES, LLC; REV LABS MANAGEMENT, INC.; JOSHUA NUSSBAUM; and BARRY NUSSBAUM, <br><br> Defendants. | Case No. 1:17-cv-02283 <br><br> Judge Matthew F. Kennelly |

**DECLARATION OF ATTORNEY JEFF KANE**

I, Jeff Kane, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief.

1. I am an attorney at the law firm of Oppenheim + Zebrak, LLP. I represent Plaintiff Charles Curry in this matter.

**Sales to Illinois Customers**

2. At trial, Plaintiff introduced Plaintiff's Exhibit 149, which shows Revolution's sales of the infringing Diesel Test product through Revolution's website. Rough Trial Tr. 45:20–50:18 (May 16, 2023 AM). PX-149 is a spreadsheet with thirteen tabs, each representing one month of sales.

3. Among the information contained in the spreadsheet are columns for "Bill State," containing the state listed as the customer's billing address for each transaction, and "Ship State," containing the state to which the infringing product was shipped.

1

4. I filtered each tab to show only those transactions that represent sales of Diesel Test in which both the billing address and the shipping address were in Illinois.

    a. For example, in the November 2016 tab (RL_000007), column H is "Bill State", and column R is "Ship State". I filtered those columns for "IL".

    b. I then filtered out those transactions that represent chargebacks, voids, or refunds. For example, in the November 2016 (RL_000007 tab), I filtered columns BF, BZ, and CD for "No."

    c. I then summed the number of transactions left on each tab.

5. Doing so showed 1,520 sales to Illinois customers.

**Request to Stipulate**

6. Given the Defendants' stipulation of Revolution's liability on Plaintiff's trademark infringement claims (Dkt. 156), and given the jury's findings of individual liability and willfulness, Plaintiff's counsel asked Defendants to stipulate to Defendants' liability under the IUDTPA. In an email on May 24, 2023, Defendants' counsel said Defendants would stipulate only to Revolution's liability under the IUDTPA, would not stipulate to the individual defendants' liability under the IUDTPA, and would not stipulate to willfulness as to any defendant. In an email on May 25, 2023, Plaintiff's counsel asked Defendants' counsel to explain Defendants' basis for contesting those issues. As of the date of the instant filing, Defendants' counsel had not responded.

\* \* \*

I declare under penalty of perjury that the foregoing is true and accurate.

                                        /s/ *Jeff Kane*
                                        Jeff Kane
                                        Executed: May 30, 2023