# Exhibit 1

***REALTIME UNEDITED TRANSCRIPT ONLY***

1

| | | |
|---|---|---|
| 01:00:58 | 1 | Judge Kennelly, May 15, 2023, 1:05 p.m., Volume 1 B, jury |
| 01:01:09 | 2 | trial. |
| 01:07:05 | 3 | THE COURT: One quick thing. There you go. It's not |
| 01:07:09 | 4 | unusual to have what I'll refer to loosely as buyer's remorse |
| 01:07:14 | 5 | among the jurors who are selected, so we got one. Juror No. |
| 01:07:17 | 6 | 2, Ms. Velez, gave a note -- oh, we don't have Mr. Oppenheim. |
| 01:07:29 | 7 | MR. KANE: I think he's just in the restroom, your |
| 01:07:31 | 8 | Honor. |
| 01:07:31 | 9 | THE COURT: Okay. Well, I'm going to keep talking |
| 01:07:33 | 10 | because it's 5 after 1:00. Juror No. 2, Ms. Velez, gave a |
| 01:07:36 | 11 | note to my deputy courtroom clerk saying, "On Thursday I must |
| 01:07:36 | 12 | be in Burr Ridge by 2:30, I need to provide care for three |
| 01:07:41 | 13 | children under the age of 7. There's not another person who |
| 01:07:44 | 14 | can do it." If she had said that during the jury selection, I |
| 01:07:47 | 15 | would have excused her. I'm not going to -- I'm inclined not |
| 01:07:51 | 16 | to make her mess up her thing. This is one of the reasons I |
| 01:07:56 | 17 | picked 12 jurors because we don't really need 12. My |
| 01:07:59 | 18 | inclination is not right now, but maybe tomorrow morning |
| 01:08:02 | 19 | excuse her. Something like that. So think about that. It's |
| 01:08:05 | 20 | No. 2, Ms. Velez. |
| 01:08:06 | 21 | You can get the jury. Remember, I'm going to do the |
| 01:08:10 | 22 | instructions first. You got some language for me? |
| 01:08:13 | 23 | MR. HAILEY: Yes, your Honor? May I approach? |
| 01:08:20 | 24 | THE COURT: Yeah. Mr. Curry had a trademark in |
| 01:08:25 | 25 | Diesel Test. Whether or not it was registered has no bearing |

***REALTIME UNEDITED TRANSCRIPT ONLY***

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 3 of 20 PageID #:12967
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

54

```
02:27:00   1  make an energy product, but I didn't know what to name it.  So
02:27:04   2  it came to me to name it Diesel Fuel because it's a fuel and
02:27:08   3  my name was Chuck Diesel, so that's how I named my first
02:27:12   4  product.
02:27:12   5  Q.  And what about the name Get Diesel Nutrition?
02:27:15   6  A.  Get Diesel came after that.  I wanted a product name.  I
02:27:20   7  was searching around online for something, and then, you know,
02:27:25   8  I just said, well, I want to tie everything together and still
02:27:27   9  use my Diesel name.  So Get Diesel became the name to get the
02:27:33  10  Chuck Diesel products, like that's where you go to get the
02:27:37  11  Diesel products.
02:27:38  12  Q.  What was your goal in starting Get Diesel Nutrition,
02:27:41  13  Mr. Curry?
02:27:41  14  A.  I wanted to be able to make -- just make products
02:27:44  15  available kind of like for the reason why I was searching for
02:27:47  16  products that where it didn't include any banned substances
02:27:49  17  that worked at a high level and that could help performance
02:27:52  18  athletes reach their goals and pass certain tests like drug
02:27:57  19  tests.
02:27:57  20  Q.  Did you receive any publicity when you first started your
02:28:02  21  company?
02:28:03  22  A.  Yes.  So I started this company in Colorado Springs,
02:28:07  23  Colorado.  And a magazine, they did an article on my company.
02:28:17  24          MR. HAILEY:  Can we pull up Plaintiff's Exhibit 18.
02:28:19  25  Your Honor, this is already in evidence.
```

