# Exhibit 2

***REALTIME UNEDITED TRANSCRIPT ONLY***

1

| | | |
|---|---|---|
| 09:08:24 | 1 | Judge Kennelly, May 16, 2023, |
| 09:09:03 | 2 |     THE CLERK: Case 17 C 2283, Curry v. Revolution |
| 09:10:16 | 3 | Laboratories. |
| 09:10:16 | 4 |     THE COURT: All right. Can counsel please give your |
| 09:10:18 | 5 | appearances for the record. |
| 09:10:21 | 6 |     MR. OPPENHEIM: Good morning, your Honor. Matt |
| 09:10:22 | 7 | Oppenheim, Nick Hailey, and Jeffrey Kane on behalf of the |
| 09:10:26 | 8 | plaintiffs, here with Scott Duval and our client, Mr. Curry. |
| 09:10:33 | 9 |     MR. HOLLANDER: Good morning, your Honor. Gary |
| 09:10:36 | 10 | Hollander for the defendants. |
| 09:10:40 | 11 |     MR. DE PRETER: Good morning, your Honor. Matthew |
| 09:10:41 | 12 | De Preter also for the defendants. |
| 09:10:43 | 13 |     MS. AHUKANNA: Good morning, your Honor. Chidinma |
| 09:10:44 | 14 | Ahukanna for the defendants. |
| 09:10:46 | 15 |     THE COURT: Okay. Anything anybody needs to take up |
| 09:10:48 | 16 | before we get going? |
| 09:10:49 | 17 |     MR. HOLLANDER: Yes. Your Honor, can I approach? |
| 09:10:49 | 18 |     THE COURT: Yeah. |
| 09:10:50 | 19 |     MR. HOLLANDER: On redirect yesterday, Mr. Curry |
| 09:10:52 | 20 | testified to his alleged sales for the past two years. |
| 09:10:54 | 21 |     THE COURT: He's still on redirect, right? |
| 09:10:56 | 22 |     MR. HOLLANDER: Yes. |
| 09:10:56 | 23 |     THE COURT: Yeah. Okay. |
| 09:10:58 | 24 |     MR. HOLLANDER: They did not update any records for |
| 09:11:00 | 25 | us. They didn't produce any records. |

***REALTIME UNEDITED TRANSCRIPT ONLY***

Case: 1:17-cv-02283 Document #: 395-2 Filed: 06/27/23 Page 3 of 5 PageID #:12987
***REALTIME UNEDITED TRANSCRIPT ONLY***

45

| | | |
|---|---|---|
| 10:01:33 | 1 | A.  I'm not sure.  I would have had the numbers in front of |
| 10:01:38 | 2 | me. |
| 10:01:38 | 3 | Q.  Well, you can see from the beginning of your sentence in |
| 10:01:42 | 4 | paragraph 7, you list the period of time as October 14th, |
| 10:01:48 | 5 | 2016, to June 1st, 2017, correct? |
| 10:01:50 | 6 | A.  Correct. |
| 10:01:51 | 7 | Q.  You don't provide any -- you don't identify the number of |
| 10:01:55 | 8 | Illinois consumers who purchased Diesel Test after June 1st, |
| 10:01:58 | 9 | 2017, correct? |
| 10:01:59 | 10 | A.  Correct. |
| 10:02:00 | 11 | Q.  Revolution sold its Diesel Test through a variety of |
| 10:02:06 | 12 | websites, correct? |
| 10:02:07 | 13 | A.  Yes. |
| 10:02:09 | 14 | Q.  That includes Revolution's own website, revlabs.com, |
| 10:02:17 | 15 | Amazon, eBay, and various other websites? |
| 10:02:20 | 16 | A.  Correct. |
| 10:02:20 | 17 | Q.  Revolution tracked its sales through a software program |
| 10:02:26 | 18 | called Limelight; is that right? |
| 10:02:33 | 19 | A.  Yes. |
| 10:02:33 | 20 |     MR. HAILEY:  Mr. Duval, let's pull up Plaintiff's |
| 10:02:36 | 21 | Exhibit 149, please.  And there's no objection to this. |
| 10:02:39 | 22 |     THE COURT:  Okay.  If there's no objection, then it's |
| 10:02:41 | 23 | admitted. |
| 10:02:47 | 24 |   (Above-mentioned exhibit was received in evidence.) |
| 10:02:47 | 25 |     MR. HAILEY:  To confirm, your Honor, this evidence is |

