# Exhibit 3

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

1

```
 1                IN THE UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3   CHARLES CURRY                      )   Docket No. 17 C 2283
     Doing business as                  )
 4   Get Diesel Nutrition,              )
                                        )
 5                       Plaintiff,     )
                                        )   Chicago, Illinois
 6            vs.                       )   May 16, 2023
                                        )   1:30 o'clock p.m.
 7   REVOLUTION LABORATORIES, LLC, et   )
     al.,                               )
 8                                      )
                         Defendants.    )
 9
                    TRIAL TRANSCRIPT OF PROCEEDINGS
10        BEFORE THE HONORABLE MATTHEW F. KENNELLY, AND A JURY
                              VOLUME 2-B
11
     APPEARANCES:
12

13   For the Plaintiff:     OPPENHEIM + ZEBRAK, LLP
                            BY:  MR. JEFFREY KANE
14                               MR. NICHOLAS COOPER HAILEY
                                 MR. JEFFREY KANE
15                          4530 Wisconsin Avenue, NW, 5th Floor
                            Washington, DC 20016
16                          (202) 480-2174

17

18
     For the Defendants:    ARONBERG GOLDGEHN DAVIS & GARMISA
19                          BY:  MR. MATTHEW L. DE PRETER
                                 MR. GARY PHILLIP HOLLANDER
20                               MS. CHIDINMA AHUKANNA
                            330 N. Wabash Ave, Suite 1700
21                          Chicago, IL 60611
                            312-755-3161
22

23
     Court Reporter:        MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
24                          Official Court Reporter
                            219 S. Dearborn Street, Suite 2102
25                          Chicago, Illinois  60604
                            (312) 435-5639
```

09:14:53

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

Case: 1:17-cv-02283 Document #: 395-3 Filed: 06/27/23 Page 3 of 3 PageID #:12992
\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

25

| | | |
|---|---|---|
| 02:14:33 | 1 | Q. Throughout the life cycle the entire time you were selling |
| 02:14:38 | 2 | Diesel Test, did it end up being a successful product for |
| 02:14:41 | 3 | Revolution? |
| 02:14:41 | 4 | A. We definitely -- we definitely sold -- we did a lot of |
| 02:14:49 | 5 | volume. We got a lot of attention, sold a lot of bottles. It |
| 02:15:00 | 6 | was successful in that capacity. It was also very expensive. |
| 02:15:05 | 7 | And based off our numbers when analyzed, all in all, I would |
| 02:15:10 | 8 | say, no, it was not a very successful product. |
| 02:15:13 | 9 | Q. Do you recall when you stopped marketing Diesel Test? |
| 02:15:22 | 10 | A. I guess it would be 2017. I believe the last recorded |
| 02:15:37 | 11 | sale was the -- |
| 02:15:38 | 12 | Q. I'm asking you just about the marketing aspect of it. |
| 02:15:43 | 13 | A. Specifically, I don't. I don't recall what that date is. |
| 02:15:45 | 14 | Q. Do you recall approximately when you stopped marketing? |
| 02:15:49 | 15 | A. 2017. |
| 02:15:51 | 16 | Q. And what was -- why was the decision made to stop |
| 02:15:56 | 17 | marketing Diesel Test? |
| 02:15:56 | 18 | A. I think it just wasn't worth it anymore. We had -- it had |
| 02:16:10 | 19 | bad energy surrounding it. We had the lawsuit. And we had |
| 02:16:18 | 20 | attached earlier in the process of it. It was an expensive, |
| 02:16:26 | 21 | non-successful product for our brand that nobody was really |
| 02:16:34 | 22 | attached to, name and/or title-wise. The name of the product, |
| 02:16:42 | 23 | it didn't -- it didn't do anything special for us. |
| 02:16:47 | 24 | Q. And in the beginning, the Diesel Test product was the same |
| 02:16:55 | 25 | formulation as the Rev Test product, correct? |

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*