# Exhibit 7

<a>
</a>
<a>
</a>

| | |
|---|---|
| **To:** | joshua@revlabs.com[joshua@revlabs.com] |
| **Cc:** | Alexandria Roemer[alexandria@revlabs.com]; Andrew[andrewz@revlabs.com]; Donna Godwin[d@revlabs.com] |
| **From:** | adamk@revlabs.com |
| **Sent:** | Thur 2/16/2017 7:36:32 PM |
| **Importance:** | Low |
| **Sensitivity:** | None |
| **Subject:** | Re: Amazon - Diesel Test on Hold |
| **Categories:** | webmail/12.7.7-RC |

Thanks Mr. Nussbaum, I really appreciate the complement.

I would love to help out but at this point I don't have the time to put anything new on my plate.  I have to concentrate on staffing our sales/customer service departments and training all the new hires.

Ali, if you have any questions as to what to do next in this process, please ask, and I can point you in the direction I would go.

Thank you,

Adam

-----Original Message-----
From: joshua@revlabs.com
Sent: Thursday, February 16, 2017 11:19am
To: adamk@revlabs.com
Cc: "Alexandria Roemer" <alexandria@revlabs.com>, "Andrew" <andrewz@revlabs.com>, "Donna Godwin" <d@revlabs.com>
Subject: Re: Amazon - Diesel Test on Hold

Hey Adam,

   It's not "your responsibility" per se. This hasn't been assigned to anyone in particular and on a go forward basis I don't expect to continuously have these issues. Chip didn't know what to do with this and I figured you did a badass job handling the issue last time so could prob tackle it again. If it's an issue for you let me know. Thanks dude,

Joshua

-----Original Message-----
From: adamk@revlabs.com
Sent: Thursday, February 16, 2017 12:48pm
To: "Alexandria Roemer" <alexandria@revlabs.com>
Cc: "Joshua Nussbaum" <joshua@revlabs.com>, "Andrew" <andrewz@revlabs.com>, "Donna Godwin" <d@revlabs.com>
Subject: Re: Amazon - Diesel Test on Hold

Hey Ali,

I'm running the customer service side of the business on Amazon, not this listings.  I thought you were in



PLAINTIFF'S EXHIBIT 6

RL_000287

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

charge of that portion of Amazon.  Didn't mind helping last time but if anytime we have an issue with a listing I need to know if this is now my duty to handle it moving forward.

Josh can we get some clarification on who is in charge of what?

Thank you,

Adam

-----Original Message-----
From: "Alexandria Roemer" <alexandria@revlabs.com>
Sent: Thursday, February 16, 2017 9:10am
To: adamk@revlabs.com
Cc: "Joshua Nussbaum" <joshua@revlabs.com>, "Andrew" <andrewz@revlabs.com>
Subject: Re: Amazon - Diesel Test on Hold

Hey Adam,

Can you please reach out to the "rights owner" and see what their issue is in regards to diesel test so we can determine how to resolve the blocked listing.

Thanks,


Alexandria Roemer
Director of Brand Empowerment
Revolution Laboratories, LLC

Cell: (209) 601-9006
Skype:ali.roemer
www.revlabs.com



> On Feb 13, 2017, at 7:50 AM, adamk@revlabs.com wrote:
>
> Mr. Nussbaum,
>
> We received a notification on Amazon regarding Diesel Test, currently it has been put on hold due to a counterfeit claim.  I would handle this myself but I don't have the information to do so, but let me know if I can help in anyway.  See Below:
>
> -------------------------------------------------------------------------------------------
> Hello,
>
> We received a report from a rights owner that you are listing counterfeit products. Sellers on Amazon.com are not allowed to create listings or detail pages for counterfeit goods.
>
> We removed the content listed at the end of this email. We may let you list this product again if we receive a retraction from the rights owner. Their contact information can be found below.

RL_000288

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

>
> fefifonutrition@gmail.com
>
> If the rights owner agrees to retract their complaint, they must send the retraction to us at notice-dispute@amazon.com.
>
> If you believe that the reported content is not counterfeit, you may email notice-dispute@amazon.com with supporting information.
> If the rights owner does not retract their complaint, or you do not provide supporting information, we may provide your contact information to the rights owner upon their request.
>
> We consider allegations of counterfeit a serious matter and your account is under review. If we receive more complaints about your listings, we may not allow you to sell on Amazon.com.
>
> To learn more about this policy, search for "Intellectual Property Violations" in Seller Central Help.
>
> ASIN:
> B01L7WNOGG
> Infringement type: Counterfeit
> Complaint ID: 851103651
>
> Sincerely,
> Amazon.com
>
> ---------------------------------------------------------------------------------------------
>
> Thank you,
>
> Adam Knippel
> Sales/Customer Service Manager
> Revolution Laboratories, LLC.
> P. 858.260.5295
> www.RevLabs.com
>

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
RL_000289