# Exhibit 13

may help with muscle gain, strength and endurance. These factors combined may help sculpt a great physique while also boosting overall health.

Diesel Testbooster Red can be used in 3 simple steps. Step 1 is to take the supplement as per the directed dosage. Step 2 is to supplement ones diet with a protein rich diet along with working out regularly. Step 3 is to follow the program for best results.



The statements made on our websites have not been evaluated by the FDA (U.S. Food & Drug Administration). This product is not intended to diagnose, cure or prevent any disease. The information provided by this website, email, or this company is not a substitute for a face-to-face consultation with your health care professional and should not be construed as individual medical advice. If there is a change in your medical condition, please stop using our product immediately and consult your health care professional. Do not use if safety seal is broken or missing. For adult use only, keep out of reach of children under 18 years.

This product is not for use by or sale to persons under the age of 18. This product should be used only as directed on the label. Consult with a physician before use if you have a serious medical condition or use prescription medications.

By using this site you agree to follow the Privacy Policy and all Terms & Conditions printed on this site. Void Where Prohibited By Law.
Elite Wellness, LLC 1155 Camino Del Mar #121,
Del Mar, CA 92014 Toll Free Customer Care: 855-875-3141, Customer Care: elitewellnessforyou@gmail.com

© 2020 Diesel Testbooster Red | Elite Wellness, LLC | Terms & Conditions | Ingredients | Privacy Policy | Customer Care | Toll Free 855-875-3141

Copyright © 2020 Diesel Testbooster Red

PLAINTIFF'S EXHIBIT 78

CURRY-3P-00001000