Exhibit 3

**Charles Curry, d/b/a/ Get Diesel Nutrition**
**v.**
**Revolution Laboratories, LLC, Joshua Nussbaum, and Barry Nussbaum**

## Joel Herman Direct Testimony

## Joel A. Herman, CPA



- **Certified Public Accountant**

- **37 years experience**

- **Director, Ostrow Reisin Berk & Abrams, Ltd.**

- **Hundreds of audits and reviews; thousands of tax returns; advised hundreds of clients**

# Summary of Conclusions

1. Net sales of at least **$4.18 Million**

2. **Insufficient** records of claimed expenses

3. Disclosed net assets of **$38 Million**

# Summary of Conclusions

**1. Net sales of at least $4.18 Million**

**2. Insufficient records of claimed expenses**

**3. Disclosed net assets of $38 Million**

# Revolution's infringing sales were at least $4.18 Million

Records of sales



**Added the gross sales from various records**

*Source: J. Herman Expert Report at 4–13*

# Revolution's infringing sales were <u>at least</u> $4.18 Million

## Records of refunds, voids, discounts



*Source: J. Herman Expert Report at 4–13*

# Revolution's infringing sales were <u>at least</u> $4.18 Million



**Net Sales**

*At Least*
**$4.18 Million**

(Diesel Test and Related Products)

# Revolution's infringing sales were <u>at least</u> $4.18 Million

| | |
|---|---|
| **Diesel Test** | **$2,052,225** |
| **MRX/MuscleRev** | **$ 1,777,218** |
| **RevTest** | **$354,451** |
| **TOTAL** | **$4,183,894** |

## Net Sales
### *At Least*
### $4.18 Million

**(Diesel Test and Related Products)**

*Source: J. Herman Expert Report at 4–5, 7, 9–10, 12*

# Revolution's infringing sales <u>likely exceed</u> $4.18 Million

1. Missing records of sales that are referenced in emails

2. Missing Limelight records after October 2017

**Net Sales**

*Likely Exceed*
$4.18 Million

# Revolution's infringing sales <u>likely exceed</u> $4.18 Million







# Revolution's infringing sales <u>likely exceed</u> $4.18 Million



# Revolution's infringing sales <u>likely exceed</u> $4.18 Million



# Revolution's infringing sales <u>likely exceed</u> $4.18 Million



**AFFIDAVIT OF DEFENDANT JOSHUA NUSSBAUM**

3.    Revolution exhausted and ceased all sales of products with the DIESEL TEST and/or DZL Test marks in the first quarter of 2018.

# Revolution's infringing sales <u>likely exceed</u> $4.18 Million



**Records of sales through** www.revlabs.com **stopped with Oct. 2017**





**Sales on** www.amazon.com**,** www.shopify.com**, and** www.shipstation.com **in Nov. & Dec. 2017**



*Source: PX-149, 153*

14

# Revolution's infringing sales <u>likely exceed</u> $4.18 Million

**1. Missing records of sales that are referenced in emails**

**2. Missing Limelight records after October 2017**

## Net Sales
*Likely Exceed*
**$4.18 Million**

15

## Revolution's infringing sales

**Relationship Between Diesel Test Sales and MRX Sales**



96% of customers who purchased MRX also purchased Diesel Test before or at the time of their MRX purchase

*Source: Herman Report at 10*

## Summary of Conclusions

1. Net sales of at least **$4.18 Million**

2. **Insufficient** records of claimed expenses

3. Disclosed net assets of **$38 Million**

# Revolution's Claimed Expenses

## Documentation of Revolution's Expenses

| Product | Documentation of Expenses |
|---|---|
| MRX/MuscleRev | None |
| RevTest | None |
| Diesel Test | 1-page P&L, Two Spreadsheets, Minimal Invoices |

**No Documents** concerning expenses for MRX and Rev Test

**Minimal Documents** concerning Diesel Test

# Revolution's Claimed Expenses



| Receipts | None |
|---|---|
| Contracts | None |
| Checks | None |
| Payroll Receipts | None |
| Invoices | Minimal |

**Claimed Expenses of $1,723,804**

Source: RL_000567; J. Herman Second Supplemental Report at 2–3; J. Herman Expert Report at 14

