Exhibit 37

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-02283 |
| v. | ) ) | Judge Matthew F. Kennelly |
| REVOLUTION LABORATORIES, LLC et al. | ) ) ) ) | |
| Defendants. | ) | |

**<u>DECLARATION OF SCOTT DUVAL</u>**

I, Scott Duval, hereby declare pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my personal knowledge and belief.

1.    I am a Managing Director at FTI Consulting in the Trial & Arbitration Support practice. I submit this declaration in support of Plaintiff's Motion for Costs.

2.    Prior to and during the trial in this matter, I provided graphics preparation and trial technician services to Plaintiff.

3.    Attached to Plaintiff's Motion as Exhibit 36 is the invoice my firm provided to Plaintiff.

4.    For the majority of my services, Plaintiff and my firm agreed on a flat per-day fee, rather than an hourly fee. For the period where my firm charged a daily fee, my time broke down roughly as follows: 6.5 days of trial technician work (comprising five trial days and 1.5 days for setup/breakdown) and 4.5 days of graphics preparation.

_____
Scott Duval
Executed September 25, 2023

1