# Exhibit 44

***REALTIME UNEDITED TRANSCRIPT ONLY***

1

| | | |
|---|---|---|
| 01:03:00 | 1 | Judge Kennelly, May 18, 2023, volume 4 B, Curry v. Revolution, |
| 01:03:00 | 2 | jury trial, 1:30 p.m. |
| 01:33:13 | 3 | THE COURT: Ready to go? |
| 01:33:14 | 4 | MR. HOLLANDER: You want me to wait until the end to |
| 01:33:22 | 5 | do my Rule 50? |
| 01:33:23 | 6 | THE COURT: Do it now while we're here and the jury |
| 01:33:24 | 7 | is not. |
| 01:33:24 | 8 | MR. HOLLANDER: I'll tell you what we're making the |
| 01:33:24 | 9 | motion on. I know you told plaintiff's counsel not to argue |
| 01:33:24 | 10 | in response, so I'm not arguing the motion now. |
| 01:33:26 | 11 | THE COURT: You don't need to. |
| 01:33:27 | 12 | MR. HOLLANDER: Okay. |
| 01:33:27 | 13 | THE COURT: Just make sure you make your points, |
| 01:33:29 | 14 | though. |
| 01:33:29 | 15 | MR. HOLLANDER: Three bases for the Rule 50 motion. |
| 01:33:31 | 16 | One is asking for judgment on plaintiff's claim of |
| 01:33:34 | 17 | loss of goodwill. |
| 01:33:36 | 18 | Two is asking for judgment in favor of defendants on |
| 01:33:40 | 19 | plaintiff's claim for punitive damages. |
| 01:33:42 | 20 | And three is asking for judgment in favor of |
| 01:33:47 | 21 | defendants on eight of the domain names involved in the case. |
| 01:33:51 | 22 | I could read them into the record if you prefer. |
| 01:33:53 | 23 | THE COURT: Maybe read the three -- or the four that |
| 01:33:55 | 24 | you're not. Maybe that's easier. You have a list of the |
| 01:34:01 | 25 | ones -- why don't you say which ones. |

***REALTIME UNEDITED TRANSCRIPT ONLY***

Case: 1:17-cv-02283 Document #: 422-45 Filed: 09/25/23 Page 3 of 10 PageID #:14445
***REALTIME UNEDITED TRANSCRIPT ONLY***

17

| | | |
|---|---|---|
| 01:53:30 | 1 | THE COURT: It's admitted. I'm putting it up for the |
| 01:53:32 | 2 | jury. |
| 01:53:32 | 3 | (Above-mentioned exhibit was received in evidence.) |
| 01:53:33 | 4 | BY MR. DE PRETER: |
| 01:53:34 | 5 | Q. Do you recognize this spreadsheet, Mr. Turner? |
| 01:53:36 | 6 | A. Yes. |
| 01:53:36 | 7 | Q. And what does this spreadsheet represent? |
| 01:53:39 | 8 | A. It represents the sales of Diesel Test from Amazon.com. |
| 01:53:43 | 9 | Q. Does it only represent Diesel Test sales? |
| 01:53:45 | 10 | A. No. This is -- I don't recall if this was all of the Rev |
| 01:53:55 | 11 | Labs products. |
| 01:53:58 | 12 | Q. But this is August '16 -- excuse -- August 2016, correct, |
| 01:54:03 | 13 | on this tabs? Tells you the month that the sales were made; |
| 01:54:06 | 14 | is that correct? |
| 01:54:06 | 15 | A. Yes. |
| 01:54:06 | 16 | Q. So if we go to November of 2016, what does, say, row 7 |
| 01:54:25 | 17 | indicate? |
| 01:54:25 | 18 | A. An individual customer order of Diesel Test. |
| 01:54:27 | 19 | Q. So if we wanted to know how many sales or what the sales |
| 01:54:32 | 20 | were at Amazon for Diesel Test, how would I go about |
| 01:54:38 | 21 | determining that from this sheet? |
| 01:54:40 | 22 | A. You would take the sum of column Q, and that would be the |
| 01:54:47 | 23 | gross sales number for all of the Diesel Test sales in Amazon. |
| 01:54:53 | 24 | Q. So this number here, is that what you're referring to as |
| 01:55:04 | 25 | the sum? |

