# Exhibit 7

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 139-09-719-046 |
| OWNER AND MAILING ADDRESS | L R NEVADA INVESTMENTS L L C<br>PO BOX 10549<br>LAHAINA<br>HI 96761 |
| LOCATION ADDRESS | 905 HARP WAY |
| CITY/UNINCORPORATED TOWN | NORTH LAS VEGAS |
| ASSESSOR DESCRIPTION | TEMPO-UNIT 2<br>PLAT BOOK 93 PAGE 46<br>LOT 164 BLOCK 8 |
| RECORDED DOCUMENT NO. | * 20111014:00892 |
| RECORDED DATE | OCT 14 2011 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| TAX DISTRICT | 250 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2022-23 | 2023-24 |
|---|---|---|
| LAND | 23100 | 32200 |
| IMPROVEMENTS | 47728 | 52153 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 70,828 | 84,353 |
| TAXABLE LAND + IMP (SUBTOTAL) | 202,366 | 241,009 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 70,828 | 84,353 |
| TOTAL TAXABLE VALUE | 202,366 | 241,009 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| ESTIMATED SIZE | 0.15 ACRES |
| ORIGINAL CONST. YEAR | 2001 |
| LAST SALE PRICE | 65700 |
| MONTH/YEAR | 10/2011 |

| SALE TYPE | R – RECORDED VALUE |
|---|---|
| LAND USE | 20.110 – SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 1247 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | ONE STORY | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 3 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL | ROOF TYPE | CONCRETE TILE |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 0 |
| TOTAL GARAGE SQ. FT. | 420 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | [139097](#) |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |
| | Get Adobe Reader |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

## GENERAL INFORMATION

| | |
|---|---|
| **PARCEL NO.** | 139-05-411-032 |
| **OWNER** AND **MAILING ADDRESS** | L R NEVADA INVESTMENTS L L C<br>900 HIGHLAND DR # 203<br>SOLANA BEACH<br>CA 92075-2427 |
| **LOCATION ADDRESS** | 3506 FREESTONE LN |
| **CITY/UNINCORPORATED TOWN** | NORTH LAS VEGAS |
| **ASSESSOR DESCRIPTION** | CASA LINDA UNIT 11-D<br>PLAT BOOK 53 PAGE 25<br>LOT 121 BLOCK G |
| **RECORDED DOCUMENT NO.** | * 20130221:01761 |
| **RECORDED DATE** | FEB 21 2013 |
| **VESTING** | NS |
| **COMMENTS** | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| **TAX DISTRICT** | 250 |
| **APPRAISAL YEAR** | 2022 |
| **FISCAL YEAR** | 2023-24 |
| **SUPPLEMENTAL IMPROVEMENT VALUE** | 0 |
| **INCREMENTAL LAND** | 0 |
| **INCREMENTAL IMPROVEMENTS** | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2022-23 | 2023-24 |
|---|---|---|
| LAND | 24850 | 30450 |
| IMPROVEMENTS | 43895 | 47867 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 68,745 | 78,317 |
| TAXABLE LAND + IMP (SUBTOTAL) | 196,414 | 223,763 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 68,745 | 78,317 |
| TOTAL TAXABLE VALUE | 196,414 | 223,763 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| ESTIMATED SIZE | 0.14 ACRES |
| ORIGINAL CONST. YEAR | 1993 |
| LAST SALE PRICE | 77820 |
| MONTH/YEAR | 2/2013 |

| SALE TYPE | R – RECORDED VALUE |
|---|---|
| LAND USE | 20.110 – SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 1456 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | ONE STORY | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 3 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL | ROOF TYPE | CONCRETE TILE |
| BASEMENT GARAGE SQ. FT. | 0 | | | FIREPLACE | 1 |
| TOTAL GARAGE SQ. FT. | 462 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | 139054 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 139-09-615-025 |
| OWNER AND MAILING ADDRESS | L R NEVADA INVESTMENTS L L C<br>PO BOX 10549<br>LAHAINA<br>HI 96761 |
| LOCATION ADDRESS | 3624 SABLE PALM ST |
| CITY/UNINCORPORATED TOWN | NORTH LAS VEGAS |
| ASSESSOR DESCRIPTION | CHEYENNE PLATEAU UNIT 1A<br>PLAT BOOK 63 PAGE 53<br>LOT 13 BLOCK 2 |
| RECORDED DOCUMENT NO. | * 20140627:01746 |
| RECORDED DATE | JUN 27 2014 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| TAX DISTRICT | 250 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2022-23 | 2023-24 |
|---|---|---|
| LAND | 25200 | 30100 |
| IMPROVEMENTS | 54504 | 59435 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 79,704 | 89,535 |
| TAXABLE LAND + IMP (SUBTOTAL) | 227,726 | 255,814 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 79,704 | 89,535 |
| TOTAL TAXABLE VALUE | 227,726 | 255,814 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| ESTIMATED SIZE | 0.11 ACRES |
| ORIGINAL CONST. YEAR | 1995 |
| LAST SALE PRICE | 138000 |
| MONTH/YEAR | 6/2014 |

