

From: **Barry** bn100@aol.com
Subject: FW: Cease and desist notice for use of Diesel Test mark
Date: July 26, 2017 at 3:32 PM
To: Amy Rapoport Gibson agibson@agdglaw.com, joshua@revlabs.com

Barry Nussbaum
C.E.O.
Revolution Laboratories LLC
990 Highland Drive, Suite 203
Solana Beach, California 92075
858 481 3000

**From:** Galina Polyakova <galina@revlabs.com>
**Date:** Thursday, November 17, 2016 at 6:57 AM
**To:** russell lambe <rlambe.lrs@gmail.com>
**Cc:** elizabeth corvino <lizcorvinolrs@gmail.com>, "joshua@revlabs.com"
<joshua@revlabs.com>, barry nussbaum <bn100@aol.com>
**Subject:** Re: Cease and desist notice for use of Diesel Test mark

PLOT TWIST!! Should we purchase the trade marK ?

Sent from my iPhone

On Nov 17, 2016, at 8:47 AM, Russell Lambe <rlambe.lrs@gmail.com> wrote:

> I went to the website trademarks411, where we register our trademarks and did a search for "diesel test" and it is available for purchase.
>
> On Wed, Nov 16, 2016 at 1:18 PM, elizabeth corvino <lizcorvinolrs@gmail.com> wrote:
>
>> Russ was not CC'd I am CCing him now :)
>>
>> On Tue, Nov 15, 2016 at 12:25 PM, Joshua Nussbaum <joshua@revlabs.com> wrote:
>>
>>> FYI guys. Does anybody have any information if Jeff checked the trademarks on these? Russ can you please do a search and see if "diesel test" is available for trademark or if this guy is telling the truth. I personally vote we let him sue us to get through the remainder of our labels and then change the name to DZL Test on our next run.

PLAINTIFF'S EXHIBIT

1

RL_000458

Joshua Nussbaum
President
Revolution Laboratories, LLC

Cell: (619) 992-0810
Skype: Jnussbaum86
www.RevLabs.com

Begin forwarded message:

**From:** GetDiesel Nutrition <getdiesel@gmail.com>
**Subject: Cease and desist notice for use of Diesel
Test mark**
**Date:** November 15, 2016 at 7:22:06 AM PST
**To:** support@revlabs.com

This is an official cease and desist notice, you are in violation
of my first use and common law rights to "Diesel Test" in
trademark international class 005.

Not really sure how its possible you guys didn't know, but we
have been in use of our Diesel trademark and brand name
since 2002, when we first released "Diesel Fuel" and Diesel
Test since 2005. We have advertised Diesel Test, Diesel Test
Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test
Procycle V3 in several magazines since 2002 in the US,
Canada and Europe. We have advertised in Muscular
Development, Planet Muscle, Powerlifitng USA, Power
Magazine, DXL (Canada), Status Fitness (Canada, Europe,
US), Natural Muscle and Southern Muscle just to name a few.
Are products have been sold on Amazon.com for years.

You are advised to stop the production, distribution and sale of
any item using the "Diesel Test" mark immediately.

**The " Diesel Test" Product you just released makes your
company guilty of trademark infringement, trademark
dilution, trade dress infringement and you are in volition
of the Trademark Counterfeit Act of 1984. You also are
putting your retailers in jeopardy of violating the
Trademark Counterfeit Act also.**

Your Diesel Test product is the exact same as that other test
booster you make. I am advising you to pull all online
promotion of your new "diesel test" and destroy it or relabel it.

I have already received emails from consumers asking if your product is mine, or questions about a free trial they saw on your product which further proves an obvious likelihood of confusion.

