IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | ) ) ) Case No. 1:17-cv-02283 |
| Plaintiff, | ) ) Honorable Matthew F. Kennelly |
| v. | ) ) Magistrate Judge Kim |
| REVOLUTION LABORATORIES, LLC, REV LABS MANAGEMENT, INC., JOSHUA NUSSBAUM, and BARRY NUSSBAUM | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF FILING

Defendant's Admitted Trial Exhibits Numbers: 1-4.

Dated: October 3, 2023

Respectfully submitted,

**DEFENDANTS REVOLUTION LABORATORIES, LLC, JOSHUA NUSSBAUM AND BARRY NUSSBAUM**

By: */s/ Matthew De Preter*
Gary P. Hollander
Amy R. Gibson
Matthew De Preter
Chidinma O. Ahukanna
ARONBERG GOLDGEHN DAVIS & GARMISA
225 W. Washington St., Suite 2800
Chicago, IL 60611
(p) 312.828.9600
(f) 312.828.9635
ghollander@agdglaw.com
agibson@agdglaw.com
cdepreter@agdglaw.com
cahukanna@agdglaw.com

*Attorneys for Defendants*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 3, 2023 a true and correct copy of the foregoing was filed through the ECF filing system which will provide notice to counsel of record.

*/s/ Matthew De Preter*
*Attorney for Defendants*