

https://www.facebook.com/RevLab/





https://www.facebook.com/RevLab/photos/a.436862636356165/1281793395196414/?type=3



https://www.facebook.com/RevLab/photos/a.436862636356165/1321038617938558/



https://www.facebook.com/RevLab/photos/a.436862636356165/1741958965846519/



https://www.facebook.com/RevLab/photos/a.436862636356165/4006537672721959/



https://www.facebook.com/RevLab/photos/a.436862636356165/4078748845500841/

https://www.facebook.com/RevLab/photos/a.436862636356165/4463245497051172/