## Product: Diesel Test
## Profit and Loss
### August 1, 2016 - October 20, 2017

|  | Total |
|---|---:|
| **Income** | |
| Chargeback (deleted) | -97,798.59 |
| Gross Sales | 1,975,110.77 |
| Merchandise Refunds (deleted) | -4,038.13 |
| Returns/Refunds (deleted) | -292,991.90 |
| **Total Income** | $ 1,580,282.15 |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | 120,681.10 |
|   Packaging Expense COGS | 25,152.67 |
|   Product for Old Co | 194.50 |
| **Total Cost of Goods Sold** | $ 146,028.27 |
| **Gross Profit** | $ 1,434,253.88 |
| **Expenses** | |
| Chargeback Services | 55,763.97 |
| Computer, Software, & Internet Expense | |
|   Internet Programming/Web Design | 5,472.99 |
| **Total Computer, Software, & Internet Expense** | $ 5,472.99 |
| **Payroll Expense** | 288,576.43 |
| **Rent or Lease** | 28,047.05 |
|   Marketing | |
|     CPA | 789,290.00 |
|   **Total Marketing** | $ 789,290.00 |
|   Merchant Processing Fees | 6,366.00 |
|     Discount Fees | 100,373.32 |
|     Funding Adjustment | 9,568.04 |
|     Interchange Charges | 7,408.00 |
|     Monthly Fee | 20,497.57 |
|     Transaction Fees (other) | 100,592.14 |
|   **Total Merchant Processing Fees** | $ 244,805.07 |
|   Shipping & Delivery | 68,021.38 |
| **Total Expenses** | $ 1,479,976.89 |
| **Net Operating Income** | -$ 45,723.01 |
| **Net Income** | -$ 45,723.01 |

Thursday, Oct 29, 2020 03:03:50 PM GMT-7 - Accrual Basis

RL_000567