Advertisement

# DIESEL TEST 2010 Uncut!

In 2005 we released the original DIESEL TEST and it was named the most effective 100% natural testosterone booster available by users. So I know you're thinking, "Well if it is so good, why haven't I heard of it and seen it in retail stores?" Well you haven't heard of it because it didn't fit the profile of the products that distributors and retailers like to sell. DIESEL TEST wasn't on every page in every major magazine with off the wall claims. It didn't have a fancy label and wasn't advertised with before and after pictures. Despite that consumers loved it, retailers and distributors got request for it but their distributors didn't carry it because the label wasn't pretty enough. In the summer of 2005 we released the 2nd version of DIESEL TEST which was even stronger and proven through individual user's blood test results to increase free testosterone, total testosterone, decreased cortisol and estrodiol! No other natural testosterone booster (to the best of our knowledge) has been proven by consumer funded before and after use hormone test to increase total AND free testosterone while decreasing estrodiol and cortisol except DIESEL TEST!

The new DIESEL TEST 2010 is the 3rd generation of DIESEL TEST and is even more powerful than the previous versions. DIESEL TEST 2010 contains a potent blend of Avena Sativa, Bulgarian Tribulus Terrestris, Urtica Dioica, Di-Indoly-Methane (DIM), Dodder Seed, Epimedium Sagittatum (Horney Goat Weed), Panax Ginseng, Cnidium Monnieri, and More!

You can go into google and search any of those ingredients because we are not going to waste your time on long descriptions on each herb. This isn't about the origin of each herb and what they do; it's about DIESEL TEST 2010 as a product. DIESEL TEST 2010 is formulated to and will produce increases in free testosterone of up to 300%!

Most natural testosterone boosters only work to increase total testosterone or free testosterone or to reduce estrodiol (estrogen). DIESEL TEST 2010 does it all and kicks as early as 72 hours after beginning use!

DIESEL TEST 2010 is guaranteed to out perform any natural testosterone/libido product on the market! DIESEL TEST 2010 is 100% legal in any drug tested organization and is completely natural.

Give DIESEL TEST 2010 a try……results are guaranteed!

**THE KING OF NATURAL TESTOSTERONE BOOSTERS IS THE NEW DIESEL TEST 2010!**

**Dramatically Increases:**

- Free Testosterone
- Total Testosterone
- Sex Drive
- Confidence
- Semen Volume
- Erection Hardness

Nothing and we mean nothing available will give better results when it comes to creating raging testosterone levels and sex drive like the new DIESEL TEST 2010™!

DIESEL TEST 2010 is 100% legal worldwide and 100% legal in any drug tested organization.

DIESEL TEST 2010™ is available at:

DPS NUTRITION 1-800-697-4969

BODYBUILDING.com 1-877-991-3411

GETDIESEL.COM | 1-888-269-9610

*Statements have not been evaluated by the FDA. This product is not intended to prevent, diagnose, treat or cure any disease.

CURRY-PL-00000373



DIESEL TEST HARDCORE
THE NEW DIESEL TEST HARDCORE IS THE GUARANTEED
STRONGEST HERBAL TEST BOOSTER AVAILABLE!
DIESEL TEST HARDCORE:
With DIESEL TEST Hardcore you will experience increased free testosterone levels, a huge jump in libido (sex drive), see increased semen volume and experience monster erections on demand BUT more importantly YOU WILL get strong as hell with increased muscle hardness, power gains, lean muscle mass gains and experience faster recovery! There are tons of herbal test boosters out there but we guarantee nothing surpasses DIESEL TEST Hardcore in effectiveness! DIESEL TEST Hardcore is GUARANTEED to be the best herbal test booster you will ever take for increased free testosterone levels, sex drive, erection hardness, strength, power and lean muscle mass! Its time to GET DIESEL OR DIE TRYING!
GET DIESEL NUTRITION™
Pharmaceutical Grade
DIESEL TEST
LIMITED EDITION
AKA
"Grande Bolas"™
120 TABLETS
IS THE ONLY PRODUCT OF IT S KIND THAT WILL:
INCREASE SEX DRIVE
INCREASE TESTOSTERONE
INCREASE STRENGTH
INCREASE LEAN MUSCLE MASS
ROCK HARD ERECTIONS ON DEMAND
*These statements have not been evaluated by the FDA or Health Canada
Now Available On: amazon.com
DIESELBOARDS.COM
GET DIESEL NUTRITION
www.getdiesel.com
FeFiFo.com
BIG STORE - LITTLE PRICES



