UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Charles Curry
          Plaintiff,

v.                                                 Case No.: 1:17−cv−02283
                                                     Honorable Matthew F. Kennelly

Revolution Laboratories, LLC, et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to register the judgment in foreign districts [425] is granted to the following extent: plaintiff may register the judgment in California as to Revolution, Barry Nussbaum, and Joshua Nussbaum, and may register the judgment in Hawaii as to Barry Nussbaum. The Court does not agree with defendants' contention that plaintiff agreed not to register the judgment in California as to Barry Nussbaum or that plaintiff waived or forfeited that request. And at this point the proposition that a supersedeas bond may be filed in a few days (November 3 or November 6) is not a basis to further forestall registration of the judgment. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.