# SEVENTH CIRCUIT TRANSCRIPT INFORMATION SHEET

**PART I** – Must be completed by party or party's attorney pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure and Rule 11(a) of the Circuit Rules. The appellant must file this form with the court reporter within 14 days of filing the notice of appeal, whether transcript is being ordered or not. (FRAP 10(b)(1)) Satisfactory arrangements with the court reporter for payment of the costs of the transcripts must also be made at that time. (FRAP 10(b)(4)) (Note: Appellees as well as appellants are expected to use this form when ordering transcripts.)

| Short Title | District | D.C. Docket No. |
|---|---|---|
| Curry v. Revolution Laboratories, LLC et al. | U.S. District Court for the Northern District of Illinois | 1:17-cv-02283 |
| | **District Judge** Hon. Matthew F. Kennelly | **Court Reporter** Caroyln Cox |

- [ ] I am ordering transcript.
- [ ] I am not ordering transcript because:
- [✔] The transcript has been prepared.

Sign below and return original and one copy to court reporter. Distribute remaining copies to the Clerk of the District Court and opposing party, retaining one copy for yourself.

Indicate proceedings for which transcript is required. Dates must be provided: **Date(s)**

- [✔] Pretrial proceedings. Specify: Please see attached.
- [ ] Voir Dire
- Trial or Hearing. Specify: Please see attachd.
- [ ] Opening statement
- [ ] Instruction conference
- [ ] Closing statements
- [ ] Court instructions
- [ ] Post-trial proceedings. Specify:
- [ ] Sentencing
- [ ] Other proceedings. Specify:

| Method of Payment: | [ ] Cash | [ ] Check or Money Order | [ ] C.J.A. Voucher |
|---|---|---|---|
| Status of Payment: | [ ] Full Payment | [ ] Partial Payment | [ ] No Payment Yet |

Signature: s/ Jeff Kane
Address: 4530 Wisconsin Ave NW, 5th Floor
Washington, DC 20016
Telephone No. (202) 499-2940
Date: February 6, 2024

**PART II** – Must be completed by Court Reporter pursuant to Rule 11(b) of the Federal Rules of Appellate Procedure. By signing this Part II, the Court Reporter certifies that *satisfactory arrangements for payment have been made*.

| U.S.C.A. Docket No. | Date Order Received | Estimated Completion Date | Estimated Length |
|---|---|---|---|
| 23-2850 | | | |

Signature of Court Reporter: s/    Date:

NOTICE: The Judicial Conference of the United States, by its resolution of March 11, 1982, has provided that a penalty of 10 percent must apply, unless a waiver is granted by the Court of Appeals' Clerk, when a "transcript of a case on appeal is not delivered within 30 days of the date ordered and payment received therefor." The penalty is 20 percent for transcript not delivered within 60 days.

Original to Court Reporter. Copies to: ● U.S.C.A. Clerk ● Service Copy ● District Court Clerk and to ● Party / Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES CURRY, d/b/a GET DIESEL NUTRITION, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:17-cv-02283 |
| v. | ) ) | Judge Matthew F. Kennelly |
| REVOLUTION LABORATORIES, LLC et al., | ) ) ) ) | |
| Defendants. | ) | |

**Attachment to Transcript Information Sheet**

Plaintiff respectfully requests that the Court Reporter cause the below transcripts to be transmitted to the Court of Appeals. All of the transcripts listed below have been paid for previously by one or more parties.

Trial Transcripts:

- May 15, 16, 17, 18, and 22, 2023 (Dkts. 458–462)

Hearing Transcripts:

- March 1, 2022 (Dkt. 217)
- April 15, 2022 (Dkt. 216)
- May 18, 2022 (Dkt. 260)
- September 7, 2022 (Dkt. 467)
- April 6, 2023 (Dkt. 469)

Dated: February 6, 2024

Respectfully submitted,

*/s/ Jeff Kane*
Matthew J. Oppenheim (443698)
Nicholas C. Hailey (admitted *pro hac vice*)
Jeff Kane (admitted *pro hac vice*)

1

>OPPENHEIM + ZEBRAK, LLP
>4530 Wisconsin Avenue, NW, 5th Floor
>Washington, DC 20016
>Tel: 202-480-2999
>matt@oandzlaw.com
>scott@oandzlaw.com
>nick@oandzlaw.com
>jkane@oandzlaw.com
>
>*Counsel for Plaintiff*