**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Charles Curry

                      Plaintiff,

v.                                          Case No.: 1:17−cv−02283
                                                  Honorable Matthew F. Kennelly

Revolution Laboratories, LLC, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, July 21, 2024:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion to amend "judgment" for costs [474] is taken under advisement. Any response by defendants is to be filed due by 8/1/2024. No reply may be filed unless requested by the Court. Telephonic hearing, unless deemed unnecessary by the Court, is set for 8/15/2024 at 8:50 AM, using call−in number 650−479−3207, access code 980−394−33. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.