| | | |
|---|---|---|
| 02:28:21 | 1 | THE COURT: Okay. |
| 02:28:21 | 2 | BY MR. HAILEY: |
| 02:28:25 | 3 | Q. Mr. Curry, I'm showing you Plaintiff's Exhibit 18. Can |
| 02:28:28 | 4 | you tell us what this is? |
| 02:28:29 | 5 | A. Yeah, correction. It wasn't a magazine. It was the |
| 02:28:33 | 6 | Colorado Springs Gazette. So this is an article from when I |
| 02:28:37 | 7 | was interviewed by the Colorado Springs Gazette newspaper. |
| 02:28:40 | 8 | Q. So is this the article that you were just referring to? |
| 02:28:43 | 9 | A. Yes. |
| 02:28:43 | 10 | Q. Did this newspaper coverage have any impact on your |
| 02:28:48 | 11 | business? |
| 02:28:48 | 12 | A. Yes, it did. A lot of people in the military saw it which |
| 02:28:54 | 13 | I didn't expect, and some people -- we have a bunch of |
| 02:28:56 | 14 | military bases in Colorado, so a lot of them was asking me |
| 02:28:59 | 15 | about the article and about the products. |
| 02:29:01 | 16 | Q. What about your first product; did you get any early |
| 02:29:06 | 17 | publicity for that product specifically? |
| 02:29:08 | 18 | A. Yes. So when I released the Diesel Fuel, like my goal was |
| 02:29:13 | 19 | just to put a product out and see how it would do; and I guess |
| 02:29:17 | 20 | a couple months after I released it, I released it in May, so |
| 02:29:20 | 21 | by October, September, a magazine was rating energy products |
| 02:29:23 | 22 | and they rated it like a top in terms of effectiveness. So I |
| 02:29:28 | 23 | just continued with the product line. |
| 02:29:30 | 24 | Q. So let's talk a little bit more about Get Diesel's |
| 02:29:35 | 25 | products. |

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 5 of 20 PageID #:12969
***REALTIME UNEDITED TRANSCRIPT ONLY***

58

| | | |
|---|---|---|
| 02:32:11 | 1 | Q. Mr. Curry, do you monitor the quality of your products? |
| 02:32:13 | 2 | A. Yes. Well, the raw materials that are used, they're |
| 02:32:17 | 3 | tested for, like, microbes and the finished product gets |
| 02:32:19 | 4 | tested and then random bottles are sent off for banned |
| 02:32:25 | 5 | substances and they're tested that way also. |
| 02:32:27 | 6 | THE COURT: All right. We're going to take a |
| 02:32:29 | 7 | 10-minute break and then we'll go until a little bit before |
| 02:32:32 | 8 | 4:00 and take another 10-minute break. |
| 02:32:35 | 9 | All rise and the jurors can come with me. |
| 02:39:28 | 10 | (Short break.) |
| 02:42:12 | 11 | (The jury enters the courtroom.) |
| 02:42:13 | 12 | THE COURT: All right. Everybody can have a seat. |
| 02:42:18 | 13 | Mr. Hailey, you can go ahead. |
| 02:42:25 | 14 | BY MR. HAILEY: |
| 02:42:28 | 15 | Q. Mr. Curry, before we took a break, we were talking about |
| 02:42:32 | 16 | your Get Diesel products. So tell me, how do you distribute |
| 02:42:37 | 17 | your products? |
| 02:42:37 | 18 | A. I have a company FeFiFo, they're distributed through that |
| 02:42:45 | 19 | company. |
| 02:42:46 | 20 | Q. So you distribute it through FeFiFo; is that correct? |
| 02:42:52 | 21 | A. Yeah, I make products. They're a retailer. I also sell |
| 02:42:57 | 22 | to Amazon, a couple places in Florida called A-1, another |
| 02:43:02 | 23 | place called DPS in Pennsylvania as of like right now. |
| 02:43:06 | 24 | Q. Who owns the rights to your products and your brand? |
| 02:43:08 | 25 | A. I do. |

***REALTIME UNEDITED TRANSCRIPT ONLY***

63

| | | |
|---|---|---|
| 02:47:52 | 1 | Q. Mr. Curry, is Diesel Test an important product for you? |
| 02:47:56 | 2 | A. Yes, it is. I mean, since its inception, it's been like |
| 02:48:03 | 3 | the bulk of my company. It's a category that doesn't have |
| 02:48:07 | 4 | many effective products. So when I released Diesel Test, it |
| 02:48:10 | 5 | shot up to like taking over the majority of my company in |
| 02:48:14 | 6 | terms of demand, like product demand. |
| 02:48:19 | 7 | Q. Do you have a sense of what percentage of your company's |
| 02:48:21 | 8 | overall sales Diesel Test makes up? |
| 02:48:23 | 9 | A. It's made up about 75 to 80 percent of the sales probably |
| 02:48:30 | 10 | since '08. |
| 02:48:30 | 11 | Q. Where can consumers buy your Diesel Test product? |
| 02:48:37 | 12 | A. Like I said, right now online, they could buy it at |
| 02:48:42 | 13 | several websites or Amazon, a couple other places. It was in |
| 02:48:48 | 14 | a few brick-and-mortar stores over the years, but since 2002, |
| 02:48:52 | 15 | a lot of people went to purchase it online. |
| 02:48:57 | 16 | Q. Other than Amazon, what other websites sell your Diesel |
| 02:49:01 | 17 | Test? |
| 02:49:01 | 18 | A. eBay, like I say, A1 in Florida, DPS, a couple others. |
| 02:49:06 | 19 | Q. And can you tell the jury A1 and DPS, what are those? |
| 02:49:11 | 20 | A. Those are distributors of dietary supplements. |
| 02:49:14 | 21 | Q. And what about where have you made sales of your Diesel |
| 02:49:21 | 22 | Test? |
| 02:49:21 | 23 | A. I made sales, I mean, on those websites, everywhere, |
| 02:49:27 | 24 | Amazon, eBay. |
| 02:49:31 | 25 | Q. I should have asked a better question, Mr. Curry. |