Case: 1:17-cv-02283 Document #: 395-2 Filed: 06/27/23 Page 4 of 5 PageID #:12988
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

78

| | | |
|---|---|---|
| 10:55:57 | 1 | A. Yes. |
| 10:55:58 | 2 | Q. Let's turn to the top of page 288. Perfect. Stop there. |
| 10:56:10 | 3 | You can see this is another email from Adam Knipple, |
| 10:56:14 | 4 | correct? |
| 10:56:14 | 5 | A. Where do I see that? |
| 10:56:20 | 6 | Okay. I see it. Yes. |
| 10:56:22 | 7 | Q. You can zoom back in -- perfect. That's fine. |
| 10:56:27 | 8 | Do you see at the bottom of the email, Mr. Knipple |
| 10:56:29 | 9 | writes, "Josh, can we get some clarification on who is in |
| 10:56:34 | 10 | charge of what?" |
| 10:56:35 | 11 | Did I read that correctly? |
| 10:56:36 | 12 | A. Yes. |
| 10:56:37 | 13 | Q. And "Josh" is referring to you, correct, Mr. Nussbaum? |
| 10:56:40 | 14 | A. Correct. |
| 10:56:41 | 15 | Q. And you actually responded to this email by providing some |
| 10:56:46 | 16 | instructions on how to respond to the Amazon counterfeit |
| 10:56:49 | 17 | complaint, correct? |
| 10:56:50 | 18 | A. I'm not sure. |
| 10:56:51 | 19 | Q. Well, let's turn to the -- to page 287, please. |
| 10:56:59 | 20 | Do you see your email on the screen? |
| 10:57:01 | 21 | A. Yes. |
| 10:57:03 | 22 | Q. Now, Mr. Nussbaum, you didn't ultimately dispute the |
| 10:57:12 | 23 | counterfeit complaint with Amazon, correct? |
| 10:57:16 | 24 | A. Correct. |
| 10:57:16 | 25 | Q. And as a result of this Amazon counterfeit claim, |

Case: 1:17-cv-02283 Document #: 395-2 Filed: 06/27/23 Page 5 of 5 PageID #:12989
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

79

| | | |
|---|---|---|
| 10:57:21 | 1 | Revolution's Diesel Test product was banned from Amazon and |
| 10:57:25 | 2 | could no longer be sold through Amazon; is that correct? |
| 10:57:28 | 3 | A.  The listing for the product was. |
| 10:57:32 | 4 | Q.  Revolution's listing for its infringing -- for its |
| 10:57:37 | 5 | infringing Diesel Test product was banned from Amazon, |
| 10:57:39 | 6 | correct? |
| 10:57:39 | 7 | A.  Correct. |
| 10:57:40 | 8 | Q.  And Diesel Test, Revolution's infringing Diesel Test was |
| 10:57:46 | 9 | removed from Amazon as a result of this counterfeit claim, |
| 10:57:49 | 10 | correct? |
| 10:57:49 | 11 | A.  Correct. |
| 10:57:49 | 12 | Q.  Now, after Revolution's infringing Diesel Test was removed |
| 10:57:57 | 13 | from Amazon, Revolution continued to sell its Diesel Test |
| 10:58:00 | 14 | product through other sales channels like eBay, Revolution's |
| 10:58:05 | 15 | own revlabs.com website; is that correct? |
| 10:58:08 | 16 | A.  Can you repeat the time frame again in the question? |
| 10:58:13 | 17 | Q.  After -- the time frame is after Revolution's infringing |
| 10:58:18 | 18 | Diesel Test product was removed from Amazon in February of |
| 10:58:20 | 19 | 2017. |
| 10:58:21 | 20 | A.  Correct. |
| 10:58:21 | 21 | Q.  Revolution continued to sell its Diesel Test product |
| 10:58:24 | 22 | through other sales channels such as eBay and Revolution own |
| 10:58:39 | 23 | revlabs.com website, right? |
| 10:58:39 | 24 | A.  I believe so. |
| 10:58:39 | 25 | Q.  And, from time to time, you personally managed sales of |