# Revolution's Claimed Expenses

## Revolution's Documentation

**Thousands of Claimed Transactions**

**($1,723,804 in expenses)**

Minimal Invoices

*Source: PX-193; J. Herman Second Supplemental Report at 2*

## Revolution's Claimed Expenses

**Internal Financial Reports Aren't Enough**

- A professional accountant can't rely on the company's say-so

- A reasonable accountant must look at underlying records to verify the company's claims

# Revolution's Claimed Expenses



**Revolution Employee** → $100 → **Accounting Software** → $100 → **Profit-and-Loss Statement** =$100

# Revolution's Claimed Expenses

**Product: Diesel Test**
**Profit and Loss**
August 1, 2016 - October 20, 2017

| | Total |
|---|---|
| **Income** | |
| Chargeback (deleted) | -97,796.59 |
| Gross Sales | 1,925,110.27 |
| Merchandise Refunds (deleted) | -4,030.13 |
| Returns/Refunds (deleted) | -292,991.90 |
| **Total Income** | $ 1,580,282.15 |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | 120,681.10 |
| Packaging Expense COGS | 25,157.67 |
| Product for Old Co | 194.50 |
| **Total Cost of Goods Sold** | $ 146,031.27 |
| **Gross Profit** | $ 1,434,250.88 |
| **Expenses** | |
| Chargeback Services | 55,763.97 |
| Computer, Software, & Internet Expense | |
| Internet Programming/Web Design | 5,472.99 |
| **Total Computer, Software, & Internet Expense** | $ 5,472.99 |
| Payroll Expense | 288,576.43 |
| Rent or Lease | 28,047.05 |
| Marketing | |
| CPA | 789,290.00 |
| **Total Marketing** | $ 789,290.00 |
| Merchant Processing Fees | 6,366.00 |
| Discount Fees | 100,373.32 |
| Funding Adjustment | 9,568.04 |
| Interchange Charges | 7,408.00 |
| Monthly Fee | 20,497.57 |
| Transaction Fees (other) | 100,592.14 |
| **Total Merchant Processing Fees** | $ 244,805.07 |
| Shipping & Delivery | 68,021.38 |
| **Total Expenses** | $ 1,479,976.89 |
| **Net Operating Income** | -$ 45,725.01 |
| **Net Income** | -$ 45,725.01 |

Thursday, Oct 29, 2020 03:03:50 PM GMT-7 - Accrual Basis



**Expenses**

| | |
|---|---|
| Cost of Goods Sold | $ 120,681 |
| Chargeback Services | 55,764 |
| Internet Programming | 5,473 |
| Payroll Expense | 288,576 |
| Rent or Lease | 28,047 |
| Marketing | 789,290 |
| Merchant Processing | 6,366 |
| Discount Fees | 100,373 |
| Funding Adjustment | 9,568 |
| Interchange Charges | 7,408 |
| Monthly Fee | 20,498 |
| Transaction Fees | 100,592 |
| Shipping & Delivery | 68,021 |
| Chargeback | 97,799 |
| Packaging Expense | 25,153 |
| Product for Old Co | 195 |
| Total | $1,723,804 |

## Summary of Conclusions

### 1. Net sales of at least **$4.18 Million**

### 2. **Insufficient** records of claimed expenses

### 3. Disclosed net assets of **$38 Million**

# Summary of Conclusions

1. Net sales of at least **$4.18 Million**

2. **Insufficient** records of claimed expenses

3. Disclosed net assets of **$38 Million**

# Net Assets Disclosed: $38 million

| Net Assets Disclosed | $38 Million |
|---|---|
| Cash | $ 20,054,606 |
| Real Estate | $ 14,437,485 |
| Money Loaned | $ 3,585,321 |

*Source: J. Herman Supplemental Report Table 1*

# Net Assets Disclosed: $38 million

| Net Assets Disclosed | $38 Million |
|---|---|
| Cash | $ 20,054,606 |

**25 Bank Accounts: California, Hawaii, Cook Islands**





*Source: J. Herman Supplemental Report Table 2*

# Net Assets Disclosed: $38 million

| Net Assets Disclosed | $38 Million |
|---|---|
| Cash | $ 20,054,606 |
| Real Estate | $ 14,437,485 |
| Money Loaned | $ 3,585,321 |

**Real Estate**

- **8 properties on Maui, Hawaii**
- **6 properties in North Las Vegas, Nevada**
- **2 properties in California**
- **5 Hawaiian properties on deposit**