| | | |
|---|---|---|
| 01:55:04 | 1 | A. Yes. |
| 01:55:04 | 2 | Q. Which is about 11,000? |
| 01:55:06 | 3 | A. Yes. |
| 01:55:06 | 4 | Q. And we could do that for December as well, correct? |
| 01:55:11 | 5 | A. Yes. |
| 01:55:11 | 6 | Q. Again, this sum is $9,300 about? |
| 01:55:26 | 7 | A. Yes. |
| 01:55:26 | 8 | Q. And we could do it for January. And that sum is about |
| 01:55:48 | 9 | $9,100? |
| 01:55:49 | 10 | A. Yes. |
| 01:55:49 | 11 | Q. We could do it for February. That sum is $6,200? |
| 01:56:10 | 12 | A. Yes. |
| 01:56:10 | 13 | Q. And in March does it appear that there are any sales for |
| 01:56:22 | 14 | Diesel Test in March on Amazon? |
| 01:56:25 | 15 | A. There are not. |
| 01:56:26 | 16 | Q. So if we wanted to know the total sales for Amazon, we |
| 01:56:35 | 17 | would have to add up the $11,000, the $9,300, $9,100 and |
| 01:56:45 | 18 | $6,200 numbers to determine the total sales for Amazon? |
| 01:56:48 | 19 | MR. KANE: Objection, mischaracterizes the document. |
| 01:56:51 | 20 | There's additional tabs that Mr. De Preter hasn't walked |
| 01:56:54 | 21 | through. |
| 01:56:54 | 22 | THE COURT: It's a question. The witness can answer |
| 01:56:56 | 23 | it. You can explore it on cross. The objection is overruled. |
| 01:56:59 | 24 | You can answer. |
| 01:57:00 | 25 | THE WITNESS: Yes. |

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

19

| | | |
|---|---|---|
| 01:57:01 | 1 | BY MR. DE PRETER: |
| 01:57:04 | 2 | Q.  That's about $35,600? |
| 01:57:08 | 3 | A.  Yes. |
| 01:57:08 | 4 | Q.  And I think you mentioned eBay sales as well, correct, |
| 01:57:21 | 5 | Mr. Turner? |
| 01:57:21 | 6 | A.  Yes. |
| 01:57:21 | 7 | Q.  And this is Defendant's Exhibit 193 GK. |
| 01:57:32 | 8 | THE COURT:  Is this in or not in? |
| 01:57:34 | 9 | MR. DE PRETER:  Not yet. |
| 01:57:35 | 10 | THE COURT:  Any objection to 193? |
| 01:57:38 | 11 | MR. KANE:  Could we have just a moment? |
| 01:57:39 | 12 | MR. DE PRETER:  GK. |
| 01:57:48 | 13 | MR. KANE:  No objection. |
| 01:57:49 | 14 | THE COURT:  It's admitted. |
| 01:57:50 | 15 | (Above-mentioned exhibit was received in evidence.) |
| 01:57:51 | 16 | BY MR. DE PRETER: |
| 01:57:54 | 17 | Q.  And do you recognize this spreadsheet, Mr. Turner? |
| 01:57:57 | 18 | A.  Yes.  This is the eBay sales. |
| 01:58:05 | 19 | Q.  Excuse me.  I didn't quite hear you. |
| 01:58:08 | 20 | A.  Sorry.  This is an eBay sales spreadsheet. |
| 01:58:10 | 21 | Q.  And how do you know that this is an eBay sales |
| 01:58:15 | 22 | spreadsheet? |
| 01:58:15 | 23 | A.  From column B, the user name to log in to eBay. |
| 01:58:20 | 24 | Q.  What does this user name signify? |
| 01:58:24 | 25 | A.  That's Revolution Laboratories's business account for |

\*\*\*REALTIME UNEDITED TRANSCRIPT ONLY\*\*\*

***REALTIME UNEDITED TRANSCRIPT ONLY***

20

| | | |
|---|---|---|
| 01:58:27 | 1 | eBay.  That's just the user login. |
| 01:58:31 | 2 | Q.  And does the eBay spreadsheet detail the sales of specific |
| 01:58:39 | 3 | products? |
| 01:58:39 | 4 | A.  Yes. |
| 01:58:41 | 5 | Q.  Where is that reflected? |
| 01:58:45 | 6 | A.  For the -- to know which product it was, it would start in |
| 01:58:49 | 7 | column N. |
| 01:58:52 | 8 | Q.  We could sort those by name, correct? |
| 01:58:55 | 9 | A.  Yes. |
| 01:58:55 | 10 | Q.  So these are all products that were offered by Amazon -- |
| 01:59:04 | 11 | excuse me -- by Revolution on eBay during the time that this |
| 01:59:09 | 12 | report was run? |
| 01:59:10 | 13 | A.  Yes. |
| 01:59:10 | 14 | Q.  And these entries here are related to Diesel Test, |
| 01:59:28 | 15 | correct? |
| 01:59:28 | 16 | A.  Yes. |
| 01:59:29 | 17 | Q.  And so if we wanted to know from December of 2016 forward |
| 01:59:37 | 18 | what the sales of Diesel Test on eBay were, we could add it |
| 01:59:40 | 19 | up -- is it from this column J? |
| 01:59:43 | 20 | A.  Yes. |
| 01:59:43 | 21 | Q.  So would the sum -- what happened?  Do the sum of those |
| 01:59:59 | 22 | Diesel Test Amazon orders be indicated down here, this $2,300 |
| 02:00:04 | 23 | number? |
| 02:00:05 | 24 | A.  Yes. |
| 02:00:05 | 25 | Q.  So if we wanted to know the Amazon sales plus the eBay |