| SALE TYPE | R – RECORDED VALUE |
|---|---|
| LAND USE | 20.110 – SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 1085 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | 902 | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | TWO STORY | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 4 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 3 FULL | ROOF TYPE | CONCRETE TILE |
| BASEMENT GARAGE SQ. FT. | 0 | | FIREPLACE | | 1 |
| TOTAL GARAGE SQ. FT. | 492 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | 139096 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |
| | Get Adobe Reader |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

## GENERAL INFORMATION

| | |
|---|---|
| **PARCEL NO.** | 139-05-812-026 |
| **OWNER** AND **MAILING ADDRESS** | L R NEVADA INVESTMENTS L L C<br>990 HIGHLAND DR # 203<br>SOLONA BEACH<br>CA 92075-2427 |
| **LOCATION ADDRESS** | 4012 LAUREL HILL DR |
| **CITY/UNINCORPORATED TOWN** | NORTH LAS VEGAS |
| **ASSESSOR DESCRIPTION** | MONTERO UNIT #3A<br>PLAT BOOK 49 PAGE 25<br>LOT 122 BLOCK 5 |
| **RECORDED DOCUMENT NO.** | * 20111122:01502 |
| **RECORDED DATE** | NOV 22 2011 |
| **VESTING** | NS |
| **COMMENTS** | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| **TAX DISTRICT** | 250 |
| **APPRAISAL YEAR** | 2022 |
| **FISCAL YEAR** | 2023-24 |
| **SUPPLEMENTAL IMPROVEMENT VALUE** | 0 |
| **INCREMENTAL LAND** | 0 |
| **INCREMENTAL IMPROVEMENTS** | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2022-23 | 2023-24 |
|---|---|---|
| LAND | 25200 | 31500 |
| IMPROVEMENTS | 44575 | 48477 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 69,775 | 79,977 |
| TAXABLE LAND + IMP (SUBTOTAL) | 199,357 | 228,506 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 69,775 | 79,977 |
| TOTAL TAXABLE VALUE | 199,357 | 228,506 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| **ESTIMATED SIZE** | 0.14 ACRES |
| **ORIGINAL CONST. YEAR** | 1992 |
| **LAST SALE PRICE** | 68200 |
| **MONTH/YEAR** | 11/2011 |

| SALE TYPE | R – RECORDED VALUE |
|---|---|
| LAND USE | 20.110 – SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 1513 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | ONE STORY | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 3 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL | ROOF TYPE | CONCRETE TILE |
| BASEMENT GARAGE SQ. FT. | 0 | | FIREPLACE | | 1 |
| TOTAL GARAGE SQ. FT. | 411 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | 139058 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

## GENERAL INFORMATION

| | |
|---|---|
| PARCEL NO. | 161-27-514-085 |
| OWNER AND MAILING ADDRESS | L R NEVADA INVESTMENTS L L C<br>990 HIGHLAND DR # 203<br>SOLANA BEACH<br>CA 92075-2427 |
| LOCATION ADDRESS | 4971 GINGERLYN ST |
| CITY/UNINCORPORATED TOWN | WHITNEY |
| ASSESSOR DESCRIPTION | SILVERLYN HGTS 2 PHASE 1<br>PLAT BOOK 113 PAGE 36<br>LOT 85 BLOCK 3 |
| RECORDED DOCUMENT NO. | * 20120228:00322 |
| RECORDED DATE | FEB 28 2012 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

## ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT

| | |
|---|---|
| TAX DISTRICT | 570 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| SUPPLEMENTAL IMPROVEMENT VALUE | 0 |
| INCREMENTAL LAND | 0 |
| INCREMENTAL IMPROVEMENTS | 0 |

## REAL PROPERTY ASSESSED VALUE

| FISCAL YEAR | 2022-23 | 2023-24 |
|---|---|---|
| LAND | 24150 | 28350 |
| IMPROVEMENTS | 66879 | 73188 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 91,029 | 101,538 |
| TAXABLE LAND + IMP (SUBTOTAL) | 260,083 | 290,109 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 91,029 | 101,538 |
| TOTAL TAXABLE VALUE | 260,083 | 290,109 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

## ESTIMATED LOT SIZE AND APPRAISAL INFORMATION

| | |
|---|---|
| ESTIMATED SIZE | 0.08 ACRES |
| ORIGINAL CONST. YEAR | 2004 |
| LAST SALE PRICE | 73800 |
| MONTH/YEAR | 2/2012 |

| SALE TYPE | R – RECORDED VALUE |
|---|---|
| LAND USE | 20.110 – SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 778 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | 1104 | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | TWO STORY | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 3 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL /1 HALF | ROOF TYPE | CONCRETE TILE |
| BASEMENT GARAGE SQ. FT. | 0 | | FIREPLACE | 0 | |
| TOTAL GARAGE SQ. FT. | 431 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | 161275 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system. |
| | If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.