You are instructed to discontinue all sale and distribution of "Diesel Test" by Rev Labs and Rev Labs' retailers in the next 72 hours (by 9am central 18 Nov 2016) or you will incur legal action.

http://www.getdiesel.com/diesel-test-hardcore

http://www.getdiesel.com/diesel-test-procycle-v3

https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg

https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_389,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg

Thanks
-Charles "Chuck Diesel" Curry
Getdiesel.com

GET DIESEL

--
*Elizabeth Corvino*
*Assets & Accounts Payable Manager*
*LRNI LLC & RevLabs LLC*
*990 Highland Dr., Suite 203*
*Solana Beach, CA 92075*
*(858) 481-3000*

--
## Russell Lambe
Office Manager
Loss Recovery Services, LLC

990 Highland Drive, Suite 203
Solana Beach, CA 92075
**PH:** 858.481.0801
**FAX:** 858.481.3373

RL_000461



From: **Barry** bn100@aol.com
Subject: Re: Cease and desist notice for use of Diesel Test mark
Date: November 17, 2016 at 6:23 PM
To: Galina Polyakova galina@revlabs.com, Russell Lambe rlambe.lrs@gmail.com
Cc: elizabeth corvino lizcorvinolrs@gmail.com, Joshua Nussbaum joshua@revlabs.com

Yesssssssssss

Barry Nussbaum
C.E.O.
Revolution Laboratories LLC
990 Highland Drive, Suite 203
Solana Beach, California 92075
858 481 3000

**From:** Galina Polyakova <galina@revlabs.com>
**Date:** Thursday, November 17, 2016 at 6:57 AM
**To:** russell lambe <rlambe.lrs@gmail.com>
**Cc:** elizabeth corvino <lizcorvinolrs@gmail.com>, "joshua@revlabs.com"
<joshua@revlabs.com>, barry nussbaum <bn100@aol.com>
**Subject:** Re: Cease and desist notice for use of Diesel Test mark

PLOT TWIST!! Should we purchase the trade marK ?

Sent from my iPhone

On Nov 17, 2016, at 8:47 AM, Russell Lambe <rlambe.lrs@gmail.com> wrote:

> I went to the website trademarks411, where we register our trademarks and did a search for "diesel test" and it is available for purchase.
>
> On Wed, Nov 16, 2016 at 1:18 PM, elizabeth corvino <lizcorvinolrs@gmail.com> wrote:
>
>> Russ was not CC'd I am CCing him now :)
>>
>> On Tue, Nov 15, 2016 at 12:25 PM, Joshua Nussbaum <joshua@revlabs.com> wrote:
>>
>>> FYI guys. Does anybody have any information if Jeff checked the trademarks on these? Russ can you please do a search and see if "diesel test" is available for trademark or if this guy is telling the truth. I personally vote we let him sue us to get through the remainder of our labels and then change the name to DZL Test on our next run.
>>>
>>> Joshua Nussbaum

RL_000462

Joshua Nussbaum
President
Revolution Laboratories, LLC

Cell: (619) 992-0810
Skype: Jnussbaum86
www.RevLabs.com

Begin forwarded message:

**From:** GetDiesel Nutrition <getdiesel@gmail.com>
**Subject: Cease and desist notice for use of Diesel
Test mark**
**Date:** November 15, 2016 at 7:22:06 AM PST
**To:** support@revlabs.com

This is an official cease and desist notice, you are in violation
of my first use and common law rights to "Diesel Test" in
trademark international class 005.

Not really sure how its possible you guys didn't know, but we
have been in use of our Diesel trademark and brand name
since 2002, when we first released "Diesel Fuel" and Diesel
Test since 2005. We have advertised Diesel Test, Diesel Test
Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test
Procycle V3 in several magazines since 2002 in the US,
Canada and Europe. We have advertised in Muscular
Development, Planet Muscle, Powerlifitng USA, Power
Magazine, DXL (Canada), Status Fitness (Canada, Europe,
US), Natural Muscle and Southern Muscle just to name a few.
Are products have been sold on Amazon.com for years.

You are advised to stop the production, distribution and sale of
any item using the "Diesel Test" mark immediately.

**The " Diesel Test" Product you just released makes your
company guilty of trademark infringement, trademark
dilution, trade dress infringement and you are in volition
of the Trademark Counterfeit Act of 1984. You also are
putting your retailers in jeopardy of violating the
Trademark Counterfeit Act also.**

Your Diesel Test product is the exact same as that other test
booster you make. I am advising you to pull all online
promotion of your new "diesel test" and destroy it or relabel it.
I have already received emails from consumers asking if your

product is mine, or questions about a free trial they saw on
your product which further proves an obvious likelihood of
confusion.