# Pharmaceutical Grade
# DIESEL TEST™
## DRAMATICALLY INCREASE FREE TESTOSTERONE

**GUARANTEED TO ELEVATE FREE TESTOSTERONE LEVELS HIGHER THAN ANY OTHER LEGAL DIETARY SUPPLEMENT AVAILABLE!**



Available Exclusively at:
**LONE STAR DISTRIBUTION**
1-800-503-4933





Available Exclusively at:
**LONE STAR DISTRIBUTION**
1-800-503-4933

**STRENGTH | POWER | MUSCLE HARDNESS | SEX DRIVE | NITRIC OXIDE**

| SUPPLEMENT FACTS: | | 2 tablets |
|---|---|---|
| Servings per container: 60 | | |
| Amount Per Two Tablets | | % Daily Value |
| Zinc (as Mono-Methionine) | 10mg | 67% |
| Copper (Chelated) | 500mcg | 25% |
| **Proprietary Blend:** | **1690mg** | * |
| Avena Sativa (standardized for Avencosides A &B), Tongkat Ali (Malaysian Eurycoma Longifolia Jack), Bulgarian Tribulus Terrestris, Di-Indoly-Methane (DIM), Dodder Seed, Lecithin, Gynostemma, Cnidium Monnieri, Bioperine | | |

Despite what other distributors may try to sell you, DIESEL TEST is the industry standard for prohormone/prosteroid replacements. Due to this fact please be advised inventory on this product is limited!
Contact Lone Star frequently for availability!

**GET DIESEL NUTRITION | SINCE 2002 | GETDIESEL.COM | ARE YOU DIESEL?™**

*Statements have not been evaluated by the FDA. This product is not intended to prevent, diagnose, treat, or cure any disease.

CURRY-PL-00000375



INTRODUCING:
THE NEW AND ONLY
NATURAL TESTOSTERONE
BOOSTER OF IT'S KIND!
GET DIESEL™ NUTRITION
Pharmaceutical Grade
DIESEL TEST
2040
AKA
"Grande Bolas"™
120 TABLETS
DIESEL TEST 2040 is a test booster and creatine product in one! Unlike other test boosters that may only work to make you a little hornier, DIESEL TEST 2040 is works to increase:
-Strength and Power
-Erection Hardness
-Free Testosterone
-Sex Drive
-Semen Volume
-Lean Muscle Mass
-Muscle Hardness
DIESEL TEST 2040 is 100% legal in any drug tested organization.
DIESEL TEST 2040™ is available at:
DPS NUTRITION
1-800-697-4969
BODY BUILDING.com
1-877-991-3411
A1 Supplements.com
1-888-324-2758
PROSOURCE.NET
NUTRAPLANET
NUTRAPLANET.COM
GETDIESEL.COM | 1-888-269-9610
*Statements have not been evaluated by the FDA.
This product is not intended to prevent, diagnose, treat or cure any disease.



*TOTAL TESTOSTERONE
*FREE TESTOSTERONE
*REDUCE ESTROGEN
*CONTROL DHT
*REDUCE PROLACTIN
*HUGE NITRIC OXIDE PUMPS
*RAGING SEX DRIVE
*AGGRESSIVE WORKOUTS
*STRENGTH - POWER
*LEAN MUSCLE MASS
GET DIESEL NUTRITION™
SINCE 2002
Pharmaceutical Grade | Dietary Supplement
DIESEL™ TEST
PRO-CYCLE V2
AKA
"DTP"
128 MEGA TABLETS
THE NEW
DIESEL TEST PRO-CYCLE
BY GET DIESEL NUTRITION
IS ONE BAD MOTHER F***ER!
DTP IS A COMBINATION OF
THREE HARDCORE GET DIESEL
PRODUCTS IN ONE! THE
PREVIOUS VERSION WAS THE
2015 PLANET MUSCLE MAGAZINE
TEST BOOSTER OF THE YEAR.
THIS IS THE STRONGEST, MOST
HARDCORE LEGAL TEST BOOSTER
ON EARTH!
GUARANTEED
Best of the Best Annual Awards 2015
GET DIESEL NUTRITION | SINCE 2002 | GETDIESEL.COM
AVAILABLE AT:
/getdieselnutrition
DPS NUTRITION INC
1-800-697-4969
FeFiFo.com
BIG STORE - LITTLE PRICES
Now Available On: amazon.com
@getdiesel247
ALSO AVAILABLE IN COUNTRIES WORLDWIDE. RETAILER LINKS AT GETDIESEL.COM
STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA OR HEALTH CANADA. THESE PRODUCTS ARE NOT INTENDED TO PREVENT, TREAT OR CURE ANY DISEASE.