***REALTIME UNEDITED TRANSCRIPT ONLY***

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 7 of 20 PageID #:12971
***REALTIME UNEDITED TRANSCRIPT ONLY***

64

| | | |
|---|---|---|
| 02:49:33 | 1 | Where are the customers located who have purchased |
| 02:49:35 | 2 | your products? |
| 02:49:36 | 3 | A. Oh, United States -- I don't think of a state I never sold |
| 02:49:41 | 4 | in. Canada. A lot of the other ones. Customers everywhere. |
| 02:49:46 | 5 | A lot of European, but Canada and U.S., Europe. |
| 02:49:50 | 6 | Q. So let's talk about advertising. Since you first launched |
| 02:49:54 | 7 | your Diesel Test product in 2005, have you done any |
| 02:49:57 | 8 | advertising for the product? |
| 02:49:58 | 9 | A. Yes. |
| 02:49:59 | 10 | Q. Where have you advertised? |
| 02:50:01 | 11 | A. Powerlifting magazines, Powerlifting USA, Pure Power, |
| 02:50:07 | 12 | Power Magazine, body building magazines. There's one that's |
| 02:50:13 | 13 | big in the south, Natural Muscle. Another one's Southern |
| 02:50:17 | 14 | Muscle. Muscular Development. I'm probably forgetting five |
| 02:50:21 | 15 | or six. Online also. |
| 02:50:24 | 16 | Q. Mr. Curry, I'm going to show you Plaintiff's Exhibit 19. |
| 02:50:28 | 17 | MR. HAILEY: Your Honor, this is already in evidence. |
| 02:50:29 | 18 | THE COURT: Okay. |
| 02:50:30 | 19 | BY MR. HAILEY: |
| 02:50:34 | 20 | Q. Mr. Curry, can you tell the jury what this exhibit shows? |
| 02:50:37 | 21 | A. Yes. It shows two of my ads. So usually my ads were |
| 02:50:42 | 22 | either for just Diesel Test or with Diesel Test and some other |
| 02:50:47 | 23 | products that compliment Diesel Test. And then at the bottom, |
| 02:50:50 | 24 | it will just list where the person can purchase the products. |
| 02:50:53 | 25 | Q. Mr. Curry, why have you run advertisements for Diesel |

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 8 of 20 PageID #:12972
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

65

| | | |
|---|---|---|
| 02:51:00 | 1 | Test? |
| 02:51:00 | 2 | A. Well, I started in '02, so you got to think '02 magazines |
| 02:51:06 | 3 | was heavy. That was the way to get your name out. That's the |
| 02:51:10 | 4 | way people learned about things, through magazines. So I |
| 02:51:13 | 5 | advertise in a lot of fitness magazines that I would read or |
| 02:51:17 | 6 | that I knew were distributed in gyms. |
| 02:51:21 | 7 | One I forgot, Status Fitness. There is a big |
| 02:51:24 | 8 | distributor in America called Europa. They put status in all |
| 02:51:29 | 9 | their orders to stores, and then the stores would give out |
| 02:51:32 | 10 | status. So I just advertise where people can learn about the |
| 02:51:35 | 11 | products. |
| 02:51:35 | 12 | Q. Do you have a sense of what impact, if any, the |
| 02:51:39 | 13 | advertising had on your business's reputation and your |
| 02:51:44 | 14 | products' reputation? |
| 02:51:46 | 15 | A. It improved brand awareness. It helped promote like new |
| 02:51:50 | 16 | products and different combination of products. It really |
| 02:51:53 | 17 | helped the company get the word out a lot, so a lot of people |
| 02:51:57 | 18 | learned about the brand or the individual products. |
| 02:51:59 | 19 | Q. Do you know how much money you've testified in advertising |
| 02:52:06 | 20 | Diesel Test and your other products over the years? |
| 02:52:08 | 21 | A. Over -- like a few hundred thousand. |
| 02:52:10 | 22 | Q. Do you market or promote your Diesel Test product in other |
| 02:52:15 | 23 | ways? |
| 02:52:15 | 24 | A. Online. I sponsor athletes. I sponsor competitions. So |
| 02:52:22 | 25 | at the competition, they'll get -- like when the person |