# Net Assets Disclosed: $38 million



| Net Assets Disclosed | $38 Million |
| --- | --- |
| **Money Loaned** | **$ 3,585,321** |

**Money Loaned**

- **Trust loaned money to others at high interest rates**

- **Borrowers paid the Trust $2,024,073 in interest from 2019–2022**

*Source: J. Herman Supplemental Report Table 2*

# Indications of other assets



## Value of these 19 companies?

- 3 Homes Maui
- Money Loaned
- 6 Homes Nevada
- LRNI (82.5%)
- Plot of Land Maui
- Plot of Land Maui
- Plot of Land Maui

- Menehune Investments
- Lulu Investments
- LRS (82.5%)
- Lilikoi One Development
- Lilikoi Two Development
- Lilikoi Three Development
- KUI Investments
- BNC Equities
- Rev Labs (50%)

- Nussbaum Trust
- LT Holdings

- Koa Fund, LLC
- Koa Fund Mgmt.
- Koa Fund Maui
- Koa Admin
- South Bend LLC
- NikNik Investments
- PJ Foundation
- LRN-MP Management

*Source: J. Herman First Supplemental Report at 3-4*

# Indications of other assets



*Source: J. Herman First Supplemental Report at 3-4*

# Indications of other assets



**BNC Equities:**

**$657,257 taxable income in 2021**

**In 2022, deposits of $5.4 million, withdrawals of $5.9 million**

*Source: J. Herman First Supplemental Report Table 6; PX-176*

# Indications of other assets



# Indications of other assets



**Income "From K-1"**

| Year | Amount |
|------|--------|
| 2016 | $ 4,164,602 |
| 2017 | $ (84,349) |
| 2018 | $ 30,668,294 |
| 2019 | $ 18,150,516 |
| 2020 | $ 289,625 |
| 2021 | $ 1,992,482 |
| TOTAL | $ 55,181,170 |

**$55 million in income**

**What Asset?**

*Source: J. Herman First Supplemental Report Table 19*

# Trust Overview

## Purpose of a Trust

**Transfer money or benefits from the grantor to the beneficiaries.**



# Net Assets Disclosed - $38 million

| Benefits Paid from the Trust to the Nussbaums |
|---|
| Cash Payments |
| Personal Expenses |
| Contributions to Advocacy Organization |

# Net Assets Disclosed - $38 million

**Cash Payments**
**from the Trust to the Nussbaums**

| Benefits Paid from the Trust to the Nussbaums |
| :---: |
| **Cash Payments** |
| **Personal Expenses** |
| **Contributions to Advocacy Organization** |

- **$3.2 million** in cash payments from the Trust to **Barry Nussbaum** (Nov. 2020–Jan. 2023)
- **$45 thousand** in cash payments to **Joshua Nussbaum** (Nov.–Dec. 2022)
- **$3.7 million** in unexplained deposits to **Barry Nussbaum's personal account** (Jan. 2016–Jun. 2021)
- **$3,000** monthly deposits to **Barry Nussbaum's personal account** (Jan. 2021 - Dec. 2022)

# Net Assets Disclosed - $38 million

| Benefits Paid from the Trust to the Nussbaums |
|:---:|
| Cash Payments |
| Personal Expenses |
| Contributions to Advocacy Organization |

**Personal Expenses Paid for by the Trust**

- **Barry Nussbaum's $5–8 million home on Maui, Hawaii**
- **4 bedrooms, 7 bathrooms, pool, jacuzzi**
- **Similar properties rent for $162,000–$210,000 per year**
- **No indication that Barry pays the Trust rent**
- **Barry Nussbaum's Lexus SUV (original cost of $84,000)**

# Net Assets Disclosed - $38 million

| Benefits Paid from the Trust to the Nussbaums |
|---|
| Cash Payments |
| Personal Expenses |
| Contributions to Advocacy Organization |

**Payments to Barry's Nussbaum's Advocacy Organization**

- **$962,648** in contributions to Barry Nussbaum's advocacy organization (from 2017 to 2022)
- Pays for Barry's personal assistant

# Summary of Conclusions

1. Net sales of at least **$4.18 Million**

2. **Insufficient** records of claimed expenses

3. Disclosed net assets of **$38 Million**