***REALTIME UNEDITED TRANSCRIPT ONLY***

Case: 1:17-cv-02283 Document #: 422-45 Filed: 09/25/23 Page 7 of 10 PageID #:14449
***REALTIME UNEDITED TRANSCRIPT ONLY***

21

| | | |
|---|---|---|
| 02:00:08 | 1 | sales that were reflected in these two spreadsheets, we would |
| 02:00:13 | 2 | add that $35,600 and the $2,300 approximately that is |
| 02:00:20 | 3 | reflected in this eBay spreadsheet together for $37,900? |
| 02:00:27 | 4 | A. Yes. |
| 02:00:27 | 5 | Q. And if we go back to the P&L exhibit, we could add that |
| 02:00:53 | 6 | $37,900 to this bottom figure to get an approximation of the |
| 02:01:01 | 7 | sales, profitability of Diesel Test, correct? |
| 02:01:06 | 8 | MR. KANE: Objection, leading. |
| 02:01:08 | 9 | THE COURT: Overruled. |
| 02:01:11 | 10 | THE WITNESS: Well, it wouldn't exactly -- it would |
| 02:01:15 | 11 | be more of an estimate because it would just be the gross |
| 02:01:18 | 12 | sales number, and it wouldn't account for any expenses |
| 02:01:22 | 13 | involved in the sale of that product. |
| 02:01:25 | 14 | BY MR. DE PRETER: |
| 02:01:25 | 15 | Q. So it would be an overestimate or an underestimate? |
| 02:01:28 | 16 | A. It would be an overestimate. |
| 02:01:30 | 17 | Q. And still the addition of the $37,000 plus negative 45,000 |
| 02:01:37 | 18 | would still be less than profitable; is that correct? |
| 02:01:43 | 19 | A. Correct. |
| 02:01:44 | 20 | Q. Again, Mr. Turner, those figures from Amazon and the sales |
| 02:02:16 | 21 | from eBay are captured in the QuickBooks. They just weren't |
| 02:02:22 | 22 | reflected in this P&L; is that correct? |
| 02:02:23 | 23 | A. That's correct. |
| 02:02:24 | 24 | Q. Mr. Turner, I'd like to go through the P&L so you can |
| 02:02:39 | 25 | explain what some of these figures are. |

Case: 1:17-cv-02283 Document #: 422-45 Filed: 09/25/23 Page 8 of 10 PageID #:14450
***REALTIME UNEDITED TRANSCRIPT ONLY***

39

| | | |
|---|---|---|
| 02:32:56 | 1 | and when you sat for deposition. |
| 02:32:58 | 2 | So your first deposition was on January 26th, 2021. |
| 02:33:02 | 3 | Does that sound right? |
| 02:33:03 | 4 | A. If that's the date, then, yes. |
| 02:33:08 | 5 | Q. Okay. At the time of your deposition, you still hadn't |
| 02:33:13 | 6 | checked any of the numbers in the profit and loss statement to |
| 02:33:15 | 7 | make sure that they are accurate; is that right? |
| 02:33:22 | 8 | A. I don't know. I honestly don't recall. That was years |
| 02:33:26 | 9 | ago at this point. |
| 02:33:28 | 10 | Q. So I'd like to read to you from the transcript from your |
| 02:33:38 | 11 | January 26th deposition. And you were under oath at that |
| 02:33:45 | 12 | point. Do you remember that? |
| 02:33:45 | 13 | A. Yes. |
| 02:33:46 | 14 | MR. KANE: Counsel, this is from page 172, line 7 of |
| 02:33:48 | 15 | the January 26 deposition. |
| 02:33:48 | 16 | MR. HOLLANDER: Thank you. |
| 02:33:48 | 17 | BY MR. KANE: |
| 02:33:49 | 18 | Q. Were you asked the following question, and did you give |
| 02:33:51 | 19 | this answer: |
| 02:33:52 | 20 | "QUESTION: As far as you know, these numbers in this |
| 02:33:55 | 21 | profit and loss summary have never been checked by you or by |
| 02:33:59 | 22 | anyone else inside or outside the company? |
| 02:34:02 | 23 | "ANSWER: Correct." |
| 02:34:04 | 24 | Was that your testimony? |
| 02:34:05 | 25 | A. Can I see it? Or are you reading directly from the |