# Briana Johnson, Assessor

| Assessor Map | Aerial View | Building Sketch | Ownership History | Neighborhood Sales | New Search |

| GENERAL INFORMATION | |
|---|---|
| **PARCEL NO.** | 124-33-315-005 |
| **OWNER** AND **MAILING ADDRESS** | LR NEVADA INVESTMENTS L L C <br> PO BOX 10549 <br> LAHAINA <br> HI 96761 |
| **LOCATION ADDRESS** | 5051 JACARILLA LN |
| **CITY/UNINCORPORATED TOWN** | NORTH LAS VEGAS |
| **ASSESSOR DESCRIPTION** | NORTE DEL SOL PHASE 2A <br> PLAT BOOK 53 PAGE 38 <br> LOT 51 |
| RECORDED DOCUMENT NO. | * 20200807:01907 |
| RECORDED DATE | AUG 7 2020 |
| VESTING | NS |
| COMMENTS | |

*Note: Only documents from September 15, 1999 through present are available for viewing.

| ASSESSMENT INFORMATION AND VALUE EXCLUDED FROM PARTIAL ABATEMENT | |
|---|---|
| **TAX DISTRICT** | 254 |
| APPRAISAL YEAR | 2022 |
| FISCAL YEAR | 2023-24 |
| **SUPPLEMENTAL IMPROVEMENT VALUE** | 0 |
| **INCREMENTAL LAND** | 0 |
| **INCREMENTAL IMPROVEMENTS** | 0 |

| REAL PROPERTY ASSESSED VALUE | | |
|---|---|---|
| FISCAL YEAR | 2022-23 | 2023-24 |
| LAND | 25550 | 30450 |
| IMPROVEMENTS | 48439 | 52740 |
| PERSONAL PROPERTY | 0 | 0 |
| EXEMPT | 0 | 0 |
| GROSS ASSESSED (SUBTOTAL) | 73,989 | 83,190 |
| TAXABLE LAND + IMP (SUBTOTAL) | 211,397 | 237,686 |
| COMMON ELEMENT ALLOCATION ASSESSED | 0 | 0 |
| TOTAL ASSESSED VALUE | 73,989 | 83,190 |
| TOTAL TAXABLE VALUE | 211,397 | 237,686 |

Click here for Treasurer Information regarding real property taxes.

Click here for Flood Control Information.

| ESTIMATED LOT SIZE AND APPRAISAL INFORMATION | |
|---|---|
| ESTIMATED SIZE | 0.10 ACRES |
| ORIGINAL CONST. YEAR | 1993 |
| LAST SALE PRICE | 196589 |
| MONTH/YEAR | 8/2020 |

| SALE TYPE | A - ASSESSOR'S VALUE |
|---|---|
| LAND USE | 20.110 - SINGLE FAMILY RESIDENTIAL |
| DWELLING UNITS | 1 |

| PRIMARY RESIDENTIAL STRUCTURE | | | | | |
|---|---|---|---|---|---|
| 1ST FLOOR SQ. FT. | 998 | CASITA SQ. FT. | | ADDN/CONV | |
| 2ND FLOOR SQ. FT. | 852 | CARPORT SQ. FT. | | POOL | NO |
| 3RD FLOOR SQ. FT. | | STYLE | TWO STORY | SPA | NO |
| UNFINISHED BASEMENT SQ. FT. | 0 | BEDROOMS | 3 | TYPE OF CONSTRUCTION | FRAME-STUCCO |
| FINISHED BASEMENT SQ. FT. | 0 | BATHROOMS | 2 FULL /1 HALF | ROOF TYPE | CONCRETE TILE |
| BASEMENT GARAGE SQ. FT. | 0 | FIREPLACE | | 1 | |
| TOTAL GARAGE SQ. FT. | 507 | | | | |

| ASSESSOR MAP VIEWING GUIDELINES | |
|---|---|
| MAP | 124333 |
| | In order to view the Assessor map you must have Adobe Reader installed on your computer system.

If you do not have the Reader it can be downloaded from the Adobe site by clicking the following button. Once you have downloaded and installed the Reader from the Adobe site, it is not necessary to perform the download a second time to access the maps. |

**Note:** This record is for assessment use only. No liability is assumed as to the accuracy of the data delineated hereon.