You are instructed to discontinue all sale and distribution of
"Diesel Test" by Rev Labs and Rev Labs' retailers in the next
72 hours (by 9am central 18 Nov 2016) or you will incur legal
action.

http://www.getdiesel.com/diesel-test-hardcore

http://www.getdiesel.com/diesel-test-procycle-v3

https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c
91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.
66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.j
pg

https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b
2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_3
89,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8
954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg

Thanks
-Charles "Chuck Diesel" Curry
Getdiesel.com

GET DIESEL

--
*Elizabeth Corvino*
*Assets & Accounts Payable Manager*
*LRNI LLC & RevLabs LLC*
*990 Highland Dr., Suite 203*
*Solana Beach, CA 92075*
*(858) 481-3000*

--
# Russell Lambe
Office Manager
Loss Recovery Services, LLC
990 Highland Drive, Suite 203

Solana Beach, CA 92075
**PH:** 858.481.0801
**FAX:** 858.481.3373

RL_000465



**From:** **Galina Polyakova** galina@revlabs.com
**Subject:** Re: Cease and desist notice for use of Diesel Test mark
**Date:** November 17, 2016 at 8:57 AM
**To:** Russell Lambe rlambe.lrs@gmail.com
**Cc:** elizabeth corvino lizcorvinolrs@gmail.com, **Joshua Nussbaum** joshua@revlabs.com, **Abba Nussbaum** bn100@aol.com

PLOT TWIST!! Should we purchase the trade marK ?

Sent from my iPhone

On Nov 17, 2016, at 8:47 AM, Russell Lambe <rlambe.lrs@gmail.com> wrote:

> I went to the website trademarks411, where we register our trademarks and did a search for "diesel test" and it is available for purchase.
>
> On Wed, Nov 16, 2016 at 1:18 PM, elizabeth corvino <lizcorvinolrs@gmail.com> wrote:
>
> > Russ was not CC'd I am CCing him now :)
> >
> > On Tue, Nov 15, 2016 at 12:25 PM, Joshua Nussbaum <joshua@revlabs.com> wrote:
> > > FYI guys. Does anybody have any information if Jeff checked the trademarks on these? Russ can you please do a search and see if "diesel test" is available for trademark or if this guy is telling the truth. I personally vote we let him sue us to get through the remainder of our labels and then change the name to DZL Test on our next run.
> > >
> > > Joshua Nussbaum
> > > President
> > > Revolution Laboratories, LLC
> > >
> > > Cell: (619) 992-0810
> > > Skype: Jnussbaum86
> > > www.RevLabs.com
> > >
> > >
> > > Begin forwarded message:
> > >
> > > **From:** GetDiesel Nutrition <getdiesel@gmail.com>
> > > **Subject:** **Cease and desist notice for use of Diesel Test mark**
> > > **Date:** November 15, 2016 at 7:22:06 AM PST
> > > **To:** support@revlabs.com
> > >
> > > This is an official cease and desist notice, you are in violation of my first use and common law rights to "Diesel Test" in trademark international class 005.
> > >
> > > Not really sure how its possible you guys didn't know, but we have been in use of our Diesel trademark and brand name since 2002, when we first released "Diesel Fuel" and Diesel Test since 2005. We have advertised Diesel Test, Diesel Test Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test Procycle V3 in several magazines since 2002 in the US, Canada and Europe. We have advertised in Muscular Development, Planet Muscle, Powerlifitng USA, Power Magazine, DXL (Canada), Status Fitness (Canada, Europe, US), Natural Muscle and Southern Muscle just to name a few. Are products have been sold on Amazon.com for years.
> > >
> > > You are advised to stop the production, distribution and sale of any item using the "Diesel Test" mark immediately.
> > >
> > > **The " Diesel Test" Product you just released makes your company guilty of trademark infringement, trademark dilution, trade dress infringement and you are in volition of the Trademark Counterfeit Act of 1984. You also are putting your retailers in jeopardy of violating the Trademark Counterfeit Act also.**
> > >
> > > Your Diesel Test product is the exact same as that other test booster you make. I am advising you to pull all online promotion of your new "diesel test" and destroy it or relabel it. I have already received emails from consumers asking if your product is mine, or questions about a free trial they saw on your product which further proves an obvious likelihood of confusion.
> > >
> > > You are instructed to discontinue all sale and distribution of "Diesel Test" by Rev Labs and Rev Labs' retailers in the next 72 hours (by 9am central 18 Nov 2016) or you will incur legal action.
> > >
> > > http://www.getdiesel.com/diesel-test-hardcore
> > >
> > > http://www.getdiesel.com/diesel-test-procycle-v3
> > >
> > > https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg
> > >
> > > https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_389,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg

Thanks
-Charles "Chuck Diesel" Curry
Getdiesel.com

GET DIESEL

--
*Elizabeth Corvino*
*Assets & Accounts Payable Manager*
*LRNI LLC & RevLabs LLC*
*990 Highland Dr., Suite 203*
*Solana Beach, CA 92075*
*(858) 481-3000*

--
Russell Lambe
Office Manager
Loss Recovery Services, LLC
990 Highland Drive, Suite 203
Solana Beach, CA 92075
**PH:** 858.481.0801
**FAX:** 858.481.3373

RL_000467



**From:** **Russell Lambe** rlambe.lrs@gmail.com
**Subject:** Re: Cease and desist notice for use of Diesel Test mark
**Date:** November 17, 2016 at 8:47 AM
**To:** elizabeth corvino lizcorvinolrs@gmail.com
**Cc:** Joshua Nussbaum joshua@revlabs.com, Abba Nussbaum bn100@aol.com, Galina Polyakova galina@revlabs.com

I went to the website trademarks411, where we register our trademarks and did a search for **"diesel test"** and it is available for purchase.

> On Wed, Nov 16, 2016 at 1:18 PM, elizabeth corvino <lizcorvinolrs@gmail.com> wrote:
>
> ## Russ was not CC'd I am CCing him now :)
>
> On Tue, Nov 15, 2016 at 12:25 PM, Joshua Nussbaum <joshua@revlabs.com> wrote:
> FYI guys. Does anybody have any information if Jeff checked the trademarks on these? Russ can you please do a search and see if "diesel test" is available for trademark or if this guy is telling the truth. I personally vote we let him sue us to get through the remainder of our labels and then change the name to DZL Test on our next run.
>
> Joshua Nussbaum
> President
> Revolution Laboratories, LLC
>
> Cell: (619) 992-0810
> Skype: Jnussbaum86
> www.RevLabs.com
>
>
> > Begin forwarded message:
> >
> > **From:** GetDiesel Nutrition <getdiesel@gmail.com>
> > **Subject: Cease and desist notice for use of Diesel Test mark**
> > **Date:** November 15, 2016 at 7:22:06 AM PST
> > **To:** support@revlabs.com
> >
> > This is an official  cease and desist notice, you are in violation of my first use and common law rights to "Diesel Test" in trademark international class 005.
> >
> > Not really sure how its possible you guys didn't know, but we have been in use of our Diesel trademark and brand name since 2002, when we first released "Diesel Fuel" and Diesel Test since 2005. We have advertised Diesel Test, Diesel Test Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test Procycle V3 in several magazines since 2002 in the US, Canada and Europe.  We have advertised in Muscular Development, Planet Muscle, Powerliliftng USA, Power Magazine, DXL (Canada), Status Fitness (Canada, Europe, US), Natural Muscle and Southern Muscle just to name a few.  Are products have been sold on Amazon.com for years.
> >
> > You are advised to stop the production, distribution and sale of any item using the "Diesel Test" mark immediately.
> >
> > **The " Diesel Test" Product you just released makes your company guilty of trademark infringement, trademark dilution, trade dress infringement and you are in volition of the Trademark Counterfeit Act of 1984. You also are putting your retailers in jeopardy of violating the Trademark Counterfeit  Act also.**
> >
> > Your Diesel Test product is the exact same as that other test booster you make. I am advising you to pull all online promotion of your new "diesel test" and destroy it or relabel it. I have already received emails from consumers asking if your  product is mine, or questions about a free trial they saw on your product which further proves an obvious likelihood of confusion.
> >
> > You are instructed to discontinue all sale and distribution of "Diesel Test" by Rev Labs and Rev Labs' retailers in the next 72 hours (by 9am central 18 Nov 2016) or you will incur legal action.
> >
> > http://www.getdiesel.com/diesel-test-hardcore
> >
> > http://www.getdiesel.com/diesel-test-procycle-v3
> >
> > https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg
> >
> > https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_389,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg
> >
> > Thanks
> > -Charles "Chuck Diesel" Curry
> > Getdiesel.com
> >
> > GET DIESEL