# WHAT COMPETITION?

**Since its release in 2005 DIESEL TEST Hardcore has been the hardest hitting, most effective herbal test booster available. DTH increases training intensity, libido/sex drive, recovery, motivation, mood, strength and muscle-to-fat ratio like no other product available.**

**DIESEL TEST Procycle aka "DTP" is the "supercharged" version of DTH. DTP hits hard with rapid strength gains, tight Nitric Oxide pumps and unimaginable libido gains. DTP gives the results other products promise but fall way short in producing. On DTP you get every benefit seen with DTH just at another level!**

## GUARANTEED THESE ARE THE BEST HERBAL TEST BOOSTERS AVAILABLE PERIOD!

**GET DIESEL NUTRITION | SINCE 2002 | GETDIESEL.COM | 100% VETERAN OWNED**

AVAILABLE AT:

DPS NUTRITION INC 1-800-697-4969

FeFiFo.com BIG STORE - LITTLE PRICES

Now Available On: amazon.com

ALSO AVAILABLE IN COUNTRIES WORLDWIDE. RETAILER LINKS AT GETDIESEL.COM

STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA OR HEALTH CANADA. THESE PRODUCTS ARE NOT INTENDED TO PREVENT, TREAT OR CURE ANY DISEASE.

CURRY-PL-00000379





WHAT COMPETITION?
Since its release in 2005 DIESEL TEST Hardcore has been the hardest hitting, most effective herbal test booster available. DTH increases training intensity, libido/sex drive, recovery, motivation, mood, strength and muscle-to-fat ratio like no other product available.
GET DIESEL NUTRITION
SINCE 2002
Pharmaceutical Grade | Dietary Supplement
DIESEL TEST
PRO-CYCLE V2
AKA
"DTP"
128 MEGA TABLETS
GET DIESEL NUTRITION
Pharmaceutical Grade | Dietary Supplement
DIESEL TEST
HARDCORE
AKA
TABS
DIESEL TEST Procycle aka "DTP" is the "supercharged" version of DTH. DTP hits hard with rapid strength gains, tight Nitric Oxide pumps and unimaginable libido gains. DTP gives the results other products promise but fall way short in producing. On DTP you get every benefit seen with DTH just at another level!
GUARANTEED THESE ARE THE BEST HERBAL TEST BOOSTERS AVAILABLE PERIOD!
GET DIESEL NUTRITION | SINCE 2002 | GETDIESEL.COM | DIESELBOARDS.COM
AVAILABLE AT:
DPS NUTRITION INC
1-800-697-4969
FeFiFo.com
BIG STORE - LITTLE PRICES
Now Available On: amazon.com
Also on Amazon.ca
ALSO AVAILABLE IN COUNTRIES WORLDWIDE. RETAILER LINKS AT GETDIESEL.COM
STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA OR HEALTH CANADA. THESE PRODUCTS ARE NOT INTENDED TO PREVENT, TREAT OR CURE ANY DISEASE.

# GET DIESEL NUTRITION
# GUARANTEED RESULTS!

We don't make empty promises and "off-the-wall" claims, we make guarantees!







**DIESEL TEST HARDCORE** - **GUARANTEED** to outperform any herbal testosterone booster available at increasing total and free testosterone levels while also decreasing cortisol, prolactin and bad estrogen. Diesel Test Hardcore will also increase your sex drive, training intensity, recovery, motivation, mood, and sexual health "below the belt". **GUARANTEED RESULTS!**

**NOS ETHER** - **GUARANTEED** to increase strength/power better than any creatine/ATP product available without the water bloat seen with most creatine products. The pumps blow other Nitric Oxide products out the water. The recovery, endurance and true lean muscle mass gains on NOS ETHER are 2nd-to-none. That's not hype, that's **GUARANTEED!** Caffeine free, no artificial sweeteners, flavors or colors.