| | | |
|---|---|---|
| 02:52:26 | 1 | placed, they'll get award packages.  Or they would have like a |
| 02:52:31 | 2 | table where my products would be sold.  Sometimes the |
| 02:52:35 | 3 | retailers, they'll have like BOGOs or freebies, so like |
| 02:52:39 | 4 | sometimes when they spend, often they would spend like $120 on |
| 02:52:45 | 5 | total Get Diesel products, they get a free bottle of |
| 02:52:49 | 6 | something, like a Diesel Test, so that way also.  That extra |
| 02:52:52 | 7 | unit would be free to the retailer and to the consumer. |
| 02:52:57 | 8 | Q.  Have you sponsored athletes? |
| 02:53:01 | 9 | A.  Yeah.  Like I said, I sponsored a lot of world class |
| 02:53:05 | 10 | powerlifters, world champion Jujutsu players.  I'm not sure of |
| 02:53:13 | 11 | any other sport. |
| 02:53:13 | 12 | Q.  Are there costs or expenditures associated with these ways |
| 02:53:17 | 13 | that you've marketed your product beyond advertising? |
| 02:53:21 | 14 | A.  There will be -- they'll ask for like reimbursement fees |
| 02:53:25 | 15 | to travel away from home to compete at the national, things |
| 02:53:30 | 16 | like that, with their own supplement program.  And, you know, |
| 02:53:36 | 17 | contests or competition-associated fees. |
| 02:53:40 | 18 | Q.  Mr. Curry, has Diesel Test been a successful product for |
| 02:53:44 | 19 | you? |
| 02:53:44 | 20 | A.  Like I said, it's been successful, it won a couple awards. |
| 02:53:50 | 21 | It's always been a product that people will always come back |
| 02:53:53 | 22 | for. |
| 02:53:53 | 23 | Q.  You just mentioned awards.  Tell me about that, please. |
| 02:53:57 | 24 | A.  In 2015, 2016, I got back to back awards for my Pro Cycle |
| 02:54:07 | 25 | version.  The company comes out with its annual awards in each |

| | | |
|---|---|---|
| 02:54:11 | 1 | supplement category. So for test booster, they gave it the |
| 02:54:14 | 2 | best of the best award in '15 and '16. |
| 02:54:16 | 3 | Q. And, Mr. Curry, I'd like to show you Plaintiff's |
| 02:54:18 | 4 | Exhibit 20. |
| 02:54:20 | 5 | MR. HAILEY: Your Honor, this is already in evidence. |
| 02:54:21 | 6 | THE COURT: Okay. |
| 02:54:22 | 7 | BY MR. HAILEY: |
| 02:54:25 | 8 | Q. Mr. Curry, are these the awards from 2015 and 2016 that |
| 02:54:31 | 9 | you just mentioned? |
| 02:54:31 | 10 | A. Yes. |
| 02:54:33 | 11 | Q. And what magazine did these awards appear in? |
| 02:54:39 | 12 | A. Those were in a magazine named Planet Muscle. |
| 02:54:44 | 13 | Q. What can you tell me about Planet Muscle magazine? |
| 02:54:47 | 14 | A. It was a magazine actually founded by a guy, Jeff Everson, |
| 02:54:52 | 15 | who was the editor in chief of Muscle & Fitness for years, |
| 02:54:55 | 16 | real known in body building. It's distributed to almost every |
| 02:54:58 | 17 | grocery store, Barnes & Noble, stores like that. I would |
| 02:55:03 | 18 | advertise in there. I remember getting a copy in the mail, |
| 02:55:07 | 19 | and I saw the award. So I emailed them to like send me a pdf |
| 02:55:12 | 20 | of the award -- like so I didn't have to scan the magazine. |
| 02:55:16 | 21 | Q. So you didn't know ahead of time that you were going to |
| 02:55:18 | 22 | get this award? |
| 02:55:19 | 23 | A. No. I remember receiving these at the time I got the |
| 02:55:22 | 24 | magazine in the mail. |
| 02:55:23 | 25 | Q. What was your reaction? |

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 11 of 20 PageID #:12975
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

68

A. I was proud, especially with the first one. I was proud that I got the award. You know, I don't know -- I don't get criteria. Or, you know, you normally would think if you spend a lot of money with a magazine, you get some awards, but I wasn't buying like ten pages. I was buying like one page in a magazine, so I didn't get an award for buying a bunch of ads, you know.