***REALTIME UNEDITED TRANSCRIPT ONLY***

| | | |
|---|---|---|
| 02:34:10 | 1 | deposition? |
| 02:34:10 | 2 | THE COURT: He's reading from it. |
| 02:34:12 | 3 | Can it be agreed that he read it correctly? |
| 02:34:14 | 4 | MR. HOLLANDER: We're getting to that line. |
| 02:34:19 | 5 | MR. KANE: Just let me know when you're there, and |
| 02:34:24 | 6 | I'll read it again. |
| 02:34:24 | 7 | MR. DE PRETER: What was the line number? I didn't |
| 02:34:24 | 8 | hear the page and line number. |
| 02:34:26 | 9 | MR. KANE: It's page 172, line 7. |
| 02:34:34 | 10 | THE COURT: "QUESTION: As far as you know, those |
| 02:34:36 | 11 | numbers in the profit and loss summary had never been checked |
| 02:34:38 | 12 | by you or anybody else inside or outside the company? |
| 02:34:41 | 13 | "ANSWER: Correct." |
| 02:34:44 | 14 | THE COURT: Is that an accurate reading? |
| 02:34:46 | 15 | MR. DE PRETER: That's accurate, your Honor. |
| 02:34:48 | 16 | THE COURT: All right. You can go ahead, Mr. Kane. |
| 02:34:48 | 17 | BY MR. KANE: |
| 02:34:51 | 18 | Q. In fact, at the time of your June 26th deposition, you |
| 02:34:55 | 19 | didn't even know whether Revolution had any underlying records |
| 02:34:59 | 20 | for these expenses; isn't that right? |
| 02:35:00 | 21 | A. No. The underlying records would have been saved in |
| 02:35:02 | 22 | QuickBooks. |
| 02:35:02 | 23 | Q. But you didn't know that at the time of your January 26th |
| 02:35:06 | 24 | deposition, did you? |
| 02:35:07 | 25 | A. I can't really say whether I knew it or not. |

Case: 1:17-cv-02283 Document #: 422-45 Filed: 09/25/23 Page 10 of 10 PageID #:14452
***REALTIME UNEDITED TRANSCRIPT ONLY***

41

| | | |
|---|---|---|
| 02:35:13 | 1 | MR. KANE: Counsel, this is from page 168, line 7 of |
| 02:35:17 | 2 | the January 26th deposition. |
| 02:35:17 | 3 | BY MR. KANE: |
| 02:35:23 | 4 | Q. Were you asked this question, and did you give this |
| 02:35:25 | 5 | answer: |
| 02:35:26 | 6 | "QUESTION: And you don't know whether any of the |
| 02:35:28 | 7 | original documentations or records for any of these dollar |
| 02:35:32 | 8 | figures still exist or have been maintained by the company? |
| 02:35:36 | 9 | "ANSWER: Correct. I would have to look." |
| 02:35:38 | 10 | Was that your testimony? |
| 02:35:39 | 11 | A. Yes. |
| 02:35:41 | 12 | Q. So at the time of your January 26th deposition, you didn't |
| 02:35:51 | 13 | even know whether Revolution had underlying records to support |
| 02:35:54 | 14 | these expense numbers; isn't that right? |
| 02:35:58 | 15 | A. Well, the records are in QuickBooks, so -- I mean, I knew |
| 02:36:03 | 16 | that the records were in QuickBooks, but I think at the |
| 02:36:05 | 17 | time -- |
| 02:36:05 | 18 | THE COURT: Why don't you specify what you mean by |
| 02:36:08 | 19 | "records," Mr. Kane. |
| 02:36:09 | 20 | BY MR. KANE: |
| 02:36:12 | 21 | Q. Any documents or records showing costs, expenses, or other |
| 02:36:16 | 22 | deductions relating to Diesel Test. At the time of your |
| 02:36:19 | 23 | deposition, you didn't know whether Revolution had any of |
| 02:36:22 | 24 | those, did you? |
| 02:36:23 | 25 | A. Well, I still don't know what you mean by having the |