RL_000468

--
*Elizabeth Corvino*
*Assets & Accounts Payable Manager*
*LRNI LLC & RevLabs LLC*
*990 Highland Dr., Suite 203*
*Solana Beach, CA 92075*
*(858) 481-3000*

--
**Russell Lambe**
Office Manager
Loss Recovery Services, LLC
990 Highland Drive, Suite 203
Solana Beach, CA 92075
**PH:** 858.481.0801
**FAX:** 858.481.3373

RL_000469

From: **elizabeth corvino** lizcorvinolrs@gmail.com
Subject: Re: Cease and desist notice for use of Diesel Test mark
Date: November 16, 2016 at 1:18 PM
To: Joshua Nussbaum joshua@revlabs.com
Cc: Abba Nussbaum bn100@aol.com, Galina Polyakova galina@revlabs.com, Russell Lambe rlambe.lrs@gmail.com



## Russ was not CC'd I am CCing him now :)

On Tue, Nov 15, 2016 at 12:25 PM, Joshua Nussbaum <joshua@revlabs.com> wrote:
FYI guys. Does anybody have any information if Jeff checked the trademarks on these? Russ can you please do a search and see if "diesel test" is available for trademark or if this guy is telling the truth. I personally vote we let him sue us to get through the remainder of our labels and then change the name to DZL Test on our next run.

Joshua Nussbaum
President
Revolution Laboratories, LLC

Cell: (619) 992-0810
Skype: Jnussbaum86
www.RevLabs.com

> Begin forwarded message:
>
> From: GetDiesel Nutrition <getdiesel@gmail.com>
> **Subject: Cease and desist notice for use of Diesel Test mark**
> Date: November 15, 2016 at 7:22:06 AM PST
> To: support@revlabs.com
>
> This is an official cease and desist notice, you are in violation of my first use and common law rights to "Diesel Test" in trademark international class 005.
>
> Not really sure how its possible you guys didn't know, but we have been in use of our Diesel trademark and brand name since 2002, when we first released "Diesel Fuel" and Diesel Test since 2005. We have advertised Diesel Test, Diesel Test Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test Procycle V3 in several magazines since 2002 in the US, Canada and Europe. We have advertised in Muscular Development, Planet Muscle, Powerlifitng USA, Power Magazine, DXL (Canada), Status Fitness (Canada, Europe, US), Natural Muscle and Southern Muscle just to name a few. Are products have been sold on Amazon.com for years.
>
> You are advised to stop the production, distribution and sale of any item using the "Diesel Test" mark immediately.
>
> **The " Diesel Test" Product you just released makes your company guilty of trademark infringement, trademark dilution, trade dress infringement and you are in volition of the Trademark Counterfeit Act of 1984. You also are putting your retailers in jeopardy of violating the Trademark Counterfeit Act also.**
>
> Your Diesel Test product is the exact same as that other test booster you make. I am advising you to pull all online promotion of your new "diesel test" and destroy it or relabel it. I have already received emails from consumers asking if your product is mine, or questions about a free trial they saw on your product which further proves an obvious likelihood of confusion.
>
> You are instructed to discontinue all sale and distribution of "Diesel Test" by Rev Labs and Rev Labs' retailers in the next 72 hours (by 9am central 18 Nov 2016) or you will incur legal action.
>
> http://www.getdiesel.com/diesel-test-hardcore
>
> http://www.getdiesel.com/diesel-test-procycle-v3
>
> https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg
>
> https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_389,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8954af0b2be3172838210 37~mv2_d_2513_3263_s_4_2.jpg
>
> Thanks
> -Charles "Chuck Diesel" Curry
> Getdiesel.com
>
> GET DIESEL