**DIESEL TEST PRO-CYCLE** - The new DIESEL TEST PRO-CYCLE is **GUARANTEED** to be the most hardcore legal testosterone booster available. This is a potent combination of DIESEL TEST HARDCORE, COQ DIESEL, and RAW TEST in one product! Expect huge jumps in test levels, sex drive, training aggression, strength with lean muscle mass gains!

**READY4WAR** - **GUARANTEED** to outperform any pre-workout energizer available at increasing motivation, mental focus, training intensity and mood. Ready4War (R4W) also produces Nitric Oxide enhancement with thermogenic effects you will feel. Endurance will be up and you will destroy the gym every single workout!

**JP8** - The pumps, energy, mental focus, training intensity and strength gains are straight up SICK on JP8! We can **GUARANTEE** you, no other all-in-one pre-workout/nitric oxide product comes close to JP8 in effectiveness. NOT ONE!

**SUNAMI** - Sunami is the only "Hormone Optimizer" available that works equally as well for men and women! The benefits of Sunami include elevated mood, motivation, drive and not to mention this product will send your libido/sex drive into the next zip code! Sunami elevates low to low-normal testosterone levels in men and helps to combat estrogen dominance in women. **YOUR SATISFACTION WITH SUNAMI IS GUARANTEED!**

## GET DIESEL NUTRITION | SINCE 2002 | GETDIESEL.COM | 1-888-269-9610

**AVAILABLE AT:**




FeFiFo.com
1-888-509-5087

ALSO AVAILABLE IN COUNTRIES WORLDWIDE. RETAILER LINKS AT GETDIESEL.COM
STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA OR HEALTH CANADA. THESE PRODUCTS ARE NOT INTENDED TO PREVENT, TREAT OR CURE ANY DISEASE.

CURRY-PL-00000381



# GET DIESEL NUTRITION
# GUARANTEED RESULTS!
### We don't make empty promises and "off-the-wall" claims, we make guarantees!

     

**DIESELADE BCAAs** - All natural, no artificial flavors, colors or sweeteners. Lean muscle mass gains, increased fat loss when cutting, anti-catabolic helping to greatly reduce lean muscle mass loss from heavy training and cutting. Includes ATP boosters for increased power, strength and endurance. Caffeine and Creatine free! The best all natural BCAA product available!

**SUNAMI** – Now yohimbe and hormone free, Sunami is the perfect supplement for maintaining libido levels, and increasing "volume" and virility. Sunami can help improve hormone ratios in women. Sunami is great when stacked with test boosters such as DIESEL TEST Hardcore and DIESEL TEST Procycle.

**DIESEL TEST HARDCORE** – Diesel Test Hardcore AKA "Grande Bolas" is going on 12 years in existence and to this day, no other "legal worldwide" herbal test booster can come close to it in terms of Alpha Male Mentality, Training Intensity, Endurance, Nitric Oxide Pumps and Libido.

**NOS ETHER** – The strength and power product that has dominated the powerlifting industry for over 11 years. NOS ETHER produces noticeable jumps in totals, power out the bottom on squats and bench and overall WILKS scores by improving muscle to fat ratio. This is probably the single best supplement a strength athlete can take.

**READY4WAR TABS** – Super hardcore preworkout in tablet form. No mixing of powders, no crying over the taste, just pop 2 to 4 of these 45min preworkout and you get about 2-4 hours of training intensity, mental focus, and endurance like no other pre-workout. This hits hard like our JP8x Hardcore powder (soon to be re-named to Turbo Diesel).

**RAW TEST** – If you are a fan of our Diesel Test Procycle (DTP), raw test is a similar product but is yohimbe free and at a lower price point. It also produces noticeable increases in natural test production and stacks very well with DTH or DTP.

## GET DIESEL NUTRITION | SINCE 2002 | GETDIESEL.COM | 100% VETERAN OWNED

### AVAILABLE AT:

  FeFiFo.com BIG STORE - LITTLE PRICES  

ALSO AVAILABLE IN COUNTRIES WORLDWIDE. RETAILER LINKS AT GETDIESEL.COM
STATEMENTS HAVE NOT BEEN EVALUATED BY THE FDA OR HEALTH CANADA. THESE PRODUCTS ARE NOT INTENDED TO PREVENT, TREAT OR CURE ANY DISEASE.

CURRY-PL-00000382