Q. Mr. Curry, do you have an understanding of whether you and your business, Get Diesel, have developed a reputation in the nutritional supplement industry?

A. Do I? Yeah, I have an understanding.

Q. Can you tell me about that?

MR. HOLLANDER: I object to undisclosed opinion, your Honor. Reputation in the industry is an undisclosed opinion.

THE COURT: I don't regard it as subject to Rule 26(a)(2). You can proceed. The objection is overruled.

THE WITNESS: I may need you to clarify. Since my powerlifting days in my company, I'm one of the few people who have a company that's associated with me, like customers can even text me or call me and email me and get answers about the Get Diesel products, how to use them. They've always been able to come to me with any questions on a product, you know, which should they use. So, yeah, I mean, when I go -- when I show up at expos and stuff, people know me. I don't have to have a booth there. I don't have to pay to give out T-shirts

| | | |
|---|---|---|
| 02:56:56 | 1 | or nothing. |
| 02:56:58 | 2 | BY MR. HAILEY: |
| 02:56:58 | 3 | Q. Take me back to 2016 before the events of this case took |
| 02:57:01 | 4 | place. How would you describe you and your business's |
| 02:57:04 | 5 | reputation at that time? |
| 02:57:04 | 6 | A. It was pretty good. It was growing. A lot of -- like I |
| 02:57:10 | 7 | said, a lot of people knew my company name. I've always been |
| 02:57:14 | 8 | a company that didn't get a lot of returns, didn't get like |
| 02:57:17 | 9 | chargebacks. I probably had two chargebacks in the 20 years |
| 02:57:20 | 10 | of business. Everyone was familiar. Everyone knew about the |
| 02:57:26 | 11 | Get Diesel name. People would ask people I knew about the Get |
| 02:57:30 | 12 | Diesel name that I didn't think they would know, like regular |
| 02:57:33 | 13 | people all over the U.S., so it was pretty good, yeah. |
| 02:57:36 | 14 | Q. You mentioned chargebacks. Can you explain what a |
| 02:57:39 | 15 | chargeback is? |
| 02:57:40 | 16 | A. So a chargeback would be -- instead of being a return, a |
| 02:57:45 | 17 | chargeback is when you dispute a credit card transaction, not |
| 02:57:51 | 18 | so much as fraudulent -- it could be fraudulent, but it means |
| 02:57:55 | 19 | like you didn't get the product or you were unhappy and you |
| 02:57:58 | 20 | just want your money. It's a chargeback, like give me my |
| 02:58:02 | 21 | money back immediately. |
| 02:58:03 | 22 | Q. And you said you only had two chargebacks in about |
| 02:58:06 | 23 | 15 years of business; is that right? |
| 02:58:07 | 24 | A. I've had two until today. So 20-some years. |
| 02:58:11 | 25 | I had one a couple of years ago with a guy in France. |

***REALTIME UNEDITED TRANSCRIPT ONLY***

81

| | | |
|---|---|---|
| 03:13:47 | 1 | A. No. I don't even ignore my customer emails. |
| 03:13:50 | 2 | Q. Mr. Curry, you mentioned that Revolution continued to sell |
| 03:13:53 | 3 | its Diesel Test products after you sent these cease and desist |
| 03:13:59 | 4 | requests. Where specifically did Revolution continue selling |
| 03:14:02 | 5 | its Diesel Test product? |
| 03:14:03 | 6 | A. Various websites. I know they sold on Amazon. They sold |
| 03:14:07 | 7 | on eBay. They sold on their company website. That's what I |
| 03:14:10 | 8 | know. Those are places I'm aware of. |
| 03:14:13 | 9 | Q. And what was the address of their company website, if you |
| 03:14:16 | 10 | know? |
| 03:14:16 | 11 | A. Revlabs.com. |
| 03:14:18 | 12 | Q. Mr. Curry, I'm showing you what we marked as Plaintiff's |
| 03:14:27 | 13 | Exhibit 16. |
| 03:14:27 | 14 | MR. HAILEY: Your Honor, this is already in evidence. |
| 03:14:28 | 15 | THE COURT: All right. |
| 03:14:29 | 16 | BY MR. HAILEY: |
| 03:14:32 | 17 | Q. Mr. Curry, can you tell me what this document is? |
| 03:14:33 | 18 | A. This is a screen shot from 2 February 2017. I went on |
| 03:14:42 | 19 | Amazon, typed in Diesel Test, and these are the results. |
| 03:14:47 | 20 | Q. Now, how did you capture this image? |
| 03:14:50 | 21 | A. I took a clip, like a screen shot of my entire laptop |
| 03:14:54 | 22 | screen. |
| 03:14:54 | 23 | Q. And when did you capture this image? |
| 03:14:56 | 24 | A. 2 February 2017. |
| 03:14:57 | 25 | Q. And does this image accurately reflect how the Amazon page |

***REALTIME UNEDITED TRANSCRIPT ONLY***

***REALTIME UNEDITED TRANSCRIPT ONLY***

82

| | | |
|---|---|---|
| 03:15:04 | 1 | appeared when you viewed it in February of 2017? |
| 03:15:06 | 2 | A. Yes. |
| 03:15:07 | 3 | Q. Now, if we could zoom in on the two products. Mr. Curry, |
| 03:15:14 | 4 | can you tell me what's the product on top? |
| 03:15:18 | 5 | A. That is the defendants' product. |
| 03:15:19 | 6 | Q. And what's the product on the bottom? |
| 03:15:21 | 7 | A. The Hardcore version of my product, Diesel Test. |
| 03:15:24 | 8 | Q. Now, we've already talked about the three cease and desist |
| 03:15:31 | 9 | letters that you sent to the defendants. Did you do anything |
| 03:15:33 | 10 | else to try to get Revolution to stop selling their Diesel |
| 03:15:37 | 11 | Test products on Amazon? |
| 03:15:39 | 12 | A. Yes. I filed a counterfeit goods complaint with Amazon. |
| 03:15:42 | 13 | Q. So you filed a complaint with Amazon directly? |
| 03:15:44 | 14 | A. Yeah. I had to submit like information on my use and |
| 03:15:48 | 15 | commerce and things like that. |
| 03:15:49 | 16 | Q. When did you file that complaint? |
| 03:15:51 | 17 | A. February 2017. |
| 03:15:54 | 18 | Q. What happened after you filed that complaint? |
| 03:15:57 | 19 | A. They removed the defendants' product and they pretty much |
| 03:16:03 | 20 | banned it from the site as counterfeit version of my product. |
| 03:16:07 | 21 | Q. And when you say they removed the product from the site, |
| 03:16:11 | 22 | who are you referring to? |
| 03:16:12 | 23 | A. Amazon. They sent me a copy of the letter they sent to |
| 03:16:15 | 24 | defendants. It was Amazon. |
| 03:16:16 | 25 | Q. So after that, defendants' product was pulled from Amazon? |

***REALTIME UNEDITED TRANSCRIPT ONLY***

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 15 of 20 PageID #:12979
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

83

```
03:16:21   1   A.  Yes.
03:16:21   2   Q.  After Revolution's product was removed from Amazon in
03:16:30   3   2017, did they stop selling their Diesel Test product then?
03:16:33   4   A.  No.
03:16:33   5   Q.  Mr. Curry, I'm showing you what's been marked as
03:16:41   6   Plaintiff's Exhibit 68.
03:16:43   7              MR. HAILEY:  Your Honor, this is already in evidence.
03:16:45   8              THE COURT:  All right.
03:16:45   9              MR. HAILEY:  And Mr. Duval, we can just zoom in on
03:16:52  10   the top half of the first page.
03:16:54  11   BY MR. HAILEY:
03:16:57  12   Q.  Mr. Curry, can you tell me what this document is?
03:16:58  13   A.  This is a screen capture from 27 February 2017 of me
03:17:08  14   typing in the word Diesel Test on eBay and the images that
03:17:11  15   showed up.
03:17:11  16   Q.  And can you tell me what this image shows?
03:17:16  17   A.  It shows the defendants' product for sale.
03:17:18  18   Q.  And just walk me through again how you captured this image
03:17:24  19   and when you captured this image?
03:17:26  20   A.  So for like -- so I took a screen capture of what was on
03:17:30  21   the image and then I scrolled down and kept taking screen
03:17:33  22   captures of what was available and the results.
03:17:38  23   Q.  And when was that?  Can you read the date on this?
03:17:40  24   A.  Yeah, 27 February 2017.
03:17:42  25   Q.  And does this accurately reflect how the eBay website
```

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 16 of 20 PageID #:12980
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

84

| | | |
|---|---|---|
| 03:17:45 | 1 | appeared when you viewed it in February of 2017? |
| 03:17:47 | 2 | A. Yes. |
| 03:17:48 | 3 | Q. Did Revolution continue selling Diesel Test through eBay |
| 03:17:54 | 4 | after you captured this image in February 2017? |
| 03:17:57 | 5 | A. Yes. |
| 03:17:58 | 6 | Q. Mr. Curry, I want to show you what's been marked as |
| 03:18:04 | 7 | Plaintiff's Exhibit 13. |
| 03:18:06 | 8 | MR. HAILEY: Your Honor, this is already in evidence. |
| 03:18:10 | 9 | THE COURT: All right. |
| 03:18:11 | 10 | BY MR. HAILEY: |
| 03:18:12 | 11 | Q. Can you tell me what this document is, Mr. Curry? |
| 03:18:14 | 12 | A. This is the defendants' website revlabs.com. This is the |
| 03:18:20 | 13 | product information page for their Diesel Test. I took this |
| 03:18:27 | 14 | -- I took this 5 April 2017. That was the month after I sued |
| 03:18:30 | 15 | them. |
| 03:18:31 | 16 | Q. So did you capture this image the same way that you |
| 03:18:41 | 17 | captured the previous website images? |
| 03:18:41 | 18 | A. Yeah, I pulled it up, and then I -- I didn't search, |
| 03:18:44 | 19 | obviously, but I pulled it up and just took a snippet of the |
| 03:18:46 | 20 | entire page. |
| 03:18:46 | 21 | Q. And does this accurately reflect how this web page |
| 03:18:48 | 22 | appeared when you viewed it in April of 2017? |
| 03:18:50 | 23 | A. Yes. |
| 03:18:51 | 24 | Q. Mr. Curry, is there anything significant about that April |
| 03:18:56 | 25 | 2017 date? |

Case: 1:17-cv-02283 Document #: 395-1 Filed: 06/27/23 Page 17 of 20 PageID #:12981
***REALTIME UNEDITED TRANSCRIPT ONLY***

85

| | | |
|---|---|---|
| 03:18:57 | 1 | A. No, like I said, it was weeks and weeks after I sued them. |
| 03:19:04 | 2 | It was the next month. They were still -- it was still |
| 03:19:07 | 3 | available. |
| 03:19:08 | 4 | Q. So this was after you had filed this suit? |
| 03:19:11 | 5 | A. Yes. |
| 03:19:11 | 6 | Q. Did Revolution continuing selling Diesel Test through its |
| 03:19:21 | 7 | website after April 2017? |
| 03:19:23 | 8 | A. Yes. |
| 03:19:23 | 9 | Q. So we've now talked about Amazon, eBay, and Revolution's |
| 03:19:28 | 10 | revlabs.com website. |
| 03:19:30 | 11 | Are those the only websites where you found |
| 03:19:33 | 12 | Revolution's Diesel Test product being offered for sale? |
| 03:19:35 | 13 | A. No. Like I said earlier, there were a bunch of websites |
| 03:19:41 | 14 | with Diesel Test in the name. They all like connected somehow |
| 03:19:46 | 15 | to the defendants. |
| 03:19:47 | 16 | Q. Mr. Curry, I want to read you a list of the 12 website |
| 03:19:57 | 17 | domains. These are the websites that were discussed in |
| 03:20:02 | 18 | opening arguments. I'm going to read you this list and ask |
| 03:20:04 | 19 | you if those are the websites that you found. |
| 03:20:06 | 20 | Dieseltest.net? |
| 03:20:07 | 21 | A. Yes. |
| 03:20:09 | 22 | Q. Dieseltest.org? |
| 03:20:11 | 23 | A. Yes. |
| 03:20:12 | 24 | Q. Dieseltestbooster-red.com? |
| 03:20:15 | 25 | A. Yes. |

***REALTIME UNEDITED TRANSCRIPT ONLY***

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

91

| | | |
|---|---|---|
| 03:26:42 | 1 | A. The defendants'. |
| 03:26:43 | 2 | Q. And you mentioned dieseltest.us -- |
| 03:26:49 | 3 | A. Yes. |
| 03:26:49 | 4 | Q. -- is identified in this email? |
| 03:26:50 | 5 | A. Yes. |
| 03:26:50 | 6 | Q. And is that the same website we were just talking about? |
| 03:26:55 | 7 | A. Yes. |
| 03:26:55 | 8 | Q. Mr. Curry, I'm going to show you Exhibits 77 and 78. |
| 03:27:06 | 9 | These are a few more of the images of websites that we were |
| 03:27:10 | 10 | discussing earlier. |
| 03:27:15 | 11 | MR. HAILEY: Can we put 77 and 78 next to each other. |
| 03:27:22 | 12 | If we could zoom in on the URL address. |
| 03:27:25 | 13 | BY MR. HAILEY: |
| 03:27:25 | 14 | Q. Mr. Curry, I'll ask you, what website is this? |
| 03:27:27 | 15 | A. This is dieseltestbooster-red.com or slash, whatever that |
| 03:27:34 | 16 | is. |
| 03:27:34 | 17 | Q. And if we could zoom in on one of the dates. I'll ask |
| 03:27:37 | 18 | you, Mr. Curry, when did you find and capture this image of |
| 03:27:41 | 19 | this website? |
| 03:27:41 | 20 | A. So I captured this May 9th, 2020, like three years after I |
| 03:27:48 | 21 | sued them. |
| 03:27:49 | 22 | Q. So this website was still active and publicly available |
| 03:27:55 | 23 | three years after you filed suit? |
| 03:27:56 | 24 | A. Yes. |
| 03:27:57 | 25 | Q. And did this -- does this image accurately capture how |

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

| | | |
|---|---|---|
| 03:28:02 | 1 | this website appeared when you viewed it in May 2020? |
| 03:28:05 | 2 | A. Yes. |
| 03:28:05 | 3 | Q. Was this website offering a product for sale? |
| 03:28:10 | 4 | A. Yes. |
| 03:28:10 | 5 | Q. What product was that? |
| 03:28:12 | 6 | A. It's called -- it says Diesel Test Red, but it had a |
| 03:28:16 | 7 | different bottle. |
| 03:28:17 | 8 | Q. Did you know at the time whether this website was owned by |
| 03:28:21 | 9 | Revolution? |
| 03:28:21 | 10 | A. No. |
| 03:28:22 | 11 | Q. Now, let's focus on Exhibit 78. |
| 03:28:26 | 12 | MR. HAILEY: If we could zoom in on the contact |
| 03:28:30 | 13 | information. Yeah, perfect. Towards the bottom. |
| 03:28:32 | 14 | BY MR. HAILEY: |
| 03:28:35 | 15 | Q. Mr. Curry, what name does this website list? |
| 03:28:37 | 16 | A. Elite Wellness, LLC. |
| 03:28:41 | 17 | Q. And what address does it list? |
| 03:28:43 | 18 | A. 1155 Camino Del Mar, Del Mar, California. |
| 03:28:50 | 19 | Q. Is that the same address that Revolution lists on its own |
| 03:28:53 | 20 | website? |
| 03:28:53 | 21 | A. No. |
| 03:28:54 | 22 | Q. What telephone number does this website list? |
| 03:28:57 | 23 | A. 855-875-3141. |
| 03:29:01 | 24 | Q. Is that the same phone number that Revolution lists on its |
| 03:29:08 | 25 | own website? |

***REALTIME UNEDITED TRANSCRIPT ONLY***

134

| | | |
|---|---|---|
| 04:35:54 | 1 | business mostly sold its products -- |
| 04:35:56 | 2 | A. That wasn't the question you asked. Yes, there was a |
| 04:35:59 | 3 | period of time when I mostly sold Amazon, yes. That's not the |
| 04:36:02 | 4 | question. |
| 04:36:02 | 5 | Q. What was that period of time? |
| 04:36:03 | 6 | A. I would say Amazon sold more of my products maybe 2017 to |
| 04:36:15 | 7 | 20, maybe, 19, maybe a little bit somewhere in there. |
| 04:36:19 | 8 | Q. What record of sales would your business receive for |
| 04:36:24 | 9 | products sold through Amazon? |
| 04:36:27 | 10 | A. Receive from Amazon, I don't receive a record of sales |
| 04:36:29 | 11 | from Amazon. I receive a transaction, but, you know, I send |
| 04:36:35 | 12 | the product to Amazon, they sell the product. I don't get -- |
| 04:36:43 | 13 | you know what I'm saying? They don't report. I send the |
| 04:36:46 | 14 | product to Amazon, so they would -- I would send like hundreds |
| 04:36:49 | 15 | of bottles to Amazon and they would sell the product. |
| 04:36:51 | 16 | Q. So Amazon would stock your products? |
| 04:36:53 | 17 | A. Yes. |
| 04:36:53 | 18 | Q. And they'd give you a report on what products they sold, |
| 04:36:56 | 19 | correct? |
| 04:36:57 | 20 | A. No, they wouldn't give me -- they don't give you reports |
| 04:37:00 | 21 | as a seller. |
| 04:37:00 | 22 | Q. Amazon doesn't tell its sellers which of its products it |
| 04:37:05 | 23 | sold? |
| 04:37:05 | 24 | A. That's correct, what I just said, yes. |
| 04:37:07 | 25 | Q. Did your website getdiesel.com sell products? |

***REALTIME UNEDITED TRANSCRIPT ONLY***