--

*Elizabeth Corvino*
*Assets & Accounts Payable Manager*
*LRNI LLC & RevLabs LLC*
*990 Highland Dr., Suite 203*
*Solana Beach, CA 92075*
*(858) 481-3000*

RL_000471

**From:** **Joshua Nussbaum** Joshua@revlabs.com
**Subject:** Fwd: Cease and desist notice for use of Diesel Test mark
**Date:** November 15, 2016 at 12:25 PM
**To:** Abba Nussbaum bn100@aol.com, elizabeth corvino lizcorvinolrs@gmail.com, Galina Polyakova galina@revlabs.com



FYI guys. Does anybody have any information if Jeff checked the trademarks on these? Russ can you please do a search and see if "diesel test" is available for trademark or if this guy is telling the truth. I personally vote we let him sue us to get through the remainder of our labels and then change the name to DZL Test on our next run.

Joshua Nussbaum
President
Revolution Laboratories, LLC

Cell: (619) 992-0810
Skype: Jnussbaum86
www.RevLabs.com

> Begin forwarded message:
>
> **From:** GetDiesel Nutrition <getdiesel@gmail.com>
> **Subject: Cease and desist notice for use of Diesel Test mark**
> **Date:** November 15, 2016 at 7:22:06 AM PST
> **To:** support@revlabs.com

This is an official cease and desist notice, you are in violation of my first use and common law rights to "Diesel Test" in trademark international class 005.

Not really sure how its possible you guys didn't know, but we have been in use of our Diesel trademark and brand name since 2002, when we first released "Diesel Fuel" and Diesel Test since 2005. We have advertised Diesel Test, Diesel Test Hardcore, Diesel Test 2010, Diesel Test 2040 and Diesel Test Procycle V3 in several magazines since 2002 in the US, Canada and Europe. We have advertised in Muscular Development, Planet Muscle, Powerlifting USA, Power Magazine, DXL (Canada), Status Fitness (Canada, Europe, US), Natural Muscle and Southern Muscle just to name a few. Are products have been sold on Amazon.com for years.

You are advised to stop the production, distribution and sale of any item using the "Diesel Test" mark immediately.

**The " Diesel Test" Product you just released makes your company guilty of trademark infringement, trademark dilution, trade dress infringement and you are in volition of the Trademark Counterfeit Act of 1984. You also are putting your retailers in jeopardy of violating the Trademark Counterfeit Act also.**

Your Diesel Test product is the exact same as that other test booster you make. I am advising you to pull all online promotion of your new "diesel test" and destroy it or relabel it. I have already received emails from consumers asking if your product is mine, or questions about a free trial they saw on your product which further proves an obvious likelihood of confusion.

You are instructed to discontinue all sale and distribution of "Diesel Test" by Rev Labs and Rev Labs' retailers in the next 72 hours (by 9am central 18 Nov 2016) or you will incur legal action.

http://www.getdiesel.com/diesel-test-hardcore

http://www.getdiesel.com/diesel-test-procycle-v3

https://static.wixstatic.com/media/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg/v1/fill/w_391,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_56c1910e01bc4a2c91becbd433f6606f.jpg

https://static.wixstatic.com/media/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg/v1/fill/w_389,h_505,al_c,q_80,usm_0.66_1.00_0.01/a7a348_5dc7dc4aa8954af0b2be317283821037~mv2_d_2513_3263_s_4_2.jpg

Thanks
-Charles "Chuck Diesel" Curry
Getdiesel.com

GET DIESEL

RL_000